# EXHIBIT A

December 2, 2016

# Appendix A: Qualifications

- **Jeffrey S. Andrilenas C.V.**
- **Paul Scian C.V.**
- **RACER Training Certificates**

December 2, 2016

# JEFFREY S. ANDRILENAS, EVP, RG, LHG, LEG
## TBLS ENVIRONMENTAL ADVISORY LEAD

Mr. Andrilenas has performed services for over 3,000 environmental sites, both as a consultant to some of the world's largest industrial clients and as an in-house environmental specialist for two Fortune 100 companies (BP Oil and AIG). At AIG, Mr. Andrilenas was a senior consultant in the Cost Cap group using RACER® and other sophisticated cost estimating and financial models to analyze and predict both financial and environmental risks relating to CERCLA and RCRA sites. In 2002, he received AIG's worldwide "Distinguished Service Award" as best internal consultant for his technical environmental assistance to Underwriting and Claims. His experience spans 35 years, including 13 years in progressive project management, business development and corporate growth management roles at AMEC Foster Wheeler, the eleventh largest environmental company in the world. He also worked at Golder Associates, the twelfth largest engineering company in the world. In 2007, he co-founded Bluefield Holdings, Inc. (the first U.S. NRDA credit bank) using venture capital and private equity financing (Bluefield Holdings is now majority-owned by a large pension fund and investment advisory firm). In 2012, Mr. Andrilenas joined The TBLS Group LLC, a New Jersey Corporation, as a Vice President becoming Executive Vice President/Shareholder in 2016. Throughout his career, Mr. Andrilenas has worked in both domestic U.S. and international settings. He has authored numerous scientific papers on environmental remediation, environmental investigation and NRDA. He has been called upon as an expert witness in many environmental liability court cases.

## FIELDS OF EXPERTISE

* Remediation (Upland & Sediment)
* Environmental Liability Valuation / M&A Transactional Due Diligence
* Natural Resource Damages (NRDA)

## REGISTRATIONS AND CERTIFICATIONS

* Registered Geologist: Oregon (1988-2017), Washington (2002-2017)
* Registered Hydrogeologist: Washington (2002-2017)
* Registered Engineering Geologist: Washington (2002-2017)
* 48 HR HAZWOPR 1985-2017
* Certified NJDEP Environmental Compliance Auditor, 2014-2015
* ISO 9001 Auditor

## EDUCATION

B.Sc. Geological Sciences, University of Washington (1982)

## PROFESSIONAL EMPLOYMENT HISTORY

### The TBLS Group, LLC, New Jersey (3/13 – Present), Executive Vice President

Mr. Andrilenas is the environmental lead for this Environmental and Sustainability Advisory, which was founded in 2009. He specializes primarily in environmental valuation services for the Merger & Acquisition (M&A) industry. Services include environmental due diligence and expert environmental valuation using complex enviro-financial modeling and financial risk-estimating tools. TBLS also performs environmental work for a variety of legal, real estate, financial and corporate clients. Notable projects include:

* <u>2013</u> – Technical evaluation and environmental valuation for a $150 million remediation project on behalf of a hedge fund advised by AON Risk Solutions, to be set up in a USEPA Trust/buyout for six major oil companies (Hartford, Illinois). Served as an independent valuation consultant using RACER® to determine



The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

reasonable "most likely" scenario where the government had estimated "reasonable pessimistic" scenario and industry had determined "reasonable optimistic" scenario.

- <u>2014</u> – Evaluation of Phase I & II ESAs for real estate portfolio acquisition for a major franchisee client of an M&A law firm (Kauffman Gilden Robbins & Oppenheimer).

- <u>2016</u> – Phase I ESA, environmental liability valuation and development studies for confidential private equity group seeking to purchase a twelve-acre brownfield site in Newark, New Jersey. Included evaluation of potential sediment and NRD liability.

- <u>2016</u> – Confidential client NRD liability valuation, insurance carrier settlement assistance consultant for 4th largest oil spill in US history. (Pillsbury Winthrop)

- <u>2015</u> – Environmental due diligence and environmental liability valuation using 10-K Reports and RACER® for divestiture/acquisition of a relict 40-acre battery-recycling facility in Florida. Included negotiation support of private equity buyer and investment banker.

- <u>2015</u> – Bankruptcy environmental liability valuation studies and environmental transactional due diligence for a multi-million dollar acquisition by a confidential private equity group. Environmental liabilities (collectively) exceeded $160 million. Served in direct negotiations on behalf of client with corporate management, investment bankers and their respective outside counsel and consultants. Project locations spanned 15 states as well as overseas locations in four countries in Europe and in India.

- <u>2015</u> – M&A transactional due-diligence for confidential private equity firm acquiring pharmaceutical facility in Puerto Rico. Included insurance "known/unknown" environmental study to bind a $30 million Pollution Legal Liability policy. Provided assistance for environmental structuring to M&A attorneys.

- <u>2015</u> – Divestiture studies for $200 million federal Superfund environmental liability involving property acquisition and sale/leaseback by confidential private equity group of century-old industrial and manufacturing facility.

- <u>2015</u> – Business divestiture environmental due diligence and environmental liability valuation studies for a coal-fired utility power plant seeking to convert to renewable energy source. Performed for confidential buyer/private equity group.

- <u>2015-2016</u> – Technical review, environmental liability valuation and environmental liability transfer services for confidential divestiture of electronic manufacturing plant from a publicly traded Fortune 1000 company as part of national brownfield developer/private equity team. Site was impacted with PCBs and chlorinated solvents, including discharge to a waterway.

- <u>2016</u> – Environmental technical review, environmental liability valuations and reserve calculations for environmental liability transfer of several DNAPL-impacted manufacturing site cleanups from a Fortune 1000 to a confidential multi-billion dollar private equity group. Project involved extensive file reviews, evaluation of cleanup costs and cost over time analyses including internal cost of capital, inflation, and net present value over a 30 year cleanup term. Also involved risk analysis for Bodily injury claims for site vicinity properties, toxic tort risks and potential groundwater and surface water NRD liabilities.

### Bluefield Holdings, Inc., New Jersey (3/07 – 3/12), Executive Vice President

Mr. Andrilenas was Executive Vice President and co-founder of Bluefield Holdings, Inc. and of Bluefield's Rain Harvest Bank, an alternative groundwater NRDA settlement vehicle created by harvesting storm water from large logistics roofs and returning it to non-potable beneficial reuse, aquifer storage and recycling under a banking agreement granted by the NJDEP in 2009. Bluefield, a $12 million venture capital and mezzanine-funded start-up, was purchased in 2010. It is now majority-owned by MIO Partners, a New York-based $6 billion international pension fund and investment advisory firm. Mr. Andrilenas' work included the following:

- Retained and led a team of expert consultants (including the State of New Jersey's NRD Consultant, Industrial Economics) to develop watershed metric and environmental credit valuation for recycled water by designing a large GIS/NRDA Groundwater/Restoration and financial valuation model captured in report


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

entitled "Valuation of Rainwater Harvesting as a Groundwater Natural Resource Restoration." The project culminated in receiving the first NRD Banking Agreement in New Jersey from the NJDEP in 2009.

- Developed innovative retrofitting methods for existing warehouse properties to capture rain water and treat water to drinking-water standards. Monetized valuation in an enviro/financial security product suitable for exchange for NRDA liability created by rain harvesting.

- Developed and implemented strategy to acquire reuse water rights with respect to over 108 facilities (approximately 700 acres) of logistics warehouses from one of the largest REITs (Prologis) in the U.S. (a first in the United States). Managed environmental due diligence review studies for industrial warehouse locations in New Jersey.

- Managed over 25 vendors and six staff (financial, legal, sales and engineering).

- Conceptualized and managed the start-up, including negotiations with NRD Trustee Councils, of Bluefield's NRDA Credit banks for Portland Harbor Sediment Superfund Site (Portland, Oregon) and Lower Duwamish/Harbor Island Sediment Superfund Site (Seattle, Washington).

- Evaluated and prepared *pro forma* for NRDA Restoration Bank on the Passaic River and evaluated property for a potential NRDA Restoration Bank on the Delaware River (these projects did not advance beyond the conceptual stage).

- Of Bluefield's NRDA Banks, the Lower Duwamish/Harbor Island Habitat NRDA bank continues to operate, having sold out its first project. This NRDA bank is now selling credits in its second project under the first NRD Trustee Council/Dept. of Justice-approved NRDA banking agreement in the United States.

## Premier Environmental (now EarthCon Consulting Group), Seattle (1/05 – 3/07), Senior Environmental Consultant

Mr. Andrilenas performed environmental remediation, NRD restoration planning and environmental/risk management consulting (including expert litigation support work) for a variety of M&A projects, property transactions, insurance claims, Superfund projects, mining locations and brownfield redevelopment projects in New Jersey, Washington, Oregon, North Carolina, California, Georgia, Texas, Louisiana and Montana. Notable projects included the following:

- **Preliminary NRDA Banking Restoration Evaluation, Barksdale Air Force Base, Louisiana**.

- **Preliminary NRDA Banking Restoration Evaluation, Ashtabula River, Ohio**.

- **NRDA/Restoration HEA Evaluations for Lower Duwamish Habitat Corridor Project –** Performed in collaboration with the Port of Seattle and the City of Seattle as restoration site landowners.

- **NRDA Restoration Bank, Sabine River Basin, Texas –** Evaluation using buffer real estate and preliminary studies (including conceptual presentation to U.S. Fish & Wildlife, NOAA and Texas State Trustees) for Bridgestone/Firestone Corporation of Orange Texas. Project envisioned a 300-acre mima mound and marsh restoration project for potential settlement of NRD claims.

- **$6.9 billion Valero/Premcor Refineries M&A –** Managed and conducted environmental liability valuations for twelve refineries in ten states.

- **$3 billion Valero/Buckeye Pipeline M&A –** Managed and conducted environmental liability valuations for the buyer for 20 pipeline terminals and associated pipelines in nine states.

- **Renova Brownfields Developer –** NRDA and remediation environmental liability valuations following ASTM methods in Washington, Oregon and California. Included an evaluation of NRD risk related to the Quendall Terminals site in Renton, Washington.

- **Milltown Dam, Montana, Claims Management –** Support for AIG Technical Services (AIG Claims).

- **Environmental Underwriting Support –** Various consulting projects for environmental underwriting due diligence support for ACE Insurance and AIG Environmental under Master Service Agreements for accounts in the Pacific Northwest.



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

- **Litigation Support** – Litigation support for various law firms in the Pacific Northwest.

## AIG Consultants, Environmental Management Division, Seattle (3/99 – 1/05), Product Line Consultant, Professional Geologist

Mr. Andrilenas worked for American International Group (AIG Environmental/Chartis) as an internal environmental remediation specialist focusing on cost-cap matters and as the lead NRDA/sediment remediation specialist at AIG Consultants. As part of these duties, Mr. Andrilenas reviewed sediment and NRDA projects as part of the firm's internal Quality Assurance/Quality Control review panel while also serving as an ISO 9001 auditor for prospects being considered for underwriting for environmental cost-cap and pollution legal liability policies.

Mr. Andrilenas was one of two regional dedicated engineers serving environmental underwriters and claims functions in Northern California, Oregon, Washington, Idaho, Alaska and Montana. Mr. Andrilenas was also a senior member of the cost-cap group supporting AIG Environmental for predicting environmental liability costs using financial and statistical tools to predict future costs of remediation on a variety of cleanup sites. He also conducted environmental due diligence for new policies, loss prevention for existing policies, and claims. For many environmental liability valuations, Mr. Andrilenas routinely set up Monte Carlo analyses of the "reasonable optimistic", "reasonable most likely" and "reasonable pessimist" cost projections of future remediation costs (in general accordance with ASTM E-2137, Estimating Environmental Liabilities). He managed environmental due diligence consultant teams to predict future costs and liabilities, and developed RACER® Cost Modeling Analyses as required by internal AIG environmental policy underwriting protocols.

Notable environmental liability valuations for cost-cap, loss-prevention and insurance claim projects included the following:

- **Bellingham Bay Sediment Cleanup Site** – Performed environmental and financial risk profile analyses as part of environmental cost-cap underwriting of the Port of Bellingham/Georgia Pacific liability buyout and remediation cost cap placement, including 16 Operable Units (OUs). NRDA was initially evaluated during due diligence but was excluded from coverage based on the preliminary status of the NRD assessment.

- **Williams Energy/Tesoro Alaska M&A Due Diligence** – Served as insurance representative for AIG Environmental on the M&A team representing the buyer of 18 marine, pipeline and rail oil terminals in Alaska and Yukon Territory. Conducted extensive due diligence, file review and site inspections and audits during winter in Arctic weather conditions.

- **Lower Duwamish/Harbor Island/Elliot Bay Sediment Superfund Site, Seattle, Washington** – Performed environmental and financial risk profile analyses as part of environmental cost-cap underwriting of four CERCLA OUs, including East Waterway; Lockheed Shipyards; Todd Shipyards; and West Waterway. Conducted environmental valuation and environmental policy auditing for the Port of Seattle, including for the SeaTac International Airport. All of these projects involved some amount of NRDA evaluation using Habitat Equivalency Analysis (HEA) as well as sediment remediation financial valuations as part of underwriting due diligence support activities. Assisted AIG Technical Services in managing the Todd Shipyard claims under the applicable cost-cap policy.

- **Martin Marietta Aluminum/Federal Superfund Sites (Goldendale, Washington and The Dalles, Oregon)** – Conducted environmental/financial risk profile analyses as part of environmental cost-cap underwriting of these two federal Superfund sites on the Columbia River in Washington and Oregon. The work included evaluation of NRD risk using Habitat Equivalency Analyses (HEA). As a result of such analyses, NRD was excluded from subsequent coverage.

- **Portland Harbor Sediment Superfund Site, Portland, Oregon** – Performed environmental and financial risk profile analyses as part of environmental cost-cap underwriting of the Portland Harbor CERCLA Sediment Superfund Site in Oregon for the Port of Portland. Related work in connection with other AIG activities included auditing environmental practices of the Port of Portland and at Portland International Airport as part of insurance renewals.



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

- **Fox River Sediment Superfund Site** – Conducted peer review of environmental and financial risk profile analyses performed as part of environmental cost-cap underwriting of the Appleton Paper settlement, including evaluation of NRD risk.

- **Passaic River Sediment Superfund Site, New Jersey** – Performed peer review of environmental and financial risk profile analyses forming the basis for environmental cost-cap underwriting of the Diamond Alkali Operable Unit (OU) of the Passaic River Sediment Superfund Site, including assessment of NRD risk as part of an accompanying Pollution Legal Liability policy underwriting.

- **Anaconda Superfund Site, Montana** – Conducted environmental and financial risk profile analyses as part of environmental cost-cap underwriting in connection with the Butte Priority Soils OU in Montana, including an evaluation of NRD risk. The environmental liability valuation involved the largest sediment remediation in the United States at that time, which was the Milltown Dam Operable Unit of the Anaconda Superfund Site (over 2 million cubic yards to be removed). Evaluated NRD risk using Habitat Equivalency Analyses (HEA). As a result of such analyses, NRD was excluded from coverage. Provided subsequent claims management assistance under bound policy.

- **Commencement Bay Sediment Superfund Sites, Tacoma, Washington** – Conducted and managed environmental and financial risk profile analyses using @RISK as part of environmental cost-cap underwriting of six CERCLA OUs at the Commencement Bay Superfund Site, including the Thea Foss OU; Head of Thea Foss OU; ASARCO OU; Hylebos OU; Head of Hylebos OU; and the Middle Waterway OU. As part of these evaluations, assessed NRD risk using Habitat Equivalency Analyses for AIG underwriting purposes on Pollution Legal Liability policies for the ASARCO OU, Middle Waterway OU and Head of Thea Foss OU.

- **Pasco Landfill Superfund Site, Pasco, Washington** – Performed environmental risk profile, built 120-node decision tree modeling and conducted financial analyses for in-situ DNAPL cleanup at the Pasco Landfill CERCLA site as part of environmental cost-cap and environmental liability policy underwriting.

- **IT Landfills, Bay Area, California** – Conducted technical claims assistance and environmental cost-cap policy risk profile environmental valuation relating to eight hazardous waste landfills in Closure/Post-Closure status in California.

- **Habitat Corridor/Lower Duwamish NRD Bank, Seattle, Washington** – Conducted extensive one-on-one negotiations for AIG, including negotiations of HEA methodologies, for valuation including scaling factors and restoration designs under a cooperative agreement under which AIG assembled one of the first Geographic Information System (GIS)-based HEA evaluations for NRDA restoration. The project was a public-private partnership among AIG, the Lower Duwamish/Elliot Bay NRD Trustees, the Port of Seattle, King County and the City of Seattle. During this project, Mr. Andrilenas worked directly for the General Counsel of AIG Environmental and AIG's outside NRD counsel, Squire Patton Boggs. Mr. Andrilenas and another AIG employee conducted the negotiations at the staff and upper agency management levels, which included development of restoration multipliers that were peer-reviewed and agreed to by an academic panel.

  The Habitat Corridor Project involved a public-private partnership among AIG, NOAA DARRP, U.S. Fish & Wildlife, the Muckleshoot Tribe, the Suquamish Tribe, the Washington Department of Ecology, the Washington Department of Land, the Washington Department of Fish & Wildlife and the Port of Seattle. The project was financially modeled on an extensive basis for environmental liability, environmental remediation cost and restoration value, including detailed bid management for estimating construction and cleanup costs and cash flow analysis. The project was the precursor for the Bluefield Holdings Duwamish Project.

- **Adak Island BRAC Environmental Liability Valuation** – Managed technical team that created a 32-megabyte cost analysis and developed Monte Carlo analysis (using @Risk and remediation cash flow scenarios) for 65 Superfund sites, 39 landfills, seven sediment cleanup sites, 450 other petroleum and hazardous waste sites and over 500 Unexploded Ordnance (UXO) sites. Managed a team of due diligence consultants that conducted Phase I ESA audits, including demolition studies (lead-based paint and asbestos mitigation). Created the Phase II ESA design and subsequent "optimistic", "most likely" and "pessimistic" scenarios for the Monte Carlo model of future environmental costs. Worked with local and



national brokerage firms, underwriters, tribal and outside counsel and a Tribal Council to develop a cost estimate that was used by the Aleut Corporation as the basis for detailed financial negotiations with the U.S. Navy ($250 million), which included U.S. Congressional review. The entire due diligence process cost over $500,000 and represented one of the largest due-diligence efforts for a single prospect account ever conducted by AIG Consultants (Environmental Management Division) on behalf of AIG Environmental.

- **Great Western Chemical State Superfund Site** – Performed an innovative finite insurance buyout of an ACE Commercial General Liability policy. Managed competitive engineering bid proceedings for remediation of the Great Western Chemical State Superfund site in Seattle.

- **Environmental Compliance Audit Team** – Managed and conducted facility and corporate environmental audits for over 150 companies (many with multiple plant locations). Performed loss prevention audits and due diligence surveys for hundreds of facilities in Northern California, Oregon, Idaho, Montana and Alaska seeking environmental insurance products or renewals of existing environmental insurance products.

- **Cooperative Assessment Pilot Program (CAP)** – Represented AIG from 2001 to 2005 on the National Cooperative Assessment Pilot Project (CAP) sponsored by NOAA, which involved a variety of major industry partners (Chevron, GM, Shell, Alcoa, etc.) and several NRDA Trustee agencies including six State Trustees, NOAA, U.S. Fish & Wildlife, U.S. Department of Agriculture (U.S. Forestry Service), U.S. Department of Defense, U.S. Department of the Treasury (U.S. Coast Guard), and the USEPA (which attended but was not a Trustee), as well as numerous State Trustees and Tribal Trustees from around the U.S. The "CAP" group was the stakeholder group that formulated what is now known as Cooperative Assessment in NRD assessments of injury.

- **Governor's Panel** – Mr. Andrilenas represented the insurance industry on the Washington State Governor's Stakeholder Panel for Area-wide Lead & Arsenic in Soil. The panel was convened as a public, state and industry body to examine the long-term effects and consequences of smelter air emissions and orchard pesticides on Washington State.

- **Awards** – Mr. Andrilenas won numerous awards from AIG for his services during his tenure (see "Awards and Recognition" below).

## ADaPT Engineering (BP Oil Contract Employee), Seattle, Washington (12/97 – 1/99) – Vice President

Mr. Andrilenas served as a remediation specialist and independent contract employee in BP Oil's internal EHS group during 1997 to 1999. Mr. Andrilenas performed this work through a national third-party contracting firm (ADaPT Engineering), serving also as a Vice President of Remediation at the firm. His achievements included the following:

- **Environmental Management** – As part of a four-person team, Mr. Andrilenas provided environmental management for approximately 800 downstream terminal, retail, chemical, and pipeline facilities. These were part of a portfolio that BP divested and sold to Tosco (now Conoco Philips) in Northern California, Oregon and Washington State. Mr. Andrilenas' primary duty was to administratively close (by obtaining NFA or No Further Action indications), as cost-effectively as possible, approximately 350 active remediation sites in the divested portfolio. The team closed over 100 (or about one third) of the known impacted sites via NFAs in little over a year.

- **Brownfields** – Mr. Andrilenas worked for a number of Brownfield developers, assisting in the design and implementation of remediation. These included three Brownfield redevelopment sites for Silver Cloud Inns (Edmonds, Tacoma, and Lake Union), which involved a variety of remediation systems including evaluating the efficacy of a zero-valence iron wall. Mr. Andrilenas also worked on Phase I and Phase II ESAs and remediations for five Brownfield redevelopment projects in Oregon, two of which were named in the USEPA's Showcase of Brownfield projects. Mr. Andrilenas provided remediation design project management for several Truckstops of America and other major transportation/trucking companies' facilities across the U.S.



The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

- **Peer Reviews** – Mr. Andrilenas provided expert environmental "peer review" opinions with respect to environmental due diligence for the commercial lending divisions of five major financial institutions (Keycorp, Wells Fargo, Washington Mutual (now JPMorgan Chase), US Bancorp and Bank of America). His duties included reviewing Phase I ESAs prepared by other firms and determining sufficiency in accordance with ASTM standards.

- **Litigation Support** – Mr. Andrilenas provided litigation support relating to environmental remediation issues involving foreclosed properties and trust properties for major financial institutions, including Keycorp, Wells Fargo, Washington Mutual (now JPMorgan Chase), US Bancorp and Bank of America. Mr. Andrilenas also fulfilled a number of litigation support functions and acted as an expert witness for a variety of coverage law firms and insurance companies (including CNA, Safeco, Unigard, AESIC, and others) litigating environmental coverage issues under "old" occurrence-based Property & Casualty policies.

## AGRA Earth & Environmental (now AMEC), Phoenix, Arizona (2/94 – 11/97) – Senior Project Manager, Professional Geologist

For AMEC Earth & Environmental, Mr. Andrilenas was Principal Geologist, Technical Principal for Environmental Remediation for North America and Regional Environmental Manager for the Southwest U.S. Region (including Arizona, Colorado, Nevada, Utah, New Mexico, Texas and Mexico). He provided technical assistance, corporate oversight and management for projects in Mexico, Brazil, the Republic of China and the Peoples Republic of China, India and Canada, as well as in 29 U.S. states.

- **Central and South America** – Notable projects in Central and South America included the following:

  - Remedial Investigation/Feasibility Study (RI/FS)-equivalent studies as part of the divestiture of a Univex/Hoechst Celanese nylon manufacturing facility in Salamanca, Mexico.

  - Remediation studies relating to a multi-million gallon release of petroleum in Guadalajara, Mexico for Ferrocarriles Nacionales de México (FNM), the Federal Mexican Railroad.

  - Site Investigation (SI) and RI/FS-equivalent studies for General Motors brake-lining plants in Mexico and Brazil.

  - RI/FS-equivalent studies for a Reichhold Chemical phenol plant in Mexico.

- **World Bank Contract** – Under a two-year World Bank contract, Mr. Andrilenas provided expert environmental remediation assistance to the Republic of China's Research Institute (ITRI) and the Chinese Petroleum Company. This work included the first bioremediation performed in China (ROC), at the Kaohsiung Refinery/Marine Terminal. According to a sworn attestation of AGRA's President furnished to the Chinese government and the World Bank (available for review), as of the end of 1993 Mr. Andrilenas had worked on over 250 environmental remediations and 750 environmental projects.

- **Phase I ESAs for Factory Siting** – Mr. Andrilenas also managed several Phase I ESAs for factory siting in the People's Republic of China and in India for a variety of multinational corporations. These services were part of corporate Master Service Agreement contract expansions overseas that used local AMEC offices.

- **Phase I and Phase II ESAs** – Mr. Andrilenas managed 69 Phase II investigations and remediation projects for Goodyear in the Western States portfolio, including a major DNAPL project at the Goodyear Airport in Phoenix, Arizona. Mr. Andrilenas oversaw a variety of Phase II and remediation projects throughout his region and elsewhere in the U.S., including a variety of portfolio Phase I & Phase II ESAs relating to M&A activities.

- **Management under MSAs** – Mr. Andrilenas negotiated and managed contracts for over $20 million of Master Service Agreements and yearly contracts for large corporations such as Hertz, Goodyear, Ford, General Motors, Motorola, General Electric, Hoechst Celanese, Chinese Petroleum Company, BP Oil, Conoco Phillips, FNM, Whirlpool, Pfizer, American Brands, BNSF and Phelps Dodge.


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

**RZA AGRA (now AMEC), Portland, Oregon (3/83 – 2/94) – Remediation Profit Center Manager**

Mr. Andrilenas served as Staff, Principal Geologist & Profit Center Manager for a full-service environmental cleanup division (including 70 full-time equivalent positions). Conceived and developed as one of the first remediation design groups in the U.S. (1989), the group designed and operated over 1,000 groundwater and soil cleanups under state and federal regulatory lead and applicable CERCLA, RCRA and state Voluntary Cleanup Program (VCP) regulatory statutes. Remediation projects involved DNAPL, LNAPL and heavy metals (both in situ and ex situ) in ten western states, all of which are closed today. Clients included financial institutions, paper/forest products companies, major oil companies and jobbers, municipal, county, state and federal governmental units and agencies, light and heavy manufacturing and real estate development and Brownfields.

- **Initiation and Development of Portland Office** – Mr. Andrilenas started AMEC's first Environmental Department, serving as its initial environmental employee and principal in AMEC's Portland office in 1986. When he left Portland via corporate advancement in early 1994, the Portland office had grown to over 80 environmental professional, technician and support staff and constituted one of AMEC's fastest-growing divisions.

- **Oregon Convention Center, Portland** – Representative projects included one of the first area-wide Phase I ESAs for a 30-square block municipal renewal project (the Oregon Convention Center) in Portland, Oregon. This project identified seven Recognized Environmental Condition (REC) sites and designed and conducted Phase II ESAs for such sites, eliminating five of the RECs. For the remaining two RECS, remediation support studies were performed for a specialty chrome site and an industrial laundry that were over-excavated and removed prior to redevelopment. This work included achieving an NFA from the Oregon DEQ.

- **Client and Project Manager** – Mr. Andrilenas served as key client manager and senior project manager for a number of major oil companies during 1986 through 1989 in connection with Underground Storage Tank (UST) upgrade programs in Oregon, Washington and California. Mr. Andrilenas also managed the first bioremediation in the United States for Mobil/Exxon, as well as a variety of "first" in situ and ex situ remediation technology implementations.

- **Staff Geologist** – From March 1983 to March 1986, Mr. Andrilenas was a staff engineering geologist on approximately 150 geotechnical engineering projects in Washington, Oregon and Alaska, including permafrost projects on Alaska's North Slope.

**Golder Associates, Seattle, Washington (9/80 – 2/83) – Staff Geologist**

Mr. Andrilenas was Staff Engineering Geologist for a nuclear reactor siting study at the Hanford Nuclear Reservation and at the Centralia Coal Mine in Washington State. The work involved extensive drill-logging experience using core drilling, hollow-stem auger, mud and air rotary. Golder also "loaned" Mr. Andrilenas to the University of Washington Sediment Laboratory to develop x-ray diffraction of clay samples, sediment extractions, sediment sampling and mineralogical study of heavy-mineral distributions in sediment samples. Tasks included taking samples as part of the Columbia River Estuary Project, which was a study of source and provenance of sediments (both before and after the Mount St. Helens volcanic eruption).

## REPORTS AND PUBLICATIONS

Andrilenas, J. and Schlosstein, F., **"Pitfalls & Knowledge that can make or Break A Deal"**, March 3 edition of the ACG Middle Market Growth Magazine on Energy, 2014.

Andrilenas, J., and Lockert, S., **"Restoration-based Settlements: The Need for Resource Banking"**, published in State Bar of Georgia Environmental Law Section, spring 2005.

McPherson, J., J.S. Andrilenas, KV Lew, F. Schelby, **"Bioattenuation of a BTEX Plume"**, Published in: Proceedings of the 2nd International Environmental Geotechnics Symposium, Osaka, Japan, 1996.


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

Esler, C.E., RS Miller, J.S. Andrilenas, **"A Case Study of Horizontal Wells Remediating a Mixed Solvent and Gasoline Plume",** in Proceedings of American Engineering Geologists National Convention, Portland, Oregon, 1995.

DeSantis, P., Esler, C.E., Miller, S., Lew, KV, and J.S. Andrilenas, **"Soil Vapor Extraction/Groundwater High-Vacuum Pump & Treat Using Nested, Horizontal Wells"**, in Proceedings of National ASCE Hazardous Waste Conference, 1995.

Saberiyan, A., J.S. Andrilenas, R. Moore, A. Pruess, **"Development of a Bench Scale Biotreatability Study Protocol to Evaluate the Practicality of Bioremediation of Impacted Soil"**, in  Proceedings of Battelle's Third International Symposium on Bioremediation, 1995.  Reprinted in Battelle Press edition of Monitoring and Verification of Bioremediation, pp. 185-191, 1995 (Hinchee et al., Ed.).

Saberiyan, A., RS Miller, C. Vine, P. DeSantis, J.S. Andrilenas, C.E. Esler, **"Removal of Gasoline Volatile Organic Compounds via Air Biofiltration: A cost-effective Technique for Treating Secondary Emissions (full-scale unit)"**, published in Proceedings of Battelle's Third International Symposium on Bioremediation, 1995. Reprinted in Battelle Press edition of Biological Unit Processes for Hazardous Waste Treatment, pp. 265-270, 1995 (Hinchee, et al., Ed.).

Andrilenas, J.S., J. McPherson, F. Schelby, 1994, **"The Use of Attenuation Modeling in Corrective Action Planning"**, in Proc. of 1994 Southwest & Rocky Mountain States Air-Waste Conference.

Saberiyan, A.G., Wilson, M.A., Roe, E.O., Andrilenas, J.S., et al, 1993, **"Removal of VOCs via air-Biofiltration: A technique for treating secondary air emissions from vapor extraction and air-stripping systems"**, in Proceedings of Battelle's Second International Symposium on Bioremediation. Reprinted in Lewis Publishers edition of Hydrocarbon Bioremediation, 1994 (Hinchee et al., Ed.).

Wilson, M.A., Saberiyan, A.G., Andrilenas, J.S., et al., 1993, **"Bioremediation of waste-oil contaminated gravels via slurry reactor technology"**, in Proceedings of Battelle's Second International Symposium on Bioremediation. Reprinted in Lewis Publishers edition of Hydrocarbon Bioremediation, 1994 (Hinchee et al., Ed.).

Kuiper, J., J.S. Andrilenas, S. Hooton, 1993, **"In-Situ biosparging in clayey silts and sands as a method of removing volatile organic compounds"**, in Proceedings of NWWA Seventh Annual Outdoor Action Conference.

Ware, C., Andrilenas, J.S., et al., 1993, **"Structurally controlled plume migration determination utilizing seismic refraction"**, in Proceedings of NWWA Seventh Annual Outdoor Action Conference.

## CONTINUING EDUCATION AND CERTIFICATIONS

- RACER® 11.3, AECOM, 2016

- Insitu Remediation, Montclair State University, 2016

- GIS for Environmental Applications, Montclair State University, 2015

- Thermal Remediation, LSRPA, 2015

- Rapid Design & Analysis of Groundwater Remediation Systems, Rutgers University, 2015

- Advanced Tools Workshop for Insitu Remediations, LSRPA, 2015

- NJDEP Air Quality Permitting, Rutgers University, 2014

- NJDEP Stormwater Management, Rutgers University, 2014

- NJDEP Discharge Prevention & Compliance, Rutgers University, 2014

- NJDEP Environmental Auditor, Rutgers University, 2014

- Ecological Risk Assessment, Rutgers University, 2014

- Remedial Investigation Hot Topics & Legislation, NJDEP, 2014


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

- Environmental Law for LSRPs, Rutgers University, 2014
- NJDEP Case Studies for LSRPs, Rutgers University, 2014
- Innovative Technologies for Site Remediation, Rutgers University, 2013
- Aquatic Management, Rutgers University, 2013
- Environmental Consultant as Expert Witness, Rutgers University, 2013
- NJDEP UST Regulations, Rutgers University, 2013, 2014
- Light Non-aqueous-Phase Liquids: Science, Management, and Technology, ITRC, King of Prussia, PA, 2013
- Risk Analysis Modeling for Financial Companies, Palisades, 2012
- LSRP Review Course, EBC, 2012
- Geology of Northern New Jersey, Rutgers University, 2009
- NRD Litigation Strategies, ABA-NJ, 2005, 2007, 2009, 2011, 2013
- Measuring & Reducing Corporate Water Footprints, 2009, 2010
- Riparian Area Management: Assessing Proper Functioning Conditions of Riverine Systems, 2004
- NRD/Cooperative Assessments (CAP) Panel Member, NOAA, 2001-2004
- RACER® Software Certification, 2002, 2016
- AIG Environmental Claims Training, 2002
- AIG Consultants Cleanup Cost Cap Training, 1999, 2001, 2003
- Palisade @Risk/Decision Tools Software Certification, 2001, 2013
- Dredging, 2001
- AIG Environmental Underwriting Training, 1999
- Princeton Remediation Course, 1998.
- API/ASTM Risk Based Corrective Action (RBCA) Training, 1997
- 48 hour HAZWOPR 1985-17

## AWARDS AND RECOGNITION

- 2011-2012 – Chemistry Council of New Jersey (CCNJ), Associate Member of the Year
- 2004 – AIG Consultants Environmental Management Division Innovative Projects Award for Lower Duwamish Habitat Corridor Project
- 2003 – AIG Environmental Service Award for Milltown Reservoir Superfund Site CCC/PLL Finite Insurance Program
- 2002 – AIG Environmental Service Award for Fox Avenue Property State Superfund Site CCC/PLL Finite Insurance Program
- 2002 – Distinguished Service Award, AIG Consultants (Worldwide recognition)

## ASSOCIATIONS AND MEMBERSHIPS

- National Groundwater Association
- Commerce & Industry Association of New Jersey (CIANJ)/Environmental Business Council (EBC)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

- Licensed Site Remediation Professionals Association
- Society of Environmental Toxicology and Chemistry

## LITIGATION SUPPORT SERVICES

Mr. Andrilenas' work in legal support and expert witness roles has included the following notable aspects:

- **Innovative Environmental Valuation Studies –** Mr. Andrilenas worked with a legal and consulting team over a two-year period to formulate a groundbreaking environmental valuation methodology for Groundwater Natural Resource Damage settlements using recycled storm water. The project involved the NJDEP and its economics expert as well as a team of recognized industry experts in additional specialized fields (including watershed, groundwater, engineering, water treatment, regulatory and real estate). Law Firm: *Wolff & Sampson (now Chiesa Shahinian & Giantomasi PC), West Orange, NJ*

- **Water Rights Study –** Mr. Andrilenas collaborated with environmental and other attorneys to develop an opinion as to ownership of water resources derived from recycled storm water. The project involved legal research and preparation by the law firms of a comprehensive legal memorandum as to the ownership rights. Law Firms: *Wolff & Samson (now Chiesa Shahinian & Giantomasi PC), West Orange, NJ, Squire Patton Boggs, Newark, NJ* and *McCarter English, Newark, NJ*

- **Environmental Tax Credit Study –** Provided technical environmental expertise and research to outside counsel relating to the legal underpinnings and practices for promulgation of New Jersey Administrative Code § 7:14D, "Determination of Environmental Benefit of the Reuse of Further Treated Effluent in Industrial Facilities". The rules enable buyers of treatment/conveyance equipment to apply for a DEB (Determination of Environmental Benefit) and obtain a corporate business tax credit or sales tax refund. Law Firm: *Squire Patton Boggs, Newark, NJ*

- **NRDA Settlements –** Furnished environmental expertise for two NRDA settlements of Groundwater Natural Resource Damages in New Jersey. Collaborated extensively with in-house counsel, the New Jersey Attorney General (Division of Law-Environmental Enforcement Division) and the NJDEP (as plaintiffs), and their respective counsel and outside experts, as well as outside counsel for the defendants. Tasks included valuation of NRD liabilities and in-kind services replacement, including the establishment of insurance indemnification for the in-kind services remedy. Worked with several insurance carriers and AON Environmental to establish a first-of-kind indemnity agreement for NRDA settlements. Law Firms: *Patton Boggs, Newark, NJ; McCarter English, Newark, NJ*

- **NRDA & Intellectual Property –** Supported a non-disclosure stance taken by a third party drawn into a lawsuit between the State of New Jersey (as plaintiff) and a defendant company under a Natural Resource Damages case. The third party firm had previously hired the State of New Jersey's expert witness consulting firm on an unrelated matter and possessed a variety of intellectual property in the Natural Resource Damages space. The defendant sought through naming the third-party firm as a material witness to discredit the State of New Jersey's expert by exposing this proprietary information. A limited amount of information was shared under a court protection order. Law Firm: *Connell Foley, Roseland, NJ*

- **Innovative Stormwater Lease Agreement –** Collaborated with four law firms and in-house corporate real estate, environmental and financial advisors to formulate a first-of-kind, "fee for use" leasing agreement for reuse of Stormwater derived from roof/common area runoff. The year-long genesis involved significant legal research and the evaluation of several existing types of leases and fee contracts (such as oil leases, solar leases, etc.) in which the lessee was not a tenant. Development of the fee for use lease (which involved input from the insurance carriers, mortgage holders, landowner and operator) shaped Best Management Practices for real estate access, insurance coverages, infrastructure construction, and operating, maintenance and monitoring protocols. Law Firms: *Winston & Strawn (Washington, DC), Saul Ewing (Washington, DC), Loeb & Loeb (Los Angeles)* and *McCarter English (Newark, NJ)*

- **Liability for Cleanups Settled before Trial –** Represented multiple major oil companies as defendants in disputes with independent service station dealers regarding responsibility for the cleanup of the dealer's site



The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

and reasonableness of costs. The cases settled prior to trial at a considerable discount to the original claims. Law Firms: – Stoel Rives LLP, Portland, Oregon and Ater Wynne, Seattle, WA

- **Warehouse Purchase & Sale** – Retained by a warehouse owner and its law firm in connection with a real estate transaction. The issues included third-party environmental trespass by an offsite DNAPL plume, and assessment of onsite cleanup responsibility of a middle-market tenant that had impacted the warehouse site. Advocated use of environmental insurance to provide buyer/seller protection against the third-party off-site plume and for any subsequent issues due to tenant's environmental cleanup. The matter was resolved without litigation through (among other things) implementation of the environmental insurance, which removed any potential for diminution of value of the property for the buyer. Law Firm: Hillis Clark Martin & Pederson, Law Offices

- **Reservation of Rights Dispute** – Retained by an insurance company for reservation of rights case involving potential fraud from disclosure dispute as to cleanup costs and purported Natural Resource Damages claims for an upland and sediment cleanup Superfund site. The initial work involved management of a third-party environmental consulting firm to develop a reasonable-case cleanup cost estimate and Natural Resource Damage claim, estimated by the third party firm to be in the range of $70 million. Based on this estimate, and using an equal alternative approach, Mr. Andrilenas helped the insured and the carrier to redesign the remedy and was involved preparation of bid documents and carrying out an innovative bidding to some of the best sediment remediation design firms in the US. The third stage involved assisting the insured and insurance carrier with the technical review of claims to test for reasonableness (during Remedial Investigation, Feasibility Study and Remediation Design phases). The fourth stage involved taking the new design out to bid using an innovative construction payment process, a sliding fee profit margin where by the contractor would share risk with the insured and carrier, assisting construction bid submittals and the ensuing environmental claims. All work was completed without litigation at a less than one-half the cost of the amount of the original (independent) third-party environmental cleanup estimate. The USEPA awarded a commendation for the project in 2006 as one of the best sediment remediations under CERCLA and the project is in its second term of a 30-year post-closure monitoring. Insurance Carrier: AIG Environmental/AIG Technical Services. Insurance Carrier's Law Firm: Schulte Roth & Zabel LLP. Defendant's Law Firm: Perkins Coie, Seattle, WA

- **Insurance Company vs. Municipality** – Evaluated construction work costs and practices for an insurance company defendant sued by a municipality. The plaintiff alleged that the defendant was liable for all costs on an excavation and removal project at a tenant's facility where petroleum hydrocarbon impact emanated from a previous usage. The case settled before trial. Law Firm: Cozen & O'Connor, Seattle, WA

- **Unigard Insurance Company vs. Safeco Insurance Company** – Evaluated cleanup for the plaintiff insurance company (Unigard) in a dispute with the defendant insurance company (Safeco.) The case was settled prior to trial with the defendant carrier assuming responsibility for the cleanup. Law Firm: Riddell Williams, Seattle, WA

- **Financial Institution vs. Holding Company** – Represented major financial institution plaintiff in dispute with holding company over costs and sufficiency of remediation efforts for a chlorinated hydrocarbon cleanup. Work entailed evaluating the efficacy of the cleanup to date and rendering an opinion as to its sufficiency. Resulted in release of merger escrow funds back to the bank. Law Firm: Foster Pepper PLLC

- **Public Testimony and Legislative Panels** – Provided expert testimony to a legislative panel as part of an expert team. Two cases concerning an office building involved the historical impact of petroleum hydrocarbons on the building's site, and toxic tort and trespass from an offsite source that caused bodily injury and property damage to the building. In both, the defendants took responsibility before trial for past and future cleanup costs. Because the source of impact to the building involved trespass of public owned groundwater, a legislative panel was convened to discuss the facts of the case and to seek relief. Law Firms: Greenburg Traurig, Miami, FL and Kane Jordan von Oppenfeld & Bischoff, Phoenix, AZ

- **Expert Report of Opinion - Forensic Remediation Cost Review** – Retained by an insurance carrier's outside counsel to conduct a forensic review of the reasonableness and necessity of cleanup costs that the

December 2, 2016

plaintiff expended on a service station/bulk plant remediation site. The case was settled before trial at a significantly reduced claim amount. Law firm: *Brown Davis & Roberts, Gig Harbor, WA*

- **Expert Peer Review of Phase I ESAs for Financial Institutions** – Provided expert environmental "peer review" opinions for commercial lending due diligence for the commercial divisions of five major financial institutions (Keycorp, Wells Fargo, Washington Mutual (now JPMorgan Chase), US Bancorp and Bank of America). Duties included review of Phase I ESAs prepared by other firms and a determination of sufficiency in accordance with ASTM standards.

- **Expert Peer Review of Phase I ESAs for Restaurant Franchise Owner** – Provided expert environmental "peer review" services for a New York law firm in support of their client, a major restaurant franchise owner, regarding a real estate transaction. Law Firm: *Kaufmann Gilden Robbins & Oppenheim LLP*

### Expert Testimony, Material Witness and Depositions

- **Practicality of Obtaining Insurance Coverages** – Mr. Andrilenas Represented defendant in a case involving the practicality of the use of environmental insurance for a shopping center where a gas station mini-mart was impacted with petroleum hydrocarbons and a dry cleaner was affected with chlorinated hydrocarbons. Gave expert testimony on whether a carrier's due diligence during underwriting would have resulted in unrestricted coverage for cleanup. Law Firm: *William Kastener Gibbs, Seattle, WA*

- **Utility Plaintiff Cost Recovery** – Represented a power utility plaintiff in a cost-recovery case against grocery chain and service station defendants. Allegations were made as to party responsible for historical contamination relating to ownership of a petroleum hydrocarbon plume affecting the utility's property. The District Court found for the plaintiff in a bench trial. Law Firm: *Cable Huston Benedict, Portland, OR*

- **Export Report of Opinion – Errors and Omissions** – Represented a defendant (engineer) through his carrier (Cigna) in an errors and omissions/construction defect case with a plaintiff property owner. The plaintiff alleged that the defendant had been negligent in the cleanup of diesel range fuels at a petroleum bulk plant. Used a statistical analysis to show that the field screening methods employed would have provided no better results than the plaintiff's expert's claims that field sheen testing should have been used. The case settled prior to trial at a considerable discount to the original claim amount with no admission of liability. Defendant's Law Firm: *Chmelik Sitkin & Davis PS;* Carrier's Law Firm: *Blount Law Firm*

- **Efficacy of Remediation Remedy** -- Represented a plaintiff landowner in a dispute with a tenant regarding the sufficiency of cleanup of petroleum hydrocarbons by use of bioremediation. Mr. Andrilenas' expertise was established by the court for bioremediation cleanup method. The case was settled for the plaintiff in bench trial. Law Firm: *Parsons Behle & Latimer, Salt Lake City, UT*

- **Material Witness for Construction Dispute** – Engaged by the General Services Administration for assistance on a major foundation failure relating to a tied-back wall of a federal office building. Mr. Andrilenas was originally retained as the lead inspector for the earth portion of the construction. Following the failure of hundreds of tiebacks due to a construction defect (and the subsequent implementation of a solution), Mr. Andrilenas served as a key material witness and gave multiple depositions over several years in appellate proceedings for several GSA claims. The case was ultimately resolved in favor of the GSA. Client: *General Services Administration, Portland, OR*

[End of C.V.] [10/16]



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

# PAUL SCIAN, PG

# TBLS ENVIRONMENTAL RISK ASSESSMENT MANAGEMENT

Paul Scian is a recognized expert in the fields of environmental risk assessment, analysis, quantification and modeling, and pollution insurance. Mr. Scian has over 30 years' experience in achieving optimal solutions for complex environmental concerns. He is a licensed Subsurface Evaluator in New Jersey and a Professional Geologist in Wyoming and Pennsylvania. Paul is a member of the American Association of Petroleum Geologists.

Mr. Scian acquired his first thirteen years of environmental consulting experience at national engineering firms Malcolm Pirnie (now ARCADIS), Foster Wheeler and ICF Kaiser. He led and worked on dozens of projects, including numerous Superfund sites; UST closures along the U.S. East Coast; water development for municipalities and industrial users; large re-development efforts on historic industrial sites; remedial investigations on numerous military bases (including the development of feasibility studies and risk assessments based on investigatory findings); and development of an environmental baseline for a Caribbean refinery.

After acquiring this varied experience in environmental consulting, Mr. Scian was recruited to join AIG Consultants as an environmental risk analyst in New York City. AIG was particularly seeking the varied experience Mr. Scian could bring to the AIG Consulting engineering team. While at AIG Consultants, Mr. Scian was 100% dedicated to supporting the AIG Environmental unit as his internal AIG client. He focused on the engineering aspects of risk underwritten in insurance policies by AIG Environmental. Paul served in many roles, including engineering manager of the New York Region, which was AIG Environmental's highest premium-producing region in the U.S. For all of AIG Environmental's Regions, he led engineering teams in analyzing environmental risk on all high-value, high-risk deals across the U.S. This work included the Hudson River PCB cleanup; a planned nuclear plant decommissioning effort in Illinois; Union Pacific's divestiture of its Sacramento railyard; and numerous property transactions valued at $100 million or more, including divestitures, mergers, acquisitions and single-party regulatory-driven cleanups. All of these transactions required environmental insurance to cover the environmental risk exposures of the parties involved. In addition to engineering work on high-risk projects, Mr. Scian led the New York Region engineering team in analyzing hundreds (perhaps thousands) of insurance applications in support of AIG Environmental's insurance underwriters.

Based on his location at AIG's world headquarters, Mr. Scian was enabled (by AIG Environmental) to work with other internal clients such as AIG Surety, AIG Global Real Estate, AIG Investments, AIG Worldsource, and other units facing engineering the environmental risk in connection with various insurance products. For example, Mr. Scian served as the quality reviewer for all investments made worldwide by AIG Global Real Estate. Project locations of such investments included the People's Republic of China (PRC), Japan, Africa, Italy and others.

Mr. Scian served as National Engineering Manager for two AIG Environmental insurance product lines, Cleanup Cost Cap (Cost Cap) and Environmental Protection Policy (EPP). Both the Cost Cap and EPP policies required extensive engineering support, including an analysis and presentation of risk profiles through the application of Monte Carlo-style analysis. In this role, Paul travelled around the U.S. instructing AIG's engineers on the proper support of underwriting functions for Cost Cap and EPP policies through accurate, extensive engineering efforts and the use of both the AECOM® RACER® software and Palisade Corporation's @RISK® software.

Mr. Scian possesses a strong understanding of the risk factors that contribute to the evaluation and development of an overall environmental risk profile for either a particular site or portfolio of sites. Such understanding is central to all environmental risk engineering efforts. Some of the larger risk factors include past site operations; current site operations; past and current waste disposal practices; the geologic setting; the hydrogeologic setting; nearby public and private water supply sources; nearby surface water; immediately adjacent surrounding land-use conditions; known on-site and off-site existing releases; and the status of any cleanup efforts. Mr. Scian is an expert in analyzing and integrating the various risk factors for a particular site,



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

and creating an overall risk profile. Such profiles become an integral part of the pricing model that is used to develop insurance needed by clients for the continued operation of businesses on subject properties.

## FIELDS OF EXPERTISE

- Environmental Risk Assessment, Modeling and Management
- Aquifer Hydraulics, Pumping Tests and Subsurface Flow Analysis
- Information Technology Applications to Environmental Risk Modeling (including RACER® and @RISK® software)
- CERCLA Remedial Investigation, Feasibility Study, Risk Assessment (RI/FS/RA)
- Engineering Applications to Environmental Matters
- Natural Resource Damages (NRDA)

## REGISTRATIONS AND CERTIFICATIONS

- Professional Geologist: Wyoming (1991-2016)
- UST-Licensed for Subsurface Evaluation and Closure: New Jersey (1990–2016)
- Professional Geologist: Pennsylvania (1994-2014)
- 48 HR HAZWOPR 1986, 1993 and 2009

## EDUCATION

B.A. Geology, Rutgers University (1982)

- Undergraduate Studies, United States Air Force Academy – Engineering Program (1977)

M.S. Hydrogeology, University of Massachusetts at Amherst (1990)

B.S. Finance, Ramapo College (2005)

## PROFESSIONAL EMPLOYMENT HISTORY

### The TBLS Group, LLC, New Jersey (3/2013 – Present), Environmental Risk Management

Mr. Scian handles complex environmental risk-evaluation and liability-assessment modeling as part of The TBLS Group's team of experienced environmental experts. He also addresses engineering, financial and other aspects relating to the investigation, evaluation, remediation, closure and monitoring of environmentally contaminated sites.

### RiskNomicsLLC, New Jersey (1/2012 – 3/2015), Vice President

Mr. Scian served as a Vice President for RiskNomics, performing risk assessments for insurance placements. With his experience and expertise in environmental investigations and remediation, and background in insurance, risk evaluation and finance, Paul served clients in insurance offices throughout the U.S. Representative work assignments include the following:

- **Fast-Food Restaurant Risk Profile** – Developed risk profile for a fast-food restaurant built over former LUST (Leaking Underground Storage Tank) gas station location that received regulatory closure (NFA/Jan 2002). (The revised California vapor intrusion regulations are now more stringent.) Residual contamination remained in area of former gas station. Risk analysis focused on whether construction of new restaurant included vapor barrier overlying a gravel bed to passively vent residual volatile organic compounds (VOCs) vapors; frequency of changeover in air from customer entry and exit; and whether new restaurant had a basement area. Coverage levels for applicant depended on information addressing these risk factors.
- **Historic Manufacturing Facility** – Formulated risk profile for former automotive facility operating since the early 1900s with documented releases to the environment. A prior developer went bankrupt in the process


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

of expending significant funds to clean isolated releases. New developer requested insurance to prepare the site for future vertical developers. Regulatory risk presented was limited under Colorado Voluntary Cleanup Program. Analysis indicated significant additional remediation was required together with a high potential for both increased onsite investigation and remediation when new developer commenced removal efforts relating to building slab.

- **Emergency NYC Site Portfolio Reconnaissance** – After Hurricane Sandy, conducted emergency site review of apartment building portfolio in New York City. Large influx of claims received by insurance company led to proactive review of facility locations and assessment of pre- and post-storm flood risks.

- **Multi-State Chemical Recycling Facility** – Performed insurance survey of four state recycling operations through use of applicable USEPA databases and extended telephone surveys.

- **Ongoing Operations Risk** – A regulatory visit years earlier at an existing industrial operation triggered a small soil cleanup effort. Analysis of existing FOIA (Freedom of Information Act) records revealed the property was high risk due to continued review and revised requirements of the Alameda County Environmental Health Department (ACEHD). Although the site was zoned industrial, ACEHD continued to request additional investigations. The requests could result in additional findings to the extent each investigation (and related sample results) revealed new constituents of concern. Such findings could lead to further potential site investigations and cleanup (including an elevated potential for expansion of both investigations and cleanup efforts to adjacent off-site properties). The potential for third-party claims based on environmental liability was mitigated by the presence of similar industrial uses on such adjacent properties.

- **Redevelopment** – Negotiated redevelopment conditions for multi-site transfers between a redeveloper and an insurance company for a location on Treasure Island, San Francisco that was subject to U.S. Dept. of Defense FUSRAP (Formerly Utilized Sites Remedial Action Program) and FOST (Finding of Sustainability to Transfer) standards.

- **Chemical Recycling** – Performed a risk assessment for a multisite chemical recycling company, including assessment of contingency plans and reporting records in accordance with RCRA requirements.

- **Product Liability** – Conducted a product-liability review for a synthetic oil manufacturer that included determination of component characteristics and volume throughputs, and review of a RCRA SPCC (Spill Prevention, Control and Countermeasure) plan.

- **Vapor Intrusion** – Executed TCE (Trichloroethylene) vapor intrusion analysis of brownfield redevelopment project and surrounding neighborhood in upstate New York under New York DEC cleanup. Adjacent properties included an elementary school and daycare facility; the risk profile developed addressed these conditions and enabled the underwriter to properly protect against high-risk aspects of the project.

## Bluefield Holdings, Inc., New Jersey (3/2011 – 12/2011), Director of Operations

Mr. Scian was Director of Operations for Bluefield Holdings. Bluefield was an innovative startup engaged in developing an alternative groundwater settlement mechanism to respond to Natural Resource Damage (NRDA) environmental liability assessments made by the NJDEP under CERCLA and New Jersey Site Remediation Program regulations. While at Bluefield, Mr. Scian performed the following duties:

- Member of multi-disciplinary team formed to establish processes and metrics for the alternative NRDA settlement mechanism. The mechanism involved maintaining proximity nexus between the natural resource injury location and the remedy, including for injuries located within urban watersheds.
- Prepared monthly financial reports; updated investor *pro forma* and presentation deck for additional funding; verified accuracy of all vouchers, account balances and journal entries for monthly close process; and managed account reconciliations to ensure accurate and timely payments.


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

- Conducted analyses of business metrics, presented explanations of variances (to budgeted/forecast amounts) to investors and formulated and made recommendations for business improvements.

## AIG Consultants, Environmental Management Division, New York (5/1999 – 12/2010), Engineering Manager

Mr. Scian was an engineer for AIG for 12 years at the company's headquarters in New York City. Paul worked extensively in the underwriting, claims and investment areas, and on technology system upgrades. He was national manager for AIG's Cost Cap and EPP engineering programs, leading underwriters and engineers across the country in handling the most complex environmental transactions facing AIG. Mr. Scian managed indirect reports totaling 47 engineers in a matrix structure; such engineers would report directly to Mr. Scian for projects involving Cost Cap or EPP insurance policies. Mr. Scian headed up AIG's engineering for a $23 billion buyout of a public company, identifying key concerns and materiality issues and directing internal and external consultants. For the project, he ran simulations of projected future environmental costs, completing them on an accelerated timetable.

Mr. Scian performed extensive work on AIG's portfolio programs that involved landfill-closure and post-closure financial assurance funding. In addition, he served as review engineer for the senior environmental engineer of AIG Global Real Estate on all AIG investment properties worldwide. Paul trained all of AIG's engineers in the use of the AECOM® RACER® software to enable evaluation of cost estimates provided to AIG by consultants nationwide. He also trained AIG's engineers in the company's environmental liability computer modeling utilizing Monte Carlo simulations and graphical presentations of probability distribution outputs, showing cost-risk expectations over time.

Mr. Scian conducted training and prepared white papers for underwriters regarding emerging environmental, health and safety risks (such as nanoparticles, endocrine disruptors, indoor vapor intrusion, Natural Resource Damage and emerging contaminants).

Additional key matters included redevelopment projects for industrial brownfields, Superfund cleanups and sediment dredging/restoration projects. On many of these projects, Mr. Scian was an integral member of AIG's team performing deal negotiations, establishing terms and conditions and crafting policy endorsements. Paul also worked on IT projects involving extensive AIG databases, including development of an environmental claims database and integrating engineering and underwriting databases. Mr. Scian also led the company's Quality Assurance/Quality Control engineering re-writing efforts for complex carrier settlement negotiations involving legacy environmental policies.

Representative matters while at AIG include the following:

- Landfill Closure and Redevelopment (Meadowlands of Northern New Jersey) – This project involved funding of $112 million under the federal Solid Waste Disposal Act (SRF) and (among other things) fulfillment of RCRA requirements. Mr. Scian led a team that confirmed projected costs using the AECOM® RACER® software, managing one in-house engineer and three outside subcontractors retained to support the effort.

- Landfill Financial Assurance Funding of Three Landfill Sites (Indiana) – Mr. Scian led the engineering team's validation of costs (which was achieved using the upper range of RCRA cap costs) for installation of a $45 million landfill closure and groundwater control program. Mr. Scian's team confirmed the RCRA requirements and estimated costs using the RACER® software, and via calls to local service providers. Mr. Scian managed a team of three engineers.

- GE PCB dredging project (Hudson River) – Mr. Scian's team performed cost-estimating focused on validation of major cost drivers within the broader project. The number one cost factor was sediment disposal, with the second-ranked factor being the actual dredging. GE's proposal for insurance coverage estimated the costs at $700 million to $800 million. Mr. Scian formed and led an internal interdisciplinary team together with subcontractors assembled to validate costs. For this work, he and his team used the RACER® software model and internal (proprietary) cost databases. Mr. Scian and his team also developed


The TBLS Group
Triple Bottom Line Strategies

a Monte Carlo stimulation (using various inputs from the team members) that estimated the overall costs in the range of $650 million to $2 billion, with a 65th percentile at approximately $1.2 billion. The team included senior AIG management, underwriters, engineers and geologists, together with retained subcontractor firms.

- <u>Sediment Remediation under New York DEC Oversight of Divested Property (along Hudson River)</u> – The property was divested by Icon Cable. The sediment contamination (primarily PCBs) affected both the subject property and offsite areas due to stormwater culverts generating dispersal along the northern and southern boundaries of the property, and tidal dispersion. Total cleanup costs were estimated at $7.5 million. Mr. Scian's team reviewed and commented on a proposed Remedial Action Plan (RAP) and recommended that the primary consultant make changes in the plan. For this effort, Mr. Scian managed team of two engineers.

- <u>Soil Remediation at Divested Operations (Calvert City, MO)</u> – EON, a Germany power company, divested certain of its operations. The site was to operate in compliance with RCRA requirements, including onsite, low permeability, and waste cell storage units. Mr. Scian managed a multi-disciplinary team of six (that included underwriters, engineers and a geologist) to address the insurance submittal. Coverage placement for the EPP policy totaled $76 million.

- <u>Regional TCE (Trichloroethylene) Groundwater Cleanup (Southern California)</u> – Mr. Scian and his team developed a cost model that addressed water usage increases, resource scarcity cost pressures, infrastructure maintenance and carbon change outs (as the selected remedy) over the duration of the applicable insurance (20 years), together with cost recovery through negotiations with PRPs (Potentially Responsible Parties). Multiple PRPs and water purveyors created a complex ownership structure for the proposed $120 million EPP insurance policy, but ultimately no policy was issued.

In 2004, Paul was recognized as AIG Consulting's top internal consultant worldwide, winning the Distinguished Service Award.

Mr. Scian's previous work (described below) was in environmental consulting at ICF Kaiser, Foster Wheeler and Malcolm Pirnie.

## ICF Kaiser, New York (1997 – 1998), Project Manager

Mr. Scian's project activities at ICF Kaiser included the following (among others):

- <u>Strategy for U.S. Army Corps of Engineers</u> – Mr. Scian worked with the U.S. Army Corps of Engineers to develop a No Response Action (NRA) strategy, implementing a Monitored Natural Attenuation (MNA) approach for U.S. Army sites. Using USEPA risk-assessment statistical protocols, the strategy that was developed supported the U.S. Army Corps' position over more costly approaches while remaining protective of human health and the environment.

- <u>U.S. Army – Picatinny Arsenal</u> – Mr. Scian worked closely with Picatinny DOD (Department of Defense) representatives to develop plans for use by numerous contractors involved in collecting multi-media samples from numerous AOCs distributed across the facility. Mr. Scian developed, wrote and supervised implementation of Remedial Investigation (RI) work plans (WP), sampling and analysis plans (SAP), quality assurance project plans (QAPP) and health and safety plans (HASP) required for the ongoing site studies. Mr. Scian worked with onsite DOD representative on a daily basis and with the USEPA on both weekly calls and in monthly meetings. The plans underwent "draft", "draft-final" and "final" development and were ultimately approved by both the DOD and the USEPA.  Specific projects that were implemented included the following:

  o <u>Multi-depth Aquifer Sampling</u> for identification of potential offsite vectors near the down-gradient discharge point of the base.


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

- o  <u>Surface Water and Sediment Sampling</u> to measure contaminants, and potential aquatic uptake of the contaminants, in the large, on-site Lake Denmark.

- o  <u>Prioritization of Various Smaller Burn Areas</u> for remedial soil excavation measures based on results of sampling soils for dioxin.

- o  <u>Sediment Characterization</u> of stream channels throughout the facility for contaminants.

Findings were submitted in Remedial Investigation reports. Burn locations that were targeted for cleanup underwent Risk Assessments (RA), Feasibility Studies (FS) and Remedial Action Plans (RAPs) (via the draft, draft-final and final process) until approved by both the DOD and the USEPA. Completed projects were submitted in Remedial Action Completion Reports. Mr. Scian was the project manager.

**Foster Wheeler, New York (1992 – 1996), Project Manager**

Mr. Scian was recruited to Foster Wheeler, where he led projects on the USEPA's SITE Program and the U.S. Navy's CLEAN Program and for UST closures at sites along the U.S. East Coast. Internationally, Mr. Scian led a project for Petroleos de Venezuela S.A.'s (PDVSA) operations at the Curacao oil refinery where he established a baseline environmental report, conducted aquifer tests and developed a remedial plan to meet shared goals established by the refinery operator and the government's Tourism Department.

Additional project activities included the following:

- • <u>USEPA SITE Program at Nascolite (Millville, New Jersey)</u> – As project manager, Mr. Scian supervised a field team supporting and evaluating new technology for SITE program at Nascolite. Mr. Scian and his team designed, directed the installation of and performed sampling at groundwater recovery wells for collection of high-viscosity contaminant. The team recovered the first pure product collected at the site in over three years. The findings supplemented the SITE project and showed that the preferred groundwater remedy could be economically modified to achieve significant additional product removal.

- • <u>Norfolk Navy Shipyard (Norfolk, Virginia)</u> – Mr. Scian was project manager leading field teams investigating AOCs throughout the shipyard. He acted as liaison and provided interface between the USEPA, the U.S. Navy and the prime contractor for Foster Wheeler on a weekly basis. Mr. Scian's direct reports included approximately 30 personnel. Specific aspects of the work of Mr. Scian and his teams included the following:

  - o  <u>Drill Rigs</u> – Development of field program and cost estimate to deploy three drill rigs, installing double- and triple-cased monitoring wells within landfill footprints under Level B conditions.

  - o  <u>Summer Deployment</u> – Mr. Scian led the field teams' efforts during the summer deployment, including health monitoring of all personnel.

  - o  <u>Plans</u> – Mr. Scian directly developed and wrote plans that applied CERCLA requirements, including for WPs, SAPs, QAPPs and HASPs.

  - o  <u>Reports</u> – Reports written included RI Reports, Feasibility Studies (FSs) and RA Reports.

- • <u>Three U.S. Navy Bases</u> – Mr. Scian led and worked with an interdisciplinary team to complete Risk Assessments using sampling data to prioritize remedial measures at three Navy bases under study. The completed work included RA(s) for each medium sampled (surface water and ground water, soil and sediment).
- • <u>Resource Recovery Facility (Charleston, SC)</u> – Mr. Scian supervised the excavation and removal of a leaking UST (underground storage tank) and contaminated soil in compliance with applicable RCRA requirements.

**Malcolm Pirnie (now ARCADIS), New York (1986 – 1992), Project Scientist**
At Malcolm Prime, Mr. Scian headed up projects to develop water resources in New Jersey and New York, leading teams in the development, field testing and confirmation of aquifer models (based on mathematical analyses) in support of acquisitions of permitted water-withdrawal rights. Paul also managed Superfund



The TBLS Group
*Triple Bottom Line Strategies*

remedial investigations and remediation projects throughout the U.S. Representative assignments include the following:

- <u>Hazardous Waste Dumping Area (Mamaroneck, New York)</u> – Mr. Scian was project manager for the discovery and documenting of an uncontrolled hazardous waste dumping area that was eventually listed as a New York DEC Superfund site. Mr. Scian and his team developed all of the RI Plans (WP, SAP, HASP and QAPP). Mr. Scian led all field work (including exploratory Level B backhoe excavations), and supervised all drill work and the installation and sampling of double-cased monitoring wells. Mr. Scian headed up the writing of the RI Report that documented all findings. The field teams under his direct supervision ranged from three to twelve personnel. This work also included the development of cost estimates for all fieldwork, lab sampling, data analysis and report development.

- <u>Tybouts Corner Landfill CERCLA Superfund Site (New Castle, Delaware)</u> – Mr. Scian designed and implemented a 144-hour pumping test to analyze and develop accurate capture zones at site. He led three teams comprising 15 personnel during the test. Mr. Scian used the test results to work with Malcolm Pirnie's internal engineering team to design a pump-and-treat groundwater system.

- <u>Edgeboro Landfill (East Brunswick, New Jersey)</u> – Mr. Scian led and supervised the collection of sampling data and pumping test data to confirm the design effectiveness of the containment wall at the Edgeboro Landfill under RCRA requirements.

- <u>Water Supply Well (Newton, Jew Jersey)</u> – Paul supervised the drilling, testing, analysis, reporting and permitting of a 1 MGD water supply well for Newton, New Jersey.

## REPRESENTATIVE INTERNATIONAL MATTERS

Mr. Scian's experience includes work on multiple international matters. Representative projects include:

- **Steel Barrel Manufacturer (Global)** – Acquisition of large competitor with approximately 60 manufacturing locations throughout the world resulted in the combined company exceeding 150 manufacturing locations and providing a global footprint across six continents. The client needed both legacy and new conditions environmental insurance coverage. An environmental program provided tiered coverage based on regulatory setting, existing baseline understanding of the manufacturing facility and coverage needs.

- **Refinery (Curacao)** – State-owned refinery pushed by Department of Tourism to address visible air and surface waters impacts. Assessment of conditions allowed incremental approach to address conditions in order of severity and monetary impact.

- **Legacy Cold War Cement Manufacturing Facility (Riga, Latvia)** – Investment developers desired coverage to protect against changing state regulations. Conditions included release of various surface pollutants allowed by former Soviet operators and abandoned bunker fuel oil installations.

- **Divestiture of Excess Auto Manufacturing Facility (Italy)** – Redevelopment efforts involving large 300-acre joint auto manufacturing. Cost Cap insurance coverage was put in place to address known cleanup activities together additional coverage to address potential unknown historical conditions that could be uncovered during redevelopment efforts.
- **Textile Facility (People's Republic of China)** – Investment made by a U.S. company on Chinese mainland. Coverage requested for future conditions. Phase I assessment uncovered ongoing pollutant releases. Issuance of coverage involved development of various "triggers" to align interests of all parties.

- **Residential Development (Japan)** – Risk involved subsurface soil vapor intrusion. Coverage request was for pre-existing conditions. Data review indicated that third-party liability would be triggered prior to policy coverage conditions, allowing placement of the policy and meeting the needs of the developer for release of project funding.



The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

- **Residential Development (England)** – Risk involved coverage for historic, pre-existing conditions. Legacy conditions have resulted in a moderately impacted surface layer covering the entire proposed development property. The risk of triggering the policy resulted from the known condition was offset by the local practice of not requiring removal of historic urban fill which comprised of the majority of the surface layer pollutants. Coverage was offered using a known site improvement exclusion offering coverage post development for those conditions remaining after certificate of occupancy was issued which also met the needs of the developer for release of project funding.

## SELECTED PANEL AND SPEAKING ENGAGEMENTS

- <u>Environmental Financial Advisory Board (EFAB) of USEPA</u> – Meeting on Exploring the Use of Environmental Management Systems (Arlington, Virginia, June 12, 2007). Mr. Scian was a panelist for the insurance portion of the meeting. The discussion involved the current use of environmental management systems, surveying the aspects of existing systems that are most used in the insurance, banking and investment fields, and addressing whether regulators should consider requiring aspects of the more commonly used systems for more widespread adoption and use.

- <u>USEPA and New York Society of Security Analysts (NYSSA)</u> – Meeting on Dialogue to Explore the Use of EPA Data in Financial and Investment Analysis (New York, New York, June 19, 2008). Mr. Scian spoke as part of the morning panel exploring the use of USEPA databases in obtaining risk factors when evaluating environmental site conditions. Topics included the concerns that should be considered with respect to false data, development of means to address various levels of data quality, and integrating hypertext into the USEPA databases to facilitate their use in the investment community.

## AWARDS AND RECOGNITION

- 2004 – Distinguished Service Award, AIG Consultants (Worldwide recognition)

## ASSOCIATIONS AND MEMBERSHIPS

- American Association of Petroleum Geologists (1982 – Present)

[End of C.V.] [10/16]


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

## Appendix A (Continued)

## QUALIFICATIONS – TRAINING CERTIFICATES



The **TBLS** Group
*Triple Bottom Line Strategies*

December 2, 2016





December 2, 2016

# RACER Training Certificate

## Jeffrey Andrilenas

*has successfully completed the training curriculum to satisfy*

### RACER® 11.3 Training

Presented this 13th day of July 2016 by AECOM

*Anne Kakai, RACER Trainer*

**AECOM**

Hours of Instruction: 8


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

# Appendix B: Reviewed Documents



# Training Certificate

**Jeff Andrilenas**

*Has successfully completed a*
*training course for*

RACER 99

Presented this _16th_ day of _____ June _____ 19 99

by Talisman Partners, Ltd.

signed)

TALISMAN
PARTNERS LTD

# RACER Training Certificate

*has successfully completed the training curriculum to satisfy*

## Jeffrey Andrilenas

RACER® 11.3 Training

Presented this 13th day of July 2016 by AECOM

*Anna Kakai*

Anne Kakai, RACER Trainer

Hours of Instruction: 8

AECOM

# EXHIBIT B

December 2, 2016

# Appendix B:  Reviewed Files

The following Documents were provided to The TBLS Group by Client Meyner and Landis as source material to be used in developing the RACER model and opinion.  TBLS worked from 27 such Meyner and Landis file folders as listed below.  The sub-files within each folder are presented in the order provided by Meyner and Landis to make it easier to cross-reference information to Appendix B.  The files may include some duplication of materials across the 27 files as originally presented.  However, when a sub-file appeared more than one time within a given sub-file or zipfile, only the first entry of a duplicate file has been included in this summary.

**FILE 1 – Case Inventory Document**

1. DuPont Chambers Works, Deepwater, NJ (No Date), *Areas of Concern (AOCs) Receptor and Emergency Response Tracking or Solid Waste Management Unit (SWMU)*. (23 pp)

**FILE 2 – RCRA Investigation Remediation**

1. URS Corporation, Newark, DE (September 2014), *Appendix A: Fact Sheets for AOCs and SWMUs Comprehensive RCRA Facility Investigation Report DuPont Chambers Works Complex*, Deepwater, NJ. (1,210 pp)

2. URS Corporation, Newark, DE (September, 2014) (cover letter to EPA on DuPont letterhead) (October 1, 2014), *Comprehensive RCRA Facility Investigation Report DuPont Chambers Works Complex*, Deepwater, NJ. (259 pp)

3. AECOM (September 2015) (cover letter by Chemours to EPA), *2014 Comprehensive RFI Supplemental Information Soil Data Chemours Chamber Works Complex*, Deepwater, NJ (September 18, 2015). (33 pp)

4. AECOM (April 2016) *2014 Comprehensive RFI Supplemental Information SWMU Documentation*, Deepwater, NJ *(cover letter by Chemours to EPA April 27, 2016). (321 pp)

5. Carle, Candia, CWK-Chambers Works, *B.4 Lab Reports CWK Interior Investigation CD Aquifer 2013-2014 REVISION 1*. (980 pp)
6. Carle, Candia, *B.4 Lab Reports CWK – Chambers Works VI Sampling* (2014). (707 pp)

**FILE 3 – Preliminary Assessments CWKs PAR Complete**

1. Boettler, Albert, Corporate Remediation Group, an Alliance between DuPont and URS (December 22, 2006),   *Letter from DuPont to EPA with Preliminary Assessment Report DuPont Chambers Works Complex Pennsville and Carneys Point Townships, Salem County* (December 2006). (2,548 pp)


The TBLS Group
*Triple Bottom Line Strategies*

**December 2, 2016**

**FILE 4 – Perimeter Investigation**

1. ***Site Photos*** (November 29, 2009). (18 photos)

2. ***Tables Perimeter Investigation Sampling Plan*** (October 30, 2016). (17 pp)

3. DuPont (August 13, 2010). ***Perimeter Investigation Report to NJ DEP*** ( (7,023 pp)

4. Geosyntec Consultants, Inc. (December 10, 2012), ***Perimeter Area (AOCS1, 2&3) Remedial Action Selection Report***. (164 pp)

5. PACE Laboratories (May 31, 2016), ***Environmental Certifications.*** (13 pp)

6. NJDEP (January 2007), ***Determination of Perflourooctanoic Acid (PFOA) in Aqueous Samples, Final Report***. (17 pp)

7. Norcross, Scott, AECOM, Senior Project Manager, ***Vitae***.

**FILE 5 – Interior Investigation**

***Subfolder -- Triangle Area Investigation Appendix Photos***

1. Appendix C-1 ***Summary of Analytical Results – Non Mobile Laboratory, Triangle Area Pilot Study***. (xls)

2. *Appendix C-***2 GORE™ Surveys Environmental Site Assessment** (2010).

3. Stone Boring 09 (2011).

4. DuPont (2010) ***Draft Workplan Subsurface Investigation of the Chambers Works' Triangle Area***. (20 pp)

5. URS Corporation, DuPont Chambers Works (October 2010), ***Interior Investigation: Triangle Area Well Installation and Associated Sampling Plan***. (17 pp)

6. URS (*2010*) ***Triangle Pilot Monitor Well GO9-MO1B***. (3 pp)

7. Stone Boring 03 (2011).

8. Stone Boring 06 (2011).

9. Stone Boring 09 (2011).

10. Stone Boring 12 (2011).

11. Stone Boring 17 (2011).

12. Stone Boring 18(2011).

The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

13. Stone Boring 23 (2011).

14. Stone Boring 26 (2011).

15. Stone Boring 30 (2011).

16. Stone Boring 38 (2011).

17. Stone Boring 42 (2011).

18. Stone Boring 53 (2011).

19. Stone Boring 56 (2011).

20. Stone Boring 64 (2011).

21. Stone Boring 65 (2011).

22. Stone Boring 72 (2011).

23. Stone Boring 85 (2011).

24. Stone Environmental, Inc. (February 25, 2011), *Final Data Package for Interface Probe, Waterloo Profiling, Oil Gas, Soil Coring and MobiLab Services.* (610pp)

25. Stone Environmental, Inc. (February 18, 2011), *CWK Triangle Area Investigation Pilot Study, Post Field Work Status*. (72 pp)

26. Lutz, Edward, and DuPont *(*September 20, 2011), *Letter to NJDEP with URS: Remedial Investigation Phase I: Vadose Zone Sampling Plan. (*16 pp)

27. URS, (July 2012), *Interior Remedial Investigation B Aquifer Sampling Plan*. (21 pp)

28. Motter, Allan, Technical Coordinator, NJ Department of Environmental Protection (September 18, 2012) *Interior Remedial Investigation, B Aquifer Sampling Plan dated July 2012*. (1 p)

29. Motter, Allan, Technical Coordinator, NJ Department of Environmental Protection (September 6, 2012) *Interior Remedial Investigation, B Aquifer Sampling Plan dated July 2012*. (1 p)

30. Range, Linda, NJDEP (March 7, 2013), **Email to Ed. Lutz**. (1 p)

31. Tjho, Sin-Kie, USEPA (March 19, 2013), *Email to Linda Range*. (2 p)

32. Range, Linda (March 19, 2013), **Email to Tjho, Sin-Kie**. (1 p)

33. Tjho, Sin-Kie, USEPA *(March 26, 2013)*, July 2012 *Interior Remedial Investigation B Aquifer Sampling Plan Letter*. (2 pp)


The TBLS Group
Triple Bottom Line Strategies

**December 2, 2016**

34. Tjho, Sin-Kie (April 11, 2013) *Email to Edward Lutz*. (1 p)

35. Range, Linda, NJDEP (April 23, 2013) *Email to Carole Chatelain*. (2 p)

36. Faranca, Frank, NJDEP (April 24, 2013) *Email to Linda Range, NJDEP re: DuPont, "Again"*.

37. Range, Linda, NJDEP (May 2, 2013) *Email to Carole Chatelain, DuPont Aquifer* (2 p)

38. Lutz, Edward (May 6, 2013), *Letter to Tjho, Sin-Kie NJDEP with URS: Interior Investigation Technical Memorandum. (*44 pp)

39. Appendix A, *Site Location Maps, Interior Investigation Area*. (2 pp)

40. Appendix B, *Biogeochemical, GW, Figures and Tables*. (2 pp)

41. Appendix C, W.L. Gore and Associates, *Surveys, DuPont Chambers Works # 20746921, Final Report* (November 29, 2010). (75 pp)

42. Appendix D, *Figures and Tables*. (2 pp)

43. Appendix E, *Vadose Zone Investigation*.

    a.  *Figures and Tables*. (2 pp)

    b.  Lutz, Edward (September 20, 2011), *Letter to Joseph Karpa, Case Manager, NJDEP with URS Interior Remedial Investigation, Phase I: Vadose Zone Sampling Plan September 2011*. (22 pp)

    c.  *Boring Logs*. (157 pp)

44. Appendix F, *SWMU 45-2 Investigation*.

    a.  *Figures*. (1 p)

    b.  URS Corporation (May 2013), *SWMU 45-2 Investigation, Summary Report, Carneys Point Redevelopment Area, Carneys Point, New Jersey*. Includes Figures, Tables and Boring Logs (97 pp)

    c.  *Fact Sheet for Conditional NFA, SWMUs 1 and 2 – Incinerator I and II*. (25 pp)

45. Appendix H, Aquifer Investigation.

    a.  *Figures*. (8 pp)

    b.  *Tables*. (50 pp)



December 2, 2016

   c.  URS Corporation (July 2012), *Interior Remedial Investigation B Aquifer Sampling Plan DuPont Chambers Works Deepwater, New Jersey*. (21pp)

   d.  *Boring Logs*. (50 pp)

   e.  *Gradational Curves Aquifer B Vadose Zone*. (33 pp)

46. Appendix I, *Aquifer Solid Phase Characterization*.

   a.  *Figures*. (2 pp)

   b.  *URS Boring Logs*. (9 pp)

47. Appendix I-1, *Sampling and Analysis Plan*.

   a.  URS Corporation (September 2012*), Solid Phase B Aquifer Material Characterization Study Sampling and Analysis Plan DuPont Chambers Works Deepwater, New Jersey*. (119 pp)

48. *Geotech Results-ALS Reports*.

   a.  ALS, Formerly Columbia Analytics Services (November 12, 2012), *DuPont Chestnut Run Plaza Sediment Project*. (11 pp)

   b.  *Solid Case Grain Size Curves Pt. 1*. (23 pp)

   c.  *Solid Case Grain Size Curves Pt. 2*. (29 pp)

49. *Geo-Cleanse Insitu Proposal*.

   a.  Crosby James, DuPont Corporate Remediation Group (August 9, 2013), *Letter to Linda Range, NJDEP to Request for Permit-by-Rule For Hydraulic Testing Aerobic Treatability Study Near Lot LO7 Well Cluster, DuPont Chambers Works, Deepwater, NJ*. (9 pp)

   b.  Griesemer, Jeff, Email to Linda Range*, NJDEP (September 26, 2013), RE: Revised Permit-by-Rule p.3 proposal*. (1 p)

   c.  Kuserk, Mary Ann, NJDEP, Bureau of Groundwater Pollution Abatement (October 9, 2013 is handwritten estimated date), NJDEP Letter to James Crosby, DuPont, *Discharge Approval and Monitoring Requirements associated with Permit-by-Rule*. (4 pp)

   d.  Griesemer, Jeff, Email to Linda Range*, NJDEP (September 26, 2013), RE; PBR Questions and Discussions.* (1 p)



December 2, 2016

e. Motter, Allan, NJDEP Bureau of Environmental Evaluation and Risk Assessment (BEERA) (July 7, 2014), *Bench Test Results, Manganese Mediated Peroxide, Degradation of Chemicals of Concern dated May 16, 2014*. (2 pp)

f. Six emails between Range, Linda, NJDEP, Alan Motter and Jeff Griesemer, regarding *Geo-Cleanse Bench Test Results Report*.

g. Bryant, Dan, PhD., Geo-Cleanse International, Inc. (September 2, 2014), *Chambers Works, Freon Bench Test Round 5*. (7 pp)

h. Bryant, Dan, PhD., Geo-Cleanse International, Inc. (October 27, 2014), *Chambers Works, Freon Bench Test Round 6*. (5 pp)

i. Geo-Cleanse International, Inc. (October 27, 2014), *DRAFT Pilot Test Work Plan, AOC 1 Fluoroproducts Area*. (110 pp)

j. Crosby, James, DuPont Corporate Remediation Group (October 29, 2014), *Letter to Linda Range, NJDEP to Request for Permit-by-Rule For Chemical Injection Interim Remedial Measure Field Pilot Study in AOC 1, DuPont Chambers Works, Deepwater, NJ*. (3 pp)

k. Crosby, James, DuPont Corporate Remediation Group (October 39, 2014), *Letter to Linda Range at the NJDEP with In Situ Pilot Test Work Plan for AOC 1*. (1 p)

l. Range, Linda, NJDEP (October 30, 2014), *Memorandum to Jeff Griesemer re: Permit-by-Rule, AOC 1 Insitu Remediation Pilot Test*. (1 p)

m. Range, Linda, NJDEP (February 3, 2016), *Email to Gwen Zervas RE: Chemours Air Emissions*. (1 p)

50. *Microbial Insights Data Reports*.

a. *Statement of Work*. (1 p)

b. *DHC Interpretation*. (3 pp)

c. *CENSUS, DGGE, PLFA*. (3 pp)

51. *Mineralogy – Micron Data Reports*.

a. *Micron Inc., Analytics Services* (December 24, 2012).

b. *Solid Waste Phase B Aquifer Mineralogy*.

52. Secure C LF detection monitoring Table 6. (1 p)

**FILE 6 – Financial Assurance**

1. Layre, Tina, NJDEP (April 26, 2016), *Email to A. Telsey re: financial assurance*.


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

2. Fanandakas, Nicholas, Chief Financial Officer, DuPont (March 3, 2014), *Request to NJDEP for self-insurance*. (4 pp)

3. *Underground Storage Tank Certification Questionnaire*.

## FILE 7 – Correspondence Site Remediation

1. Doyle, Dave (1972), *Two Photos*. (2 pp)

2. *DuPont Q-Time Movie – Chambers Works*.

3. *In Situ Treatment Proposal*.

   a. Crosby, James, DuPont Corporate Remediation (August 1, 2014), Email to Tjho, Sin-Kie, Environmental Protection Agency, *DuPont Chambers Works In-Situ Chemical Reduction Pilot Investigation Work*. (1 p)

   b. *In Situ Treatment Summary, Building K-37 Area Chambers Works* (no date or attribution on document). (4 pp)

   c. Geo-Cleanse International, Inc. (October 27, 2014), *Draft AOC 1 Pilot Test Plan Fluoroproducts Area*. (110 pp)

4. Miscellaneous Correspondence – Site Remediation

   a. Tjho, Sin-Kie, US Environmental Protection Agency (April 28, 2015), *Email to Linda Range (including chain of emails on financial assurance)*. (36 pp)

   b. Tornick, Barry, NJ DEP, McManus, Cynthia (April 4, 2016), *Series of letters and Memoranda from different NJDEP departments*. (36 pp)

   c. *Long History of Chambers Works* (no date). (2 pp)

   d. *URS, Maps* (no date). (4 pp)

   e. *URS, Maps and Miscellaneous Notes*. (5 pp)

   f. *URS, Contour Maps*. (3 pp)

   g. *URS, More Maps*. (3 pp)
   h. *Notes, maps and figures*.

   i. *Open Items from 2008*.

   j. *Handwritten notes page 2*.

   k. *RCRA Subtitle C Site Identification Form*.


The TBLS Group
Triple Bottom Line Strategies

**December 2, 2016**

    l.   Rowe vs. E.I. DuPont de Nemours and Company U.S. Court, Camden, NJ (August 26, 2011), ***PFOA Class Action Case***. (23 pp)

    m.  AECOM (February 11, 2016), ***Sampling Approach***. (3 pp)

    n.  ***Statistical Results for Closure and Post Closure of Basins A, B, C (February 6, 2012)***. (2 pp)

    o.  ***Statistical Results – The Secure C Landfill Monitoring Program*** (February 6, 2016). (3 pp)

    p.  ***CWKT-29 Area- PCBs Removal Summary Report*** (no date). (6 pp)

    q.  ***Table 5 Summary of Analytical Results Secure C Landfill Corrective Action Monitoring Program*** (2012). (1 p)

    r.  ***Table 5 Summary of Analytical Results Secure C Landfill Corrective Action Monitoring Program*** (2011). (1 p)

    s.  ***Table 6 Summary of Analytical Results Secure C Landfill Corrective Action Monitoring Program*** (2012). (1 p)

    t.  ***Table 6 Summary of Analytical Results Secure C Landfill Corrective Action Monitoring Program*** (2011). (1 p)

    u.  ***Table 7 Summary of Analytical Results Secure C Landfill Corrective Action Monitoring Program*** (2011). (1 p)

    v.  ***Table 8 Summary of Analytical Results Secure C Landfill Corrective Action Monitoring Program*** (2011). (1 p)

    w.  ***Sheet Pile Barrier Supplemental Monitoring Program Analytes***. (6 pp)

    x.  ***Tidal Study Work Plan for Sheet Pile Barrier Hydraulic Demonstration*** (no date). (20 pp)

5.  Priority Scoring

    a.  ***Remedial Scoring Feedback Form*** (July 20, 2012).

    b.  ***Remedial Scoring Feedback Form*** (March 8, 2012).

6.  Boettler, Albert, Senior Environmental Consultant, DuPont (July 1, 2005), ***Letter to Frank Faranca, NJDEP/Bureau of Case Management, Re: long-term groundwater remediation at DuPont Chambers Works Facility, Pennsville, and Salem County***. (10 pp)

7.  DuPont, Workplan PowerPoint Presentation (November 20, 2007), ***Status of Site***. (40 slides)



December 2, 2016

8. DuPont Internal Document (January 24, 2008), *Draft ppt and Phase IV RCRA Facility Investigation Report*. (107 pp)

9. Ei, Tom, DuPont Project Director (January 24, 2007), *Sitewide Remediation Overview*. (77 pp)

10. *EPA (March 4, 2008), Comprehensive Corrective Action Report*. (15 pp)

11. Boettler, Albert, Corporate Remediation Group (May 22, 2009). *Letter to US EPA Region II, Mr. Tjho, 2009 Remedial Progress Update*. (8 pp)

12. Boettler, Albert, Corporate Remediation Group (December 2, 2008), *Letter to US EPA Region II, Mr. Tjho, 2008 Remedial Progress Update*. (9 pp)

13. Boettler, Albert, Corporate Remediation Group (May 22, 2009), *Letter to US EPA Region II, Mr. Tjho, 2009 Remedial Progress Update*. (9 pp)

14. Lutz, Edward, Corporate Remediation Group (September 21, 2009), *Letter to Frank Faranca, NJDEP re: Site Remediation Reform Act*. (2 pp)

15. DuPont Chambers Works (June 2010), *Draft, Vision Meeting PowerPoint Slides*. (17 pp)

16. Toutant, Charles, New Jersey Law Journal (August 29, 2011), *DuPont Article Class Action Suit*. (2 pp)

17. Lutz, Edward, Corporate Remediation Group (January 5, 2012), *Letter to Joseph Karpa, NJDEP re: Revised Soil Management Approach*. (2 pp)

18. Range, Linda, NJDEP (March 23, 2012), *Reassignment Email re: Performance Polymers*. (3 pp)

19. Range, Linda, NJDEP (April 24, 2012), *Reassignment Email re: PFOAs to Joe Karpa, EPA*. (3 pp)

20. Lutz, Edward, Corporate Remediation Group (June 20, 2012), *Email to Linda Range, re: Revised June 28, 2012 Site Visit*. (2 pp)

21. *Norcross, Scott, URS (June 20, 2012), Email to Linda Range Re: URS Secure file room access*. (1 p)

22. *Handwritten notes* (July 10, 2012). (1 p)

23. Lutz, Edward, DuPont (July 31, 2012), *Email to David Doyle, NJDEP Re: Summary of activity since last meeting with regulators*. (5 pp)

24. *Handwritten notes* (August 2, 2012). (1 p)

25. Range, Linda, NJDEP (September 5, 2012), *Email to Ed Lutz re: Open Item*. (1 pp)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

26. Chatelain, Carole (September 6, 2012), *Email to Allan Motter Re: Aquifer Sampling Plan*. (2 pp)

27. Lutz, Edward, Corporate Remediation Group (September 6, 2012), *Email to Linda Range re: DuPont Open Item*. (2 pp)

28. Griesemer, Jeff (September 24, 2016) *Email to Linda Range Re: Chemours Meeting, DGW Comments*. (2 pp)

29. Lutz, Edward, Corporate Remediation Group (September 28, 2012), *Email to Linda Range re: Proposed Agenda for October Meeting and handwritten notes*. (9 pp)

30. Range, Linda, NJDEP (October 8, 2012), *Email to Mr. Tjho, EPA re: Summary of September 29, 2012 meeting*. (1 p)

31. Range, Linda, NJDEP (October 19, 2012), *Email to Ed Lutz re: Status meeting minutes, October 12, 2012*. (11 p)

32. Lutz, Edward, Corporate Remediation Group (November 1, 2012), *Email to Linda Range re: Status of Storm Damage*. (1 p)

33. *DuPont emails and handwritten notes* (April 16, 2013).

34. Boyko, Olga (April 22, 2013), *Email to Linda Range with question on air quality standard for PFOA*. (1 p)

35. Lutz, Edward, Corporate Remediation Group (May 9, 2013), *Email to Linda Range re: Proposed Agenda for May 13 Meeting*. (9 pp)

36. PowerPoint presentation (May 13, 2013), *Status Meeting with the NJDEP*. (34 pp)

37. *Handwritten notes* – no attribution (May 23, 2013).

38. Range, Linda, NJDEP (May 31, 2013), *Email to Ed Lutz re: Status meeting minutes with NJDEP, May 13, 2013*. (11 p)

39. Tjho, Sin-Kie, EPA (July 12, 2013), *Email to Ed Lutz re: comments on minutes*.

40. Range, Linda, NJDEP (July 16, 2013), *Email to Meghan LeReau, EPA re: RCRA Permit*. (3 pp)

41. Notes (August 7, 2013), *Teleconference with EPA re: PFOA at DuPont Chambers Works*.

42. Zervas, Gwen (August 8, 2013), *Email for follow-up meeting with EPA*.

43. Range, Linda, NJDEP (August 12, 2013), **Email to Ed Lutz re: DuPont must comply with tech regs on PFOA**. (7 pp)



December 2, 2016

44. Range, Linda, *Call report re: meeting request re: PFOAs*.

45. Range, Linda (August 19, 2013), *Email to Andrew Hartten, DuPont re: PFOA. (*2 pp)

46. LeReau, Meghan, EPA (September 9, 2013), *Email confirmation of PFOA meeting on October 2, 2013*. (1 p)

47. *Handwritten notes* (September 10, 2013).

48. LeReau, Meghan, EPA (September 12, 2013), *Email to Linda Range re: Link to DRBC info*.

49. *Handwritten notes 2* (September 18, 2013).

50. Range, Linda, Case Manager, NJDEP (September 26, 2013), *Email to Andrew Hartten, DuPont, and Re: PFOA meeting attendees*. (2 pp)

51. *NJDEP Visitor meeting notification* (October 2, 2013).

52. *PFOA Meeting Agenda* (October 2, 2013).

53. Range, Linda, NJDEP (October 3, 2013), *Email chain to Meghan LeReau, EPA re: DuPont*.

54. Range, Linda, NJDEP (October 24, 2013), *Email chain to Meghan LeReau, EPA re: DuPont Settlement Link*.

55. LeReau, Meghan, USEPA (October 24, 2013), *Email to Tjho USEPA re: DuPont*.

56. Hartten, Andrew, DuPont (October 28, 2013), *Email to Linda Range NJDEP re: Status of CW Summary Letter*. (2 pp)

57. URS (October 28, 2013), *Atlantic City Electric Cable*. (2 pp)

58. *Class Action PFOA Settlement info* (October 29, 2013).

59. Hartten, Andrew, DuPont (October 29, 2013), *Memo to Linda Range NJDEP re: PFOA meeting Summary*. (4 pp)

60. Range, Linda, NJDEP (November 1, 2013), *Email string to Andrew Hartten, DuPont re: PFC Response Letter*. (1 p)

61. Tjho Sin-Kie, USEPA (November 5, 2013), *Email to Linda Range NJDEP, Additional EPA Comment on RSAR, Excavate offsite DNAPL*. (1 p)

62. Range, Linda, NJDEP (November 7, 2013), *Report of Phone Call*. (1 p)

63. Range, Linda, NJDEP (November 15, 2013), *Email to Jan Arnett Atlantic City Electric PEPCO Projects*. (5 pp)



December 2, 2016

64. Motter, Allan, NJDEP (November 18, 2013), *Email to Linda Range, NJDEP Re: Wharf demo Electric Line Relocation*. (2 pp)

65. Range, Linda, NJDEP (November 22, 2013), *Email to Sin-Kie Tjho, EPA, Re: October 2, 2013 Meeting Response*. (1 p)

66. Tjho Sin-Kie, USEPA (December 5, 2013), *Email to Linda Range NJDEP, Re: DuPont Chambers Works Comments Letters*. (2 p)

67. Range, Linda, NJDEP (November 15, 2013), *Email to Jan Arnett Re: Atlantic City Electric Cable Relocation- Chambers Works*. (9 pp)

68. LeReau, Meghan, USEPA (February 5, 2014), *Email to Linda Range re: Follow-up PFOA Settlement*. (2 pp)

69. Range, Linda, NJDEP (February 6, 2014), *Email to LeReau, Meghan, USEPA re: Follow-up PFOA GW Semi-Annual xlsl attachment*. (2 pp)

70. Range, Linda, NJDEP (February 6, 2014), *Email to LeReau, Meghan, USEPA re: Off-Site Potable*. (1 p)

71. Range, Linda, NJDEP (February 6, 2014), *Email to LeReau, Meghan, USEPA re: PFC data from NJ American Ranney Station (Formerly Pennsgrove) Wells and Treatment Plants*. (2 pp)

72. Lutz, Edward, DuPont (July 10, 2014), *Email to Sin-Kie Tjho, USEPA, Notes from conference call and Chambers Works July 2014 Status Meeting*. (8 pp)

73. Lutz, Edward, DuPont (July 10, 2014), *Email to Allan Motter, NJDEP, Notes re: Chambers Works July 2014 Status Meeting*. (2 pp)

74. Lutz, Edward, DuPont (October 21, 2014), *Email to Kim O'Connell, EPA re: Agenda for October 23rd Meeting*. (2 pp)

75. Lutz, Edward, DuPont (October 28, 2014), *Email to Sin-Kie Tjho, USEPA re: Summary of Meeting.* (3 pp)

76. Range, Linda, NJDEP (January 5, 2015), *Email to Allan Motter re: Chambers Works Regulatory Meeting in January*. (2 pp)

77. Tjho, Sin-Kie, USEPA (April 13, 2015), *Email to NDJEP and Chemours re: Agenda for April 16 meeting*. (2 pp)

78. Lutz, Edward, DuPont (July 8, 2015), *Email to Sin-Kie Tjho, USEPA re: Proposed Agenda for July 16th Meeting*. (2 pp)

79. Chemours (July 16, 2015), *Regulatory Team Meeting PowerPoint Presentation*. (13 pp)

The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

80. Lutz, Edward, DuPont (July 21, 2014), *Email to Sin-Kie Tjho, USEPA re: Chambers Works RFI SWMU Meeting*. (2 pp)

81. Lutz, Edward, DuPont (September 23, 2015), *Email to Sin-Kie Tjho, USEPA Re: Response Letters to ISCR Pilot Disapproval and Bulk Sampling Plan 9-10-2015*. (12 pp)

82. Tjho, Sin-Kie, USEPA (September 28, 2015), *Email chain to Edward Lutz, Edward, DuPont et al. with Lutz Vision attachment*. (13 pp)

83. Tjho, Sin-Kie, USEPA (September 28, 2015), *Email chain to Edward Lutz, DuPont et al. Re: reminder of September 30, 2015 Status meeting, Vision statement attachment*. (13 pp)

84. *Handwritten Notes* (October 8, 2015).

85. McGee, Tom, AECOM (October 15, 2015), *Email to Linda Range, NJDEP, et al. re: Meeting Response with Tables of Wells*. (1 p)

86. McGee, Tom, AECOM (October 15, 2015), *Memorandum: Status Meeting Response*. (2 pp)

87. Lutz, Edward, Chemours (January 4, 2016), *Email to Sin-Kie Tjho, USEPA Re: Draft Agenda for January 20, 2016 Status Meeting*. (1 p)

88. Lutz, Edward, Chemours (January 15, 2016), *Email to Kim O'Connell, USEPA Re: Remedial Approach and Remedial Approach Schedule*. (2 pp)

89. Tjho, Sin-Kie, USEPA (February 17, 2015), *Email String to Andrew Hartten, Chemours et al. re: Letter Status*. (2 pp)

90. Maybury, Steve, NJDEP (March 10, 2016), *Email to Linda Range, NJDEP re: Timeline for PFOA and Public Money for POET*. (6 pp)

91. Lutz, Edward, Chemours (April 25, 2016), *Email to Sin-Kie Tjho, USEPA Re: Final Notice and Agenda for April 28, 2016 meeting at EPA*. (3 pp)

92. Lutz, Edward, Chemours (May 12, 2016), *Email to Kim O'Connell, USEPA  Re: Agenda for Today's Call*.

93. Lutz, Edward, Chemours (June 2, 2016), *Email to Kim O'Connell, USEPA Re: Chambers Works Monthly Call, attachments, Remedial Approach Schedule and Technology Summary Review*. (7 pp)

94. NJDEP, *Dept. Land Use Regulation (DLUR) Application* (October 24, 2013).

95. *Handwritten Notes* (October 24, 2013).

96. Telsey, Albert (May 25, 2016), *OPRA Request 189778* (Received June 17, 2016). (1 p)



December 2, 2016

97. Chemours Phone Log (February and March, 2014), *Phone Log of Calls with Meghan LeReaux, USEPA*. (1 p)

98. Bloomberg Law (2014), *Plaintiff Claims*. (2 pp)

99. Lutz, Edward (December 17, 2012), *RCRA GPRA Submission*. (1 p)

**FILE 7 – Correspondence Site Remediation**

1. Doyle, Dave (1972), *Two Photos*. (2 pp)

**FILE 8 – Classification Exception Area (CEA) Folder**

1. CEA Folder

    a. Lutz, Edward, DuPont (March 24, 2010), *Email to Anne Pavelka, NJDEP et al., Chambers Status Meeting Minutes from March 17, 2010*. (3 pp)

    b. NJDEP, Bureau of Case Management (October 23, 2007), *Letter to Albert Boettler, DuPont, and Re: Biennial Report for a Groundwater Classification Exception Area Approval*. (1 p)

    c. NJDEP, OPRA Report Base Page (last updated June 15, 2012), *Classification Exception Area/Well Area*. (6 pp)

2. Deed Notice Folder

    a. Boettler, Albert, Corporate Remediation, DuPont (August 10, 2006), *Letter to Frank Faranca, NJDEP, Biennial Certification Monitoring Report #2, DuPont Chambers Works Site*. (77 pp)

    b. Boettler, Albert, Corporate Remediation, DuPont (August 9, 2010), *Letter to Frank Faranca, NJDEP, Biennial Certification Monitoring Report #3, SWMU 13 (cell1), 14, 15, 16, 32B, 47 and 61, DuPont Chambers Works Site*. (173 pp)

    c. Boettler, Albert, Corporate Remediation, DuPont (September 29, 2004), *Letter to NJDEP, Biennial Certification Monitoring Report*. (72pp)

    d. *Deed Notices for 17 SWMUs* (August 15, 2002).

    e. Lutz, Edward, DuPont Corporate Remediation Group (October 13, 2014), *Report to Linda Range, NJDEP, and re: Remedial Action Protectiveness/Biennial Certification Form/ Soil, DuPont Chambers Works Complex*. (318 pp)

3. Request



The **TBLS** Group
*Triple Bottom Line Strategies*

December 2, 2016

  a. Lutz, Edward, Chemours (December 1, 2014), *Letter to Linda Range, NJDEP, Re: Notification of Transfer Request to transfer of Classification Exception Areas.* (3 pp)

**FILE 9 – AOC 1 Fluoroproducts**

<u>Note</u>: Certain AOC Files contained duplicate materials. Duplicated documents are listed herein as part of the first file in which they appear.

1. URS Corporation (September 2014), *Appendix A: Fact Sheets for AOCs and SWMUs Comprehensive RCRA Facility Investigation Report, Appendix B, RFI Data Gap Investigation Supporting Information, Appendix C, Soil, Groundwater, Surface Water and Sediment Data Tables.* (1,210 pp)

2. Geo-Cleanse International, Inc. (October 27, 2014), *Pilot Test Work Plan AOC 1 Fluoroproducts Area.* (131 pp)

3. URS Corporation (September 2014), *Fact Sheet for No Further Action AOC 1 – Fluoroproducts Area.* (10 pp)

4. *In-situ Treatment to Address Contaminated Soil and Groundwater, Building K-37 Area, Chambers Works.* (4 pp) (no date or attribution)

5. URS Corporation (revised September 2014), *Fact Sheet for No Further Action SWMU 17/17A – Ditch Section D1S2, A Ditch and Sidewalls.* (41 pp)

6. URS Corporation (revised September 2014), *Fact Sheet for No Further Action SWMU 20 – Ethyl Chloride Incinerators (FR-1A ad FR-1B).* (3 pp)

7. URS Corporation (revised September 2014), *Fact Sheet for No Further Action SWMU 26 – Freon Spent Catalyst Storage Area.* (4 pp)

8. URS Corporation (revised September 2014), *SWMU 33 No Fact Sheet – ACOE Led.* (5 pp)

9. URS Corporation (revised September 2014), *Fact Sheet for No Further Action SWMU 34 – Gypsum Disposal Area.* (4 pp)

10. URS Corporation (revised September 2014), *Fact Sheet for No Further Action SWMU 35 – Fluorochemicals Area Surface Impoundment.* (4 pp)

11. URS Corporation (revised September 2014), *Fact Sheet for No Further Action SWMU 39 – Underground Storage Tanks.* (12 pp)

12. URS Corporation (revised September 2014), *Fact Sheet for No Further Action SWMU 55-1 – Chambers Works Area of Fill Deposition Area 1.* (32 pp)

13. URS Corporation (revised September 2014), *Fact Sheet for No Further Action SWMU 56 – Orthodichlorobenzene in B Ditch.* (10 pp)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

## FILE 10 – AOC 2 TEL Area

1. Boettler, Albert, Corporate Remediation, DuPont (October 21, 2002), *Letter from NJDEP Re: Areas of Concern, Restricted use, No Further Action Letter and Covenant not to Sue Re: Solid Waste Management Units (SWMUs 9, 10, 11, 13, 14, 15, 16, 32B, 37, 41 (areas 4, 5, 6, 7), 46, 47, 54, 61, Location Deepwater, Salem County.* (3 pp)

2. URS Corporation (September 2014), *Fact Sheet for No Further Action, AOC 2 – TEL Area.* (9 pp)

3. URS Corporation (September 2014), *SWMU 6-See SWMU 57.*

4. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 17/17A – Ditch Section D1S2 A Ditch and Sidewalls. (*41 pp)

5. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 25 – Lead Flue Dust and Lead Furnace Slag Storage Area.* (4 pp)

6. URS Corporation (Revised September 2014), **Fact Sheet for No Further Action SWMU 39 – Underground Storage Tanks.** (12 pp)

7. URS Corporation (Revised September 2014), *Fact Sheet for Corrective Measures Study SWMU 40 – Fuel Oil Storage Tanks.* (6 pp)

8. URS Corporation (Revised September 2014), *Fact Sheet for No Further Action SWMU 41-1 – Drum Storage Area 1.* (26 pp)

9. URS Corporation (Revised September 2014), *Fact Sheet for No Further Action SWMU 57 and SWMU 6 – Antiknocks Area and Landfill II.* (6 pp)

## FILE 11 – AOC 3 Jackson Labs

1. URS Corporation (September 2014), *Fact Sheet for No Further Action AOC 3 – Jackson Labs.* (6 pp)

2. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 28 – Telomer "A" Waste Container Storage Area.* (4 pp)

3. URS Corporation (September 2014), *SWMU 29 No Fact Sheet – Operating Area.*

4. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 31 – Fly Ash Disposal Area.* (4 pp)

5. URS Corporation (September 2014), *SWMU 33 No Fact Sheet – Operating Area.*

6. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 39 – Underground Storage Tanks.*


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

7. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 51 – Well DW-8*. (4 pp)

## FILE 12 – AOC 4 Aramids Pond

1. Boettler, Albert, DuPont Corporate Remediation Group (February 2003), *Remedial Action Work Plan for Aramids Ponds*. (92 pp) (certified)

2. Boettler, Albert, DuPont Corporate Remediation Group (May 26, 2004), *Remedial Action Work Plan for Aramids Pond*. (115 pp) (certified)

3. NJDEP (August 11, 2004), *Aramids Pond Remedial Action Report*. (17 pp)

4. URS Corporation (September 2014), *Fact Sheet for No Further Action AOC 6 – Dyes Area*. (4 pp)

5. URS Corporation (September 2014), *FACT SHEET FOR CONDITIONAL NFA SWMU 10 – SOLVENT RECOVERY UNIT II*. (3 pp)

6. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 62 – Aramids/Nitrators Sump*. (3 pp)

7. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 63 – AZO-Dye Area*. (3 pp)

8. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 38 – Clean Water Injection Wells*. (4 pp)

9. URS Corporation (September 2014), *Fact Sheet for No Further Action SWMU 55-1 – Chambers Works Area of Fill Deposition Area 1*. (32 pp)

## FILE 13 – AOC 5 Historical Basins and Ditches

1. Faranca, Frank, NJDEP (June 2, 1998), *Email to Albert Boettler, DuPont, Historic Process, Water Ditch System RA Report*. (6 pp)

2. URS Corporation (May 19, 2010) *Cover Letter from Albert Boettler, DuPont, to Frank Faranca, NJDEP (May 19, 2010), A and B Basins Remedial Action Report Addendum Soil Vault Closure Certification Report*. (83 pp)

3. Boettler, Albert, DuPont (May 19, 2010) *Certified Letter to Frank Faranca, NJDEP with A and B Basins Remedial Action Report Addendum Soil Vault Closure Certification Report*. (87 pp)

4. Faranca, Frank, NJDEP (August 24, 2010), *Letter to Albert Boettler, DuPont, Remedial Action Report Approval: A&B Basin Remedial Report Addendum, Carneys Point, Salem County, Block 185, Lots 1, 2, 3; Block 301, Lots 1, 2, 3, 4, 5; Block 193, Lot 5*. (2 pp)



December 2, 2016

5. Range, Linda, NJDEP (July 28, 2015), *Email Chain, Salem Canal, Sediment Metals Data*. (11 pp)

6. URS Corporation (Revised September 2014), *Fact Sheet for No Further Action AOC 5 – Historical Basin Footprint and Ditches*. (10 pp)

7. Boettler, Albert, DuPont, with URS attachment (April 29, 1998), *Historic Process Water Ditch System (HPWDS), Land Area Remedial Action Report*. (9 pp)

8. URS Corporation (Revised September 2014), *Fact Sheet for No Further Action SWMU 5A – Landfill I (Plant Side of Slurry Wall)*. (5 pp)

9. URS Corporation (Revised September 2014), *Fact Sheet for No Further Action SWMU 5B – Landfill I Beach Area (River Side of Slurry Wall) and SWMU 43 – Former Unified Basin Outfall*. (6 pp)

10. URS Corporation (Revised September 2014), *Fact Sheet for No Further Action SWMU 12 – WWTP Storage Pad*. (4 pp)

11. URS Corporation (Revised September 2014), *Fact Sheet for Conditional NFA SWMUs 14 and 15 – Former A Basin and B Basin*. (5 pp)

12. URS Corporation (Revised September 2014), *Fact Sheet for Conditional No Further Action SWMU 58 – Former Sludge Pit*. (4 pp)

13. URS Corporation (Revised September 2014), *Fact Sheet for Conditional No Further Action SWMU 58 – Former Sludge Pit*. (4 pp)

**FILE 14 – AOC 7 Elastomers**

Note: All items in File 14 were duplicate materials; such items are listed herein under other AOC Files.

**FILE 15 – AOC 8 Warehouse Transport**

1. URS Corporation (Revised September 2014), *Fact Sheet For No Further Action AOC 8 – Warehouse, Transport, and Construction Area*. (8 pp)

**FILE 16 – AOC 9 Monastral**

1. URS Corporation (Revised September 2014), *Fact Sheet for No Further Action AOC 9 – Monastral*. (10 pp)

**FILE 17 – AOC 10 White Products**

1. URS Corporation (Revised September 2014), *Fact Sheet for No Further Action AOC 10 – White Products*. (8 pp)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

## FILE 18 – AOC 11 Basin and Ditch

1. URS Corporation (Revised September 2014), *Fact Sheet for No Further Action AOC 11 – Former Drainage Ditch*. (6 pp)

## FILE 19 – AOC 12 SWMUs 1, 2, 3, 4, 7, 8

1. US EPA (May 24, 1988), *RFI and Groundwater Sampling Plan*. (44 pp)

2. Boettler, Albert, DuPont Corporate Remediation Group (April 13, 2003), *Certified Cover Letter to Andrew Park, USEPA and Frank Faranca, NJDEP re: Remedial Investigation Work Plan Chambers Works SWMU 8 (Landfill IV)*. (19 pp)

3. DuPont Corporate Remediation Group (January 2004), *DRAFT Landfill IV (SWMU 8) Remedial Investigation Preliminary Summary  Chambers Works*. (69 pp)

4. DuPont Corporate Remediation Group (January 15, 2004), **SWMU 8 (Landfill IV) Presentation**. (72 slides)

5. DuPont Corporate Remediation Group (January 9, 2004), *Agency Pre-meeting Submittal SWMU 8 (Landfill IV) Presentation*.

6. Boettler, Albert, DuPont Corporate Remediation Group (April 7, 2004), *Certified Cover Letter to Andrew Park, USEPA and Frank Faranca, NJDEP re: Remedial Investigation Work Plan Phase 2 Chambers Works SWMU 8 (Landfill IV)*. (18 pp)

7. Boettler, Albert, DuPont Corporate Remediation Group (July 12, 2005), *Letter to Andrew Park, US EPA Region II, SWMU 8 Remedial Investigation (RI) Report Response to EPA's 6-15-05 Email Including NJDEP Comments*. (11 pp)

8. Boettler, Albert, DuPont Corporate Remediation Group (February 17, 2005), *Certified Cover Letter to Frank Faranca, NJDEP re: Remedial Investigation Work Plan Chambers Works SWMU 8 (Landfill IV)*. (588 pp)

9. Boettler, Albert, DuPont Corporate Remediation Group (January 5, 2006), *Letter to Andrew Park, US EPA Region II, re: SWMU 8 Remedial Investigation (RI) Report Response to EPA's 6-15-05 Email Including NJDEP Comments*. (11 pp)

10. Boettler, Albert, DuPont Corporate Remediation Group (June 21, 2006), *Letter to Andrew Park, US EPA Region II, with attached SWMU 8 (Landfill IV) Remedial Investigation (RI) Report  2005 Addendum*. (398 pp)

11. Boettler, Albert, DuPont, Corporate Remediation Group, (January 6, 2006) *Letter to Andrew Park, US EPA Region II,  with attached SWMU 8 (Landfill IV) Remedial Investigation (RI) Work Plan for Surface Water* (January 2006) (18pp)


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

12. Boettler, Albert, DuPont Corporate Remediation Group (April 27, 2007), *Cover Letter to Andrew Park, US EPA Region II and Frank Faranca, NJDEP re: SMWU 8 Interim Corrective Measures Study and Remedial Action Selection Report*. (202 pp)

13. Boettler, Albert, DuPont Corporate Remediation Group (April 16, 2007), *Letter to Andrew Park, US EPA Region II, re: SWMU 8 (Landfill IV) Remedial Investigation (RI) Report Surface Water Investigation 2007 Addendum*. (169 pp)

14. Boettler, Albert, DuPont, Corporate Remediation Group, (August 3, 2007) *Letter to Andrew Park, US EPA Region II and Frank Faranca, NJDEP SMWU 8 Interim Corrective Measures Study and Remedial Action Proposed Schedule* (3 pp)

15. Boettler, Albert, DuPont Corporate Remediation Group (June 10, 2009), *Letter to Frank Faranca, NJDEP with URS Corporation SWMU 8 Treatability Study Work Plan*. (30 pp)

16. Boettler, Albert, DuPont Corporate Remediation Group (October 13, 2010), *Letter to Frank Faranca, NJDEP with Case Inventory Document and URS Corporation's (October 2010) SWMU 8 Remedial Investigation Treatability Report*. (1,838 pp)

17. Boettler, Albert, DuPont Corporate Remediation Group (October 10, 2010), *Letter to Frank Faranca, NJDEP with Case Inventory Document and URS Corporation's (October 2010) SWMU 8 Treatability Study Remedial Investigation Report*. (338 pp)

## FILE 20 – AOC 13 SMWUs 17A, 17B, 32A, 32B

<u>Note</u>: This Folder was empty.

## FILE 21 – AOC 14 WWTP

1. Woodward-Clyde Consultants (1986), *Closure and Post Closure Plan A-Basin*. (246 pp)

2. Woodward-Clyde Consultants (1986), *Closure and Post Closure Plan C-Basin*. (75 pp)

3. Woodward-Clyde Consultants (1986), *Closure and Post Closure Plan C-Basin, Appendix A*. (266 pp)

4. Woodward-Clyde Consultants (1986), *Closure and Post Closure Plan Water Ditch System, Appendix A*. (283 pp)

5. Woodward-Clyde Consultants (1991), *Closure and Post Closure Plan Water Ditch Inventory Index*. (22 pp)

6. DuPont Remediation Services (1991), *Process Water Ditch System Sampling Program Report. (106 pp)*

7. DuPont Remediation Services (June 1993), *RCRA Facility Investigation SWMU 18 QUAAP Addendum*. (56 pp)


The **TBLS** Group
Triple Bottom Line Strategies

December 2, 2016

8. DuPont Remediation Services (October1995), *SWMU 18 Pump Pit Sampling Workplan*. (13 pp)

9. Miscellaneous Correspondence (2007), *Overflow Landfill C Correspondence*. (50 pp)

10. Pinder, Karen, DuPont Remediation Services (July 2, 2007), *Letter to Tom Farrell, NJDEP re: Overflow of Rainfall in Landfill C*. (2 pp)

11. Confer, Robert, Chief, NJDEP (November 20, 2008), *Notice of Deficiency for Hazardous Waste Permit Renewal*. (2 pp)

12. Confer, Robert, Chief, BLHWP, NJDEP (December 1, 2008), *Notice of Completeness for Hazardous Waste Permit Renewal*. (2 pp)

13. Confer, Robert, Chief, Bureau of Hazardous Waste (BHW), NJDEP (July 9, 2009), *Letter to Barry Tormick, EPA Final Hazardous Waste Permit Renewal*.

14. Hastry, Michael, Chief (BHW), NJDEP (November 18, 2011), *Consent Order, Secure Environmental Waste*. (38 pp)

15. Corporate Remediation Group (January 9, 2013), *Groundwater Recovery System Report (December 2012)*. (2 pp)

16. Corporate Remediation Group (February 2, 2013), *Groundwater Recovery System Report (January 2013)*. (2 pp)

17. *CWA Watch List* (July 2013).

18. Lutz, Edward, DuPont Corporate Remediation Group (October 30, 2014), *Letter to NJDEP Transfer of HSWA Permit*. (2 pp)

19. Hall, Robert, NJDEP (December 30, 2014), *Letter to Scott Northey, DuPont Corporate Remediation Group, Re: Wastewater additives*. (2 pp)

20. Tjho, Sin-Kie, USEPA (February 17, 2015), *Letter to Edward Lutz, DuPont Corporate Remediation Group, Re: Transfer of HSWA Permit*. (2 pp)

21. Hall, Robert, NJDEP (June 8, 2015), *Letter to Scott Northey, DuPont Corporate Remediation Group, Re: Additional Wastewater Additives*. (3 pp)

22. Lutz, Edward, DuPont Corporate Remediation Group (July 9, 2015), *Email to Sin-Kie Tjho, EPA, Re: Transfer of HSWA Permit to Chemours*. (1 p)

23. Fontana, Anthony, Chief, Bureau of Solid Waste Permitting, NJDEP (June 27, 2016), *Draft Solid Waste Transfer Permit DuPont A&B Sanitary Landfill*. (17 pp)

24. *Hazardous Waste Incinerator Plans and Operations Zip File (1983-1987)*. (3 files; 230 pp)



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

25. *Chemical Waste C Landfill Zip File (1977-1983), Operation Descriptions, Boring Logs*. (14 files, few attributions)

26. Woodward-Clyde Consultants (1983-1988), *C Landfill Closure, Post Closure Plan*. (67 pp)

27. *Closure Plans for A&B Basin Zip File (1984-1988)*.

    a.  Diagrams (no attribution)

    b.  Groundwater Monitoring for RCRA

    c.  NJDEP-Administrative Consent Order

    d.  1987 Standby Trust Letter of Credit

    e.  Woodward Clyde, Certificate of Analysis

    f.  Quantitative Results

    g.  1987 Groundwater Sampling

    h.  Woodward Clyde Groundwater Closure Plan

    i.  Technical Report of B Basin, 1984

28. Leggette, Brashears and Graham, Inc. (1987), *Aquifer Study, Basin A&B Study*. (56 pp)

29. NJDEP (2011), *Permit Name Change to Chemours, Industrial Wastewater*.

30. *RCRA Part B Permit Application Zip File (1983)*.
<u>Note</u>:  *Documents Unnamed and Typed with No Attribution. Bibliographer provided general topics for each sub-file.*

    a.  Freon (103 pp)

    b.  Impoundment Facility (18 pp)

    c.  Storage Tanks (33 pp)

    d.  Container Storage Area (11 pp)

    e.  Basic Design Parameters (56 pp)

    f.  Facility Purpose (54 pp)

    g.  General (8 pp)

    h.  Historical Background (10 pp)

31. *RCRA Part B Permit Application Section d-2 C Basin Zip File (1988)*.

    a.  Surface Impoundments

32. *RCRA Part B Permit Application Section I Appendix F Basin Zip File (1988)*.



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

a.  Woodward-Clyde Consultants (1983-1988), *C Basin Landfill Closure, Post Closure Plan*. (80 pp)

b.  *Analysis of Priority Pollutants*. (406 pp)

33. *RCRA Part B Permit Application Section I Appendix G Plans for Process Water Ditches*.

a.  Woodward-Clyde Consultants. (269 pp)

34. *RCRA Part B Permit Application Section E Groundwater Monitoring (November 1987)*.

a.  Groundwater well monitoring (1979) (9 pp)

b.  Groundwater monitory Landfill C (2 pp)

c.  Bibliography (2 pp)

d.  NJDEP – Monitoring Parameters (April 1986) (21 pp)

e.  RCRA Wells Up and Down Gradient (23 pp)

f.  1983 Monitoring Plan (23 pp)

g.  Indicator Parameters (26 pp)

h.  Regional Environmental Setting (60 pp)

i.  Part B Application Review (65 pp)

j.  Groundwater Analysis and Sampling Plan (1984)

k.  Chemical Characteristics in Basin A (150 pp)

l.  Corrective Action Plan – Purpose and Scope (141 pp)

35. *RCRA Part B Volume VII Hydrogeology Conditions Zip File*.

a.  Site Chronology (2 pp)

b.  Bibliography (2 pp)

c.  Aquifer Characteristics (26 pp)

d.  Ground Surface Characteristics (11 pp)

e.  Chemical Characteristics of Secure Landfill C Sludge (26 pp)

f.  Woodward Clyde Consultants, Permit Application Rotary Kiln Hazardous Waste Incinerator Hydrogeology (55 pp)

g.  Aquifer Characteristics (62 pp)

h.  Sampling (162 pp)

i.  Environmental Setting (31 pp)


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

j.   Groundwater Analysis and Sampling Program (465 pp)

**FILE 22 – AOC 15 Site Groundwater Recovery**

1. ***CWK Migration of Contaminate Groundwater Under Control (August 1983)***

   a.   Boettler, Albert, DuPont Corporate Remediation Group (September 3, 1999), ***Letter to Andrew Park, US EPA Region II, Potential B Aquifer Loading into the Delaware River vs. Discharge Limits***. (18 pp)

2. NJDEP and Ervin et.al. (1994), ***Water Quality in the Potomac-Raritan-Magothy Aquifer System Report in the Coastal Plain, West Jersey***. (122 pp)

3. EPA and NJDEP (March 1987), ***Hazardous Waste Task Force Evaluation of DuPont, Deepwater, NJ***. (197 pp)

4. ***Appendix B*** (1993), ***SMWU 18 QUAAP Addendum***. (57 pp)

5. DuPont Environmental Remediation Services (October 11, 1995), ***SMWU 18 Pump Pit Sampling Work Plan***. (13 pp)

6. DuPont Corporate Remediation Group (October 31, 2002), ***First Semester Semiannual NJPDES-DGW Report***. (271 pp)

7. DuPont Corporate Remediation Group (April 29, 2002), ***Second Semester Semiannual NJPDES-DGW Report***. (772 pp)

8. DuPont Corporate Remediation Group (April 30, 2003), ***Second Semester Semiannual NJPDES-DGW Report***. (697 pp)

9. DuPont Corporate Remediation Group (October 31, 2003), ***First Semester Semiannual NJPDES-DGW Report***. (304 pp)

10. DuPont Corporate Remediation Group (April 2004), ***Second Semester Semiannual NJPDES-DGW Report***. (1,048 pp)

11. DuPont Corporate Remediation Group (September 2004), ***Ground Water Remediation RCRA Post Closure Plan***. (20 pp)

12. DuPont Corporate Remediation Group (April 2005), ***Second Semester Semiannual NJPDES-DGW Report***. (928 pp)

13. DuPont Corporate Remediation Group (September 2005), ***First Semester Semiannual NJPDES-DGW Report***. (928 pp)

14. Boettler, Albert, DuPont Corporate Remediation Group (July 1, 2005), ***Letter to Frank Faranca, NJDEP, Biennial Certification Monitoring Report #2, DuPont Chambers Works Site wide Strategy***. (10 pp)


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

15. GeoTrans, Inc. (June 3, 2006), *Groundwater Monitoring Report.* (102 pp)

16. DuPont Corporate Remediation Group (April 30, 2006), *Second Semester Semiannual NJPDES-DGW Report.* (691 pp)

17. DuPont Corporate Remediation Group (October 6, 2006), *First Semester Semiannual NJPDES-DGW Report.* (303 pp)

18. *Overflow Correspondence.* (50 pp)

19. DuPont Corporate Remediation Group (April 28, 2009), *Second Semester Semiannual NJPDES-DGW Report.* (908 pp)

20. DuPont Corporate Remediation Group (April 30, 2007), *Second Semester Semiannual NJPDES-DGW Report.* (1,106 pp)

21. DuPont Corporate Remediation Group (October 29, 2007), *First Semester Semiannual NJPDES-DGW Report.* (170 pp)

22. DuPont Corporate Remediation Group (April 20, 2007), *Semiannual Statistical Review of Groundwater Monitoring Results.* (146 pp)

23. DuPont Corporate Remediation Group (November 9, 2007), *Semiannual Statistical Review of Groundwater Monitoring Results Second Half.* (1,028 pp)

24. *Groundwater Recovery System.* (1 p)

25. DuPont Corporate Remediation Group (June 27, 2007), *Discharge to Groundwater Quality Assurance Report First Half.* (36 pp)

26. Pinder, Karen, DuPont Corporate Remediation Group (July 2, 2007), *Letter to Mr. Farrell, NJDEP Re: Rainfall Overflow Landfill C.* (2 pp)

27. DuPont Corporate Remediation Group (December 12, 2007), *Discharge to Groundwater Quality Assurance Report Second Half.* (45 pp)

28. DuPont Corporate Remediation Group (April 30, 2006), *Second Semester Semiannual NJPDES-DGW Report.* (292 pp)

29. DuPont Corporate Remediation Group (December 12, 2007), *Discharge to Groundwater Permit Semiannual Quality Assurance Report 2nd Half 2007.* (45 pp)

30. DuPont Corporate Remediation Group (October 2008), *First Semester 2008 Semi-Annual NJDES-DGW Report.* (320 pp)

31. Pinder, Karen, DuPont Corporate Remediation Group (February 2, 2008), *HSW Groundwater Permit Groundwater Recovery System Daily Volume 2008.* (2 pp)


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

32. DuPont Corporate Remediation Group (April 2008), *Second Semester 2008 Semi-Annual NJDES-DGW Report Second Semester 2007*. (303 pp)

33. Confer, Robert, NJDEP (November 20, 2008), *Technical Notice of Deficiency for Hazardous Waste Permit Renewal*. (2 pp)

34. Confer, Robert, NJDEP (December 10, 2008), *Technical Notice of Approval for Hazardous Waste Permit Renewal*. (1 p)

35. DuPont Corporate Remediation Group (April 28, 2009), *DWG permit and 2008 Second Semester 2008 Semi-Annual NJDES-DGW*. (908 pp)

36. NJDES_DGW Permit No. NJ0083429 Renewal Documentation (July 23, 2009), *Zip File*.

   a. *Fact Sheet*. (4 pp)

   b. *Fact Sheet with Edits*. (4 pp)

   c. *Permit Renewal Text with Edits*. (8 pp)

   d. *Permit Renewal Final Application*. (8 pp)

   e. Boettler, Albert, DuPont Corporate Remediation Group (July 23, 2009), *Letter to Frank Faranca, NJDEP with Fact Sheet and Final Permit Application*. (48 pp)

37. DuPont Corporate Remediation Group (April 28, 2009), *DWG permit and 2008 Second Semester 2008 Semi-Annual NJDES-DGW*. (908 pp)

38. McManus, Cynthia, DuPont (May 12, 2009), *Letter to NJDEP, Permit No. NJ0005100 Specific Requirement Narrative D2, E3, F3 Compliance for Water Quality Based Effluent Limitations*. (3 pp)

39. Pinder, Karen, DuPont Corporate Remediation Group (June 5, 2009), *HSW Groundwater Permit Groundwater Recovery System Daily Volume May 2009*. (2 pp)

40. Confer, Robert, NJDEP (July 9, 2009), *Final Hazardous Waste Storage Treatment Facility Permit Renewal*. (24 pp)

41. URS Corporation (October 2009), **First Semester 2009 Semi-Annual NJDES-DGW Report Second Semester 2007**. (1,046 pp)

42. Boettler, Albert, DuPont Corporate Remediation Group (April 29, 2010), *Certified Letters to NJDEP URS Second Semester 2009 Semi-Annual NJPDES-DGW Report*. (3,190 pp)

43. DuPont Corporate Remediation Group (February 2, 2010), *Discharge to Groundwater Permit 083429 Semiannual Quality Assurance Report 2nd Half 2009*. (2,949 pp)

44. URS Corporation (October 2009), *NJDES Second Semester 2009 Semi-Annual Statistical Review of Groundwater Monitoring Results 2nd Half 2009*. (2,949 pp)



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

45. URS Corporation (October 2010), *NJDES First Semester 2010 Semi-Annual Statistical Review of Groundwater Monitoring Results 2nd Half 2009*. (2,949 pp)

46. Hastrey, Robert, NJDEP (November 18, 2011), *Letter to Scott Northey with Administrative Consent Order Secure Environmental Treatment Rt 130, Bldg 1244*. (38 pp)

47. Lutz, Edward, DuPont Corporate Remediation Group (April 29, 2011), *Letter to NJDEP with Second Semester 2010 Semi-Annual NJPDES-DGW Report*. (1,077 pp)

48. Lutz, Edward, DuPont Corporate Remediation Group (October 27, 2011), *Letter to NJDEP with Second Semester 2010 Semi-Annual NJPDES-DGW Report*. (744 pp)

49. Lutz, Edward, DuPont Corporate Remediation Group (October 27, 2011), *Letter to NJDEP with First Semester 2011 Semi-Annual NJPDES-DGW Report*. (744 pp)

50. Lutz, Edward, DuPont Corporate Remediation Group (April 27, 2012), *Letter to NJDEP with Second Semester 2011 Semi-Annual NJPDES-DGW Report*. (1,898 pp)

51. Lutz, Edward, DuPont Corporate Remediation Group (April 29, 2013), *Letter to Linda Range, NJDEP with Second Semester 2012 Semi-Annual NJPDES-DGW Report*. (1,898 pp)

52. DuPont Corporate Remediation Group (January 9, 2013), *HSW Groundwater Permit Groundwater Recovery System Daily Volume December 2012*. (2 pp)

53. DuPont Corporate Remediation Group (February 5, 2013), *HSW Groundwater Permit Groundwater Recovery System Daily Volume January 2013*. (2 pp)

54. *Clean Water Act (CWA) Watch List*. (July 2013)

55. Lutz, Edward, DuPont Corporate Remediation Group (October 29, 2013), *Letter to Linda Range, NJDEP with First Semester 2013 Semi-Annual NJPDES-DGW Report*. (898 pp)

56. Lutz, Edward, DuPont Corporate Remediation Group (April 29, 2013), *Letter to Linda Range, NJDEP with Second Semester 2012 Semi-Annual NJPDES-DGW Report*. (898 pp)

57. Lutz, Edward, DuPont Corporate Remediation Group (October 29, 2013), *Letter to Linda Range, NJDEP with First Semester 2013 Semi-Annual NJPDES-DGW Report*. (3,327 pp)

58. Northey Scott, DuPont Corporate Remediation Group (June 12, 2014), *Letter to NDJEP Re: Delaware River Water Intake Calpine Facility*. (1 p)

59. URS Corporation (August 2014), *NJDES Second Semester 2009 Semi-Annual Statistical Review of Groundwater Monitoring Results 1st Half 2014*. (655 pp)



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

60. *DEP Approval for Additional Water Treatment Additive Defoamers* (September 17, 2014). (34 pp)

61. Northey Scott, DuPont Corporate Remediation Group (October 9, 2014), *Letter to NDJEP Re: Minor Modifications to NJDES Permit NJ 0005100*. (8 pp)

62. Lutz, Edward, DuPont Corporate Remediation Group (October 30, 2014), *Letter to Linda Range, NJDEP with First Semester 2014 Semi-Annual NJPDES-DGW Report*. (880 pp)

63. Northey Scott, DuPont Corporate Remediation Group (October 30, 2014), *Letter to NDJEP Re: Transfer of Permit to Chemours*. (2 pp)

64. Lutz, Edward, DuPont Corporate Remediation Group (December 30, 2014), *DEP Approval for Additional Water Treatment Additive Dispersement*. (2 pp)

65. Lutz, Edward, DuPont Corporate Remediation Group (February 15, 2015), *Letter to NJDEP Re: Request to Transfer HSWA Permit to Chemours. (*2 pp)

66. Lutz, Edward, DuPont Corporate Remediation Group (April 29, 2015), *Letter to Linda Range, NJDEP with Second Semester 2014 Semi-Annual NJPDES-DGW Report*. (3,264 pp)

67. Hall, Robert, NJDEP (June 8, 2015), *Letter to Scott Northey, Chemours, Re: Conditional Approval For Additional Water Treatment Additives*. (3 pp)

68. Lutz, Edward, Chemours (July 9, 2015), *Email to EPA and NJDEP Requesting HSWA Permit Transfer*. (1 p)

69. Northey, Scott, Chemours (July 17, 2015), *Letter to NJDEP Request for Minor Additive Modifications*. (32 pp)

70. Lutz, Edward, DuPont Corporate Remediation Group (April 30, 2016), *Letter to Linda Range, NJDEP and Report with Second  Semester 20151 Semi-Annual NJPDES-DGW Report*. (3,767 pp)

71. Fontana, Anthony, Chief, Bureau of Solid Waste Permitting (June 26, 2016), *Draft Solid Waste Facility Permit Transfer of Ownership DuPont A&B Sanitary Landfill*. (17 pp)

72. DuPont Corporate Remediation Group (April, 2001), *Second Semester 2000 Semiannual Report*. (880 pp)

73. DuPont Corporate Remediation Group (April, 2001), *Ground Water Remediation and RCRA Post Closure Plan NJDES-DGW Permit No. NJ0083429*. (20 pp)   NJDES Active Permit List.

74. NJDES Active Permit List. (no date)

75. NJDEP Final Modification NJDES Permit, Minor Modification Discharge to Surface Water NJ Permit No.0005100. (1 p)



December 2, 2016

## FILE 23 – AOC 16 PFOA

1. <u>Sub-File 1</u> – 2006 PFOA Lab Data

   a. Exygen Research (March 22, 2006), ***Analytic Report Re: Fluorochemical Characterization of Aqueous Sample (draft and final)***. (492 pp)

   b. Exygen Research (April 21, 2006), ***Analytic Report Re: Fluorochemical Characterization of Aqueous Sample (draft and final)***. (85 pp)

2. <u>Sub-File 2</u> – SIR Addendum (May 2007), ***Sample results*** Raw ***Data***. (4 test files)

3. <u>Sub-File 3</u> – 2009 DEP Draft Letters to Residents

   a. ***Three draft letters from Karamir Kaushal***.

   b. ***One draft letter from NJDEP,*** **Steve Maybury, Bureau Chief**

4. <u>Sub-File 4</u> – 2009 PFOA Groundwater Data

   a. ***Four Sample and Result Files***.

5. <u>Sub-File 5</u> – 2009 PFOA MPI Lab Reports Data

   a. MPI Research (Q2, 2009), ***Analytic Report Re: Fluorochemical Characterization of Aqueous Sample L0018044 (final)***. (153 pp)

   b. MPI Research (Q2, 2009), ***Analytic Report Re: Fluorochemical Characterization of Aqueous Sample L0018054 (final)***. (146 pp)

   c. MPI Research (Q2, 2009), ***Analytic Report Re: Fluorochemical Characterization of Aqueous Sample L0018087 (final)***. (82 pp)

6. <u>Sub-File 6</u> – 2009 PFOA Data (October 3, 2009)

   a. ***Four Sample and Result Files***.

7. <u>Sub-File 7</u> – POA DEP Internal

   a. ***Land Use Map*** (2002).

   b. ***Public NCWS Map*** (no date).

   c. ***CBI Table October*** (2009).

   d. ***CBI Table*** (July 27, 2009).
   e. ***CWK Residential Non-Response List*** (no date).


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

f.  **CWK List** (June 24, 2009).

g.  **Target and Non-Target Analyte Summary** L0017570 (Q1 and Q2 2009).

h.  Kaushal, Kavanir, NJDEP Internal Memo to David Doyle, BEERA (no date), **Review of the Analytical Data Package for Perfluorooctanoic Acid (PFOA) for DuPont-Chambers Works, Deepwater, NJ submitted by MPI Research**. (4 pp)

i.  Kaushal, Kavanir, NJDEP Internal Memo to David Doyle, BEERA (no date), **Review of the Analytical Data Package for Perfluorooctanoic Acid (PFOA) for DuPont-Chambers Works, Deepwater, NJ submitted by MPI Research**. (2 pp)

j.  Washington, John et al., National Exposure Research Lab, EPA (June 2009), **Environmental Science Technology 43, Degradability of an Acrylate-Linked, Fluorotelomer Polymer in Soil**. (7 pp)

k.  Hartten, Andrew, DuPont Corporate Remediation Group (July 27, 2009), **Private Drinking Water Well and Sampling Program Update and Results Letters**. (5 pp)

l.  **NCWS Wells in 3 Mile Buffer Area** (no date).

m.  **New Addresses** (no date).

n.  **Status of NJDEP PFOA Activities** (no date) Website 1.

o.  **Status of NJDEP PFOA Activities** (no date) Website 2.

p.  **Status of NJDEP PFOA Activities** (no date) Website 3.

q.  **OPRA 87483 Request** (September 10, 2009).

r.  **OPRA 85278 Request** (September 28, 2009).

s.  **OPRA 85279 Request** (September 28, 2009).

t.  **OPRA 85280 Request** (September 28, 2009).

u.  **OPRA 85281 Request** (September 28, 2009).

v.  **PFOA ISC3 Well Data Map** (no date).

w.  **PFOA ISC3 Well Data Map Customized** (no date).

x.  **PFOA ISC3 Well Data Map Enlarged** (no date).

y.  Hartten, Andrew, DuPont Corporate Remediation Group (June 24, 2009), **Private Drinking Water Well and Sampling Program Update and Results Letters**. (4 pp)

8. <u>Sub-File 8</u> – May 2009 – PFOA Results Letters, 2 Mile Survey



The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

    a.  *PDWWSS Update* (May 21, 2009).

    b.  *PDWWSS Update Table* (May 21, 2009).

    c.  Hartten, Andrew, DuPont Corporate Remediation Group (May 2009), *Private Drinking Water Well and Sampling Program Update and Results Letter 29*. (2 pp)

    d.  Hartten, Andrew, DuPont Corporate Remediation Group (May 12, 2009), *Private Drinking Water Well and Sampling Program Update and Results Letter 2 with MPI Research*. (161 pp)

9.  <u>Sub-File 9</u> – June 2009 – PFOA Results Letters, 2 Mile Survey

    a.  Hartten, Andrew, DuPont Corporate Remediation Group (June 24, 2009), *Individual Residential Results Letters 6*. (38 pp)

    b.  *CBI Table* (June 24, 2009).

    c.  Hartten, Andrew, DuPont Corporate Remediation Group (July 12, 2009), *Letter to Frank Faranca, NJDEP re: Voluntary Compliance Private Drinking Water Well and Sampling Program Update and Results Letters.* (4pp)

    d.  *Table* (June 24, 2009).

10.  <u>Sub-File 10</u> – 2009 – PFOA Groundwater Report Addendum

    a.  URS Corporation (March 8, 2009), *Appendix A, Boring Reports; Appendix B, Axys Lab Data; Appendix C, Contour Reporting Forms*. (530 pp)

    b.  *Four Data Files re: Results and Errors*.

    c.  Hartten, Andrew, DuPont Corporate Remediation Group (August 4, 2009), *Letter to Frank Faranca, NJDEP re: Perfluoroctonoic Acid GW Investigation Addendum*. (36 pp)

11.  <u>Sub-File 11</u> – 2009 – PFOA Analytic Data DIR DP1H09

    a.  *Four Data Files re: Results and Errors*.

12.  <u>Sub-File 12</u> – December 2009 – PFOA Results Letters, 2 Mile Survey

    a.  *CBI Table* (December 1, 2009).

    b.  *Table 1* (December 1, 2009).

    c.  *Results Letters* (after July 2009).

13.  <u>Sub-File 13</u> – PFOA 637 Hawkbridge Treatment System



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

a.  Sub-file – Confidential Disc

  i.  MPI Reports

    1.  MPI Research (Q3 2009), *Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling Treatment-3Q09 MPI Research Laboratory Report No. L0018964*. (83 pp)

    2.  Hartten, Andrew (November 23, 2009), *Homeowners Letters with MPI Research: Fluorochemical Characterization of Water Samples Analytical Results*.

    3.  MPI Research (Q4 2009), *Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling Treatment-4Q09*. *(*82 pp)

    4.  MPI Research (November 23, 2009), *Fluorochemical Characterization of Water Samples Analytical Results*. (1 p)

    5.  MPI Research (Q3 2009), *Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling – 3Q 09 – Draft and Final Report*. (80 pp)

    6.  MPI Research (November 11, 2009), *Fluorochemical Characterization of Water Samples, Analytical Results CWK-D-801HAWKSBRIDGERD L0019236-1*. (1 p)

    7.  MPI Research (Q4 2009), *Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling – 4Q09 MPI Research Laboratory Report No. L0019236 Amended*. (80 pp)

    8.  MPI Research (September 23, 2009), *Fluorochemical Characterization of Water Samples Analytical Results, CWK-D-16HENRYAVE L0019123-1 23-Sep-09 NQ*. (1 p)

    9.  MPI Research (Q3 2009), *Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling – 3Q09 MPI Research Laboratory Report No. L0019123 Amended Corrected (final)*. (82 pp)

    10. MPI Research (Q3 2009), *Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling – 3Q09 MPI Research Laboratory Report No. L0019123 Amended Corrected (not final)*. (82 pp)

    11. Hartten, Andrew, DuPont (October 12, 2010), *Letter to Frank Faranca, NJDEP with Resident Letter 29 and MPI Sampling Reports and Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling – 3Q10 MPI Research Laboratory Report No. L0022032*.


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

    12. MPI Research (Q4 2009), *Fluorochemlcal Characterization of Aqueous Samples OS Private Well Sampling – 4Q09 MPI Research Laboratory Report L0019506 Amended Corrected (not final).* (82 pp)

  b. MPI Research (Q1 2010), *Fluorochemlcal Characterization of Aqueous Samples OS Private Well Sampling – 4Q10 MPI Research Laboratory Report L0020481Amended Corrected (not final).* (82 pp)

14. <u>Sub-Files 14 and 15</u> – April 2011 Data Points

  a. *Seven Data Files re: Results and Errors.*

15. <u>Sub-Files 16 and 17</u> – October 2011 Data Points

  a. *Six Data Files re: Results and Errors.*

16. <u>Sub-Files 16 and 17</u> – June 2011 Data Points

  a. *Six Data files re: Results and Errors.*

17. <u>Sub-File 18</u> – June 2011 Data Points

  a. *Six Data Files re: Results and Errors.*

18. <u>Sub-File 19</u> – April 2012 Data Points

  a. *Six Data Files re: Results and Errors.*

19. <u>Sub-Files 20, 21 and 22</u> – October 2012 Data Points

  a. *Six Data Files re: Results and Errors.*

20. <u>Sub-File 21</u> – April 2013 Data Points

  a. *Three Data Files of Results and Errors.*

21. <u>Sub-File 22</u> – Statewide Groundwater Wells NJDES

  a. NJDES Subfolder – *Permits*

    i. 2000-2001 Analytics for Hydropunch Samples (128 pp)

    ii. DuPont Corporate Remediation Group (April 2001) *DJDES-DGW Second Semiannual Report.* (888 pp)

    iii. DuPont Corporate Remediation Group (April 29, 2002) *DJDES-DGW Second Semester 2001 Semiannual Report.* (772 pp)



December 2, 2016

iv. DuPont Corporate Remediation Group (October 31, 2002) ***DJDES-DGW First Semester 2002 Semiannual Report .***(271 pp)

v. DuPont Corporate Remediation Group (April 30, 2004) ***DJDES-DGW Second Semester 2003 Semiannual Report.***(690 pp)

vi. DuPont Corporate Remediation Group (April 29, 2005) ***DJDES-DGW Second Semester 2004 Semiannual Report.***(928 pp)

vii. DuPont Corporate Remediation Group (October 30, 2005) ***DJDES-DGW First Semester 2005 Semiannual Report.***(1048 pp)

viii. Geo Trans Inc. (June 5, 2006*) **Groundwater Monitoring Report**. Appendix H (108 pp)

ix. DuPont Corporate Remediation Group (April 2006) ***DJDES-DGW Second Semester 2005 Semiannual Report.***(928 pp)

x. DuPont Corporate Remediation Group (October 31, 2006) ***DJDES-DGW First Semester 2005 Semiannual Report.***(1048 pp)

xi. DuPont Corporate Remediation Group (April 28, 2007) ***DJDES-DGW Second Semester 2006 Semiannual Report.***(928 pp)

xii. DuPont Corporate Remediation Group (October 31, 2006) ***DJDES-DGW First Semester 2007 Semiannual Report.***(1048 pp)

xiii. DuPont Corporate Remediation Group (October 31, 2009) ***DJDES-DGW First Semester 2008 Semiannual Report.***(1048 pp)

xiv. Boettler, Albert, DuPont (April 30, 2007) Certified Letter and ***DJDES-DGW Second Semester 2006 Semiannual Report.***(1048 pp)

xv.

xvi. Summit Statistical Service (April 20, 2007,) ***Semiannual   Review of Groundwater Monitoring Results First Half 2007, Appendix F. (146** pp)*

xvii. Summit Statistical Services (April 20, 2007) ***Semiannual Review of Groundwater Monitoring Results First Half 2007, Executive Summary. (36** pp)*

xviii. Boettler, Albert, DuPont (October 28, 2007) Certified and ***DJDES-DGW First Semester 2007 Semiannual Report.***(170 pp)

xix. Summit Statistical Services (November 9, 2007,) ***Semiannual Review of Groundwater Monitoring Results Second Half 2007. (1028** pp)*

xx. Data (December 2007) ***Groundwater Recovery System.*** (1 p)



December 2, 2016

xxi.   Summit Statistical Services and DuPont (December 12, 2007) *Discharge to Groundwater Permit Semiannual Quality Assurance Report Second Half 2007.* (45 pp)

xxii.   Boettler, Albert, DuPont (October 30, 2008) Certified Letter and *DJDES-DGW First Semester 2008 Semiannual Report.* (320 pp)

xxiii.   Pindar, Karen, DuPont (February 6, 2008) *Letter to NJDEP with January 2008 Groundwater Recovery Volume Report.* (2 pp)

xxiv.   DuPont (April 2008) Certified and *DJDES-DGW Second Semester 2007 Semiannual Report.* (303 pp)

xxv.   Boettler, Albert, DuPont (April 29, 2008) Letter Re: *DJDES-DGW Second Semester 2007 Semiannual Report.* (2 pp)

xxvi.   Boettler, Albert, DuPont (October 30, 2008) Certified Letter and *DJDES-DGW First Semester 2008 Semiannual Report.* (320 pp)

xxvii.   Boettler, Albert, DuPont (April 28, 2009) Certified Letter Re: *DJDES-DGW Second Semester 2008 Semiannual Report.* (908 pp)

xxviii.   Boettler, Albert, DuPont (April 28, 2009) Certified Letter Re: *DJDES-DGW Second Semester 2008 Semiannual Report. FINAL Complete* (908 pp)

xxix.   McManus, Cynthia, DuPont (May 12, 2009) *Certified Letter to NJDES Re Permit 0005100 Re: Compliance Schedule for Water Quality Based Effluent Limitations.* (3 pp)

xxx.   Pindar, Karen, DuPont (June 5, 2009) *Letter to NJDEP with May 2009 Groundwater Recovery Volume Report.* (2 pp)

**xxxi.**   Zip Sub-Folder (October 30, 2009) **Four Files of Data.**

xxxii.   Boettler, Albert, DuPont (October 30, 2009) Certified Letter Re: *DJDES-DGW First Semester 2009 Semiannual Report. FINAL Complete* (1046 pp)

xxxiii.   URS Corporation (February 3, 2010) *Semi-Annual Statistical Review of Groundwater Monitoring Results Second Half 2009.* (2949 pp)

xxxiv.   Boettler, Albert, DuPont (April 29, 2010) Certified Letter Re: *DJDES-DGW Second Semester 2009 Semiannual Report.* (3190 pp)

xxxv.   Boettler, Albert, DuPont (October 28, 2010) Certified Letter Re: *DJDES-DGW First Semester 2010 Semiannual Report.* (639 pp)

xxxvi.   Boettler, Albert, DuPont (October 28, 2010) Certified Letter Re: *DJDES-DGW First Semester 2010 Semiannual Report. FINAL* (639 pp)



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

xxxvii.  Boettler, Albert, DuPont (October 28, 2010) Letter with URS *Quality Assurance Project Plan/Sampling and Analysis Plan For Groundwater and Leachate Monitoring-October 2010.* (65 pp)

xxxviii.  Zip Folder (April 19, 2011) *Analytic Data 5 files.*

xxxix.  Lutz, Edward, DuPont (April 29, 2011) Certified Letter Re: *DJDES-DGW Second Semester 2010 Semiannual Report. FINAL* (1077 pp)

xl.  Zip Folder (October 28, 2011) *Analytic Data 5 files.*

xli.  Lutz, Edward, DuPont (October 27, 2011) Certified Letter Re: *DJDES-DGW Second Semester 2010 Semiannual Report. FINAL* (744 pp)

xlii.  Lutz, Edward, DuPont (April 28, 2011) Certified Letter Re: *DJDES-DGW First Semester 2011 Semiannual Report. FINAL* (1898 pp)

xliii.  Zip Folder (April 27, 2012) *Analytic Data 5 files.*

xliv.  Lutz, Edward, DuPont (April 27, 2012) Certified Letter Re: *DJDES-DGW Second Semester 2011 Semiannual Report.* (744 pp)

xlv.  Zip Folder (October 25, 2012) *Analytic Data 5 files.*

xlvi.  DuPont (October 31, 2011) *Certification Letter for First Semester 2012 DJDES-DGW Report,* (2 pp)

xlvii.  Lutz, Edward, DuPont (October 31, 2012) *Certified Letter to Linda Range, NJDEP Re: First Semester 2012 DJDES-DGW Report,* (2 pp)

xlviii.  Range, Linda (November 7, 2012) *Email to Mr. Lutz, DuPont Re: EDSA HZ Results and Errors.* (3 pp)

xlix.  Lutz, Edward, DuPont (April    29, 2012) *Certified Letter to Linda Range, NJDEP Re: DJDES-DGW Second Semester 2012 Semiannual Report.* (1899 pp)

l.  Lutz, Edward, DuPont (October 29, 2013) *Certified Letter to Linda Range, NJDEP Re: Second First 2012 DJDES-DGW Report,* (889 pp)

li.  Lutz, Edward, DuPont (April 29, 2014) *Certified Letter to Linda Range, NJDEP Re: Second Semester 2013 DJDES-DGW Report,* FINAL. (3327 pp)

lii.  Northey, Scott, DuPont (June 12, 2014) *Certified Letter to NJDEP Re: Permit NJ00051000 River Water Intake.* (1 p)

liii.  URS Corporation (August 2014) *Semi-Annual Statistical Review of Groundwater Monitoring Results First Half 2014* (655 pp)

The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

liv.  NJDEP and DUPONT (September 17, 2014) *Letter from Scott Northey to NJDEP Re: Additional Water Treatment Additives with Ashland Data and NJDEP Response.* (34 pp)

lv.  Northey Scott, DuPont (October 9, 2014) *Certified Letter to NJDEP Re: Boiler Water Treatment Additives.* (8 pp)

lvi.  Lutz, Edward, DuPont (October 30, 2014) *Certified Letter to Linda Range, NJDEP Re: First 2014 DJDES-DGW Report,* (880 pp)

lvii.  NJDEP (December 14, 2014) *Certified Letter to Scott Northey, DuPont Re: Approval of Waste Water Additive.* (2 pp)

lviii.  NJDEP (December 5, 2014) *Letter to Scott Northey, Conditional Approval for Additive/Dispersement.* (2 pp)

lix.  Lutz, Edward, DuPont (April 29, 2015) *Certified Letter to Linda Range, NJDEP Re: Second Semester 2014 DJDES-DGW Report,* FINAL. (3264 pp)

lx.  NJDEP (December 14, 2014) *Letter to Scott Northey, DuPont Re: Approval of Granting Permission for Specific Additives to Waste Water.* (2 pp)

lxi.  Northey, Scott, Chemours (July 17, 2015) (2 pp) *Letter to NJDEP Requesting Modifications to Additive Permit 0005100.*

lxii.  Lutz, Edward, Chemours (October 30, 20145 *Certified Letter to Linda Range, NJDEP Re: First 2015 DJDES-DGW Report,* (880 pp)

lxiii.  Lutz, Edward, Chemours (April 29, 2016) *Certified Letter to Linda Range, NJDEP Re: Second Semester 2015 DJDES-DGW Report.* (3767 pp)

lxiv.  Lutz, Edward, Chemours (April 29, 2016) *Certified Letter to Linda Range, NJDEP Re: Second Semester 2015 DJDES-DGW Report,* FINAL. (3767 pp)

lxv.  *NJDEP Active Permit List* (no date)

b.  DuPont Corporate Remediation Group (September 2004), *Draft and Final Ground Water Remediation and RCRA Post Closure Plan NJDES-DGW Permit NJ0084329. (*17 pp)

c.  NJDES (October 2010), *Fact Sheet NJDES #005100.* (4 pp)

d.  DuPont (October 26, 2010), *Certification I First Semester 2012 Semi-Annual DGW Report.* (1 p)

e.  Crosby, James, DuPont Corporate Remediation Group (August 9, 2013), *Letter to Linda Range, NJDEP re: Request for NJDEP Permit-by-Rule for Hydraulic Testing*


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

*Aerobic Treatability Study Near the L07 Well Cluster DuPont Chambers Works Site Deepwater, New Jersey SRP PI #008221.* (9 pp)

f. Range, Linda, NJDEP (April 3, 2014), *Email to Gwen Zervis Subject: DuPont Possible Resampling.* (1 p)

g. Range, Linda, NJDEP (May 23, 2014), *Email to Sin Kie Tjho, EPA, Subject: Status of PFC sampling.* (1 p)

h. Range Linda, NJDEP (October 31, 2014), *Email to Jeff Griesemer, Subject: NJDES DGW Corrective Action Permit Renewal PFC sampling.* (1 p)

i. Range, Linda, NJDEP (December 4, 2014), *Letter to DuPont re: PFC Sampling NJDES 005100.* (1 p)

j. Range, Linda, NJDEP (December 19, 2014), Email to Gwen Zervis, Subject: *DuPont PFC Sampling Letter.* (1 p)

k. Patterson, Pilar (December 23, 2014), Email to Gwen Zervis, Subject:  *DuPont PFC Sampling Letter.* (1 p)

l. Patterson, Pilar, NJDEP (December 29, 2014), *Letter to DuPont re: PFC Sampling NJDES 005100 (draft).* (1 p)

m. Petersen, Carole, NJDEP (January 5, 2015), *Certified Letter to Mr. Hartten, DuPont, Re: Review of Results of 2014 Off Site PFC Sampling Event.* (2 pp)

n. Range, Linda, NJDEP (January 12, 2015), *Email to Gwen Zervis, Subject: OS Comments on Solvay and DuPont PFC Sampling Letters.* (1 p)

o. DuPont (January 13, 2015), *Map of Requested Sampling Area.* (8 pp)

p. NJDEP (February 5, 2015), *Minor Modifications to Transfer of Ownership.* (1 p)

q. Range, Linda, NJDEP (February 4, 2015), *Email to Steve Maybury, Subject: OS Comments on Solvay and DuPont PFC Sampling Letters.* (1 p)

r. Hughes, Dawn, DuPont (May 5, 2015), *Letter to NJDEP Agree to Sampling PFOA.* (1 p)

s. Griesemer, Jeff, BGWPA, NJDEP (June 23, 2015), *Letter to Linda Range, Case Manager, NJDEP, Memo for More Monitoring Wells.* (2 pp)

t. Hall, Robert (November 5, 2015), *Email to Linda Range Re: PFOA data.* (1 p)

u. Chemours Chambers Works (September 23, 2105), *Letter to NJDEP Re: PFNA Sampling.* (1 p)

v. Hall, Robert (October 15, 2015), *Email to Scott Northey Re: PFNA Results.* (1 p)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

w. Northey, Scott, Chemours (October 16, 2015), *Email to Robert Hall, NJDEP Re: PFNA Results.* (1 p)

x. Northey, Scott, Chemours (October 16, 2015), *Letter to USEPA Re: September 2015 PFOA Samples.* (1 p)

y. Hall, Robert, NJDEP (December 28, 2015), *Email to Linda Range Re: November PFOA Sample Submittal.* (1 p)

z. Hall, Robert, NJDEP (November 12, 2015), *Email to Scott Northey Re: PFNA Results.* (4 pp)

aa. Chemours (November 12, 2015), *Letter To USEPA Re: PFNA November 2015 Grab Sample Results.* (4 pp)

bb. Range, Linda, NJDEP (December 18, 2015), *Email to Robert Hall Re: PFCs List.*

cc. AECOM, *PFOS Maps, 2013 Second Semester, 2014 First Semester and 2013 Second Semester.* (4 pp)

dd. Geneivich, Heather (January 25, 2016), *Email Re: Meet-up and Master List.* (1 p)

ee. Geneivich, Heather (January 25, 2016), *Email Re: PFC Monitoring.* (1 p)

ff. Range, Linda (January 25, 2016), *Email Re: Meeting Follow-up Deliberative.* (1 p)

gg. Range, Linda (February 10, 2016), *Email Re: DuPont Follow-up Response.* (1 p)

hh. Range, Linda (February 12, 2016), *Email Re: EPA Method 357, PFC Analytes.* (1 p)

ii. Post, Gloria, NJDEP (February 15, 2016), *Email Re: Water Sampling Deliberative.* (1 p)

jj. Chemours (February 15, 2016), *Letter To USEPA Re: PFNA January 2016 Grab Sample Results.* (4 pp)

kk. Post, Gloria, NJDEP (February 16, 2016), *Email Re: Water Sampling Deliberative.* (1 p)

ll. Chemours (March 23, 2016), *Letter to USEPA Re: PFNA February 2016 Grab Sample Results.* (1 p)

mm. NJDEP (April 16, 2016), Letter to Edward Lutz, Chemours, *Semi-Annual Reports (2014 and 2015) NJDES Renewal Info.* (4 pp)

nn. Chemours (April 29, 2016), *Letter to NJDEP Re: PFNA March 2016 Grab Sample Results.* (1 p)

oo. Chemours (April 29, 2016), *Letter to the NJDEP PFNA April 2016 Grab Sample Results.* (1 p)



December 2, 2016

pp. DuPont (no date), *Monitoring Report*. (1 p)

qq. *Screenshot Bureau of Non-Point Pollution* (no date).

rr. *Screenshot DGW Analytical Requirements* (no date).

ss. DuPont (February 5, 2013), *Daily Volume Report*.

tt. Zip File – *Miscellaneous Pieces of NJDES Permit Files (2012 -2014)*. (20 .pdfs)

uu. Zip File -- *Miscellaneous NJDES Permit Renewal Files (2009 – 2016)*. (27 .pdfs)

vv. Zip File – *Onsite PFOA Monitoring (2012-2016)*. (11 .pdfs)

ww.   *PFC Sampling Check List*. (1 p)

xx. *PFOA and Other Perfluorinated Organic Compounds*. (1 p)

yy. *Secure Landfill C – Selection of DGW Results*. (1 p)

zz. *Summary of 83129 and 105872 Permit Coverages* (May 1, 2015).  (2 pp)

aaa.  *Minor Modification Permit Action*.  (2 pp)

bbb.  AECOM (Second Semester 2014), *Secure C Landfill Monitoring*. (1 p)

22. Sub File  – Wells Records (Includes two Sub Folders)

   a.  *Well Records 1 – (1994)*. (66 pp)

   b.  *Well Records 2 – (1986)*. (49 pp)

23.  NJDEP (March 27, 2005), *PFOA memo from Frank Faranca, NJDEP*.

24. Boettler, Albert, DuPont (April 11, 2005), *Memo to F. Faranca, NJDEP Re: RFI on PFOA*. (1 p)

25. Boettler, Albert, DuPont (October 4, 2005), *Certified Memo to F. Faranca, NJDEP with Preliminary Assessment Report for PFOA*. (146 pp)

26. Boettler, Albert, DuPont (November 7, 2006), *PFOA Literature Search*. (599 pp)

27. Riverkeeper (March 6, 2006), *Letter to NJDEP re: PFOA*. (7 pp)

28. Work Environmental Council (July 10, 2006), *Letter to NJDEP re: PFOA*. (7 pp)

29. NJDEP (November 6, 2006), *Response to Citizen Letter Re: PFOA*. (4 pp)


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

30. Boettler, Albert, DuPont (October 31, 2006), *Certified Memo to F. Faranca, NJDEP with Preliminary Assessment Report for PFOA*. (1,194 pp)

31. *Other Letters Re: PFOA* (2006-2007). (11 pp)

32. *Letters and Articles Re: PFOA* (2007). (9 pp)

33. DuPont (2007), *PFOA QAAP Emissions Reductions and Data Summary Appendices*. (222 pp)

34. Boettler, Albert, DuPont (May 18, 2007), *Certified Memo to F. Faranca, NJDEP with PFOA Assessment Plan*. (151 pp)

35. Boettler, Albert, DuPont (May 30, 2007), *Certified Memo to F. Faranca, NJDEP with PFOA Assessment Plan Addendum*. (357 pp)

36. McMannus, Cynthia, DuPont (June 15, 2007), *Status Report on PFOA Surface-Water Emissions Reductions and Data Summary for 2006*. (146 pp)

37. NJDEP (January 2007), *Determination of Perfluorooctanoic Acid (PFOA) in Aqueous Samples Final Report*. (17 pp)

38. Boettler, Albert, DuPont (May 30, 2007), *Certified Memo to Faranca, NJDEP with PFOA Assessment Plan Addendum*. (357 pp)

39. Faranca, Frank, NJDEP (July 10, 2007), *DuPont PFOA Work Plan Approval*. (2 pp)

40. NJDEP (October 5, 2007), *Response letter to Resident Re: PFOA*. (4 pp)

41. NJDEP (October 22, 2007), *Response letter to Senator Sweeney Re: PFOA*. (4 pp)

42. Kropp, Irene, NJDEP (October 22, 2007), *Response letter to Resident Re: PFOA*. (4 pp)

43. DuPont (October 26, 2007), *Clemente Gravel Pit Sampling Results*. (1 p)

44. NJDEP (November 11, 2007), *Response letter to Resident Re: PFOA*. (4 pp)

45. NJDEP (December 4, 2007), *Response letter to Resident Re: PFOA*. (4 pp)

46. Boettler, Albert, DuPont (May 6, 2008), *Certified Memo to F. Faranca, NJDEP with PFOA Groundwater Investigation Report May 2008*. (1,097 pp)

47. DuPont (January 2008), *PFOA Sampling Data*. (4 pp])

48. Boettler, Albert, DuPont (April 17, 2008), *Letter to Faranca, NJDES with PFOA Groundwater Monitoring Report First Semester*. (5 pp)

49. DuPont (May 7, 2008), *Groundwater Monitoring Report to NJDEP*. (62 pp)



The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

50. DuPont (June 8, 2008), *PFOA Updated Occupational Serum Sampling Report.* (13 pp)

51. NJDEP (August 1, 2008), *PFOA Investigation Report Approval.* **(2 pp)**

52. Hartten, Andrew, DuPont (December 21, 2008), *Email re: Private Drinking Water Well Plan.* (1 p)

53. Hartten, Andrew, DuPont (December 23, 2008), *Private Drinking Water Well Survey and Sampling Plan.* (1,097)

54. *Sample Data* (January 13, 2008). (4 pp)

55. Boettler, Albert, DuPont (April 17, 2008), *Letter to NJDEP: PFOA Monitoring Results.* (1 p)

56. Boettler, Albert, DuPont (April 17, 2008), *Letter to F. Faranca, NJDEP with PFOA Groundwater Monitoring Report First Semester Update.* (5 pp)

57. NJDEP (August 21, 2008), *PFOA Investigation Report Approval.* (2 pp)

58. *Residential Sampling Locations* (2009).

59. Faranca, Frank, NJDEP (January 15, 2009), *Email to DuPont with Comments on PFOA Work Plan.* (2 pp)

60. NJDEP (January 22, 2009), *Telomer Monitoring of PFOA.* (4 pp)

61. NJDEP (January 22, 2009), *Telomer Monitoring of PFOA with Maps.* (6 pp)

62. Hartten, Andrew, DuPont (February 11, 2009), *Private Water Well Survey and Sampling work Plan.* (17 pp)

63. Faranca, Frank, NJDEP (February 23, 2009), *PFOA Investigation and Summary.* (2 pp)

64. Hartten, Andrew, DuPont (February 27, 2009), *Private Water Well Survey and Sampling work Plan.* (18 pp)

65. NJDEP (March 5, 2009), *PFOA Drinking Water Plan Approval.* (1 p)

66. NJDEP (March 8, 2009), *PFOA Ground Water Investigation Addendum, Boring Logs, Axys Lab Reports and Contour Reporting Form Drinking Water Plan Approval.* (530 pp)

67. DuPont (May 19, 2009), *Private Water Well Survey and Sampling Work Plan Data Update.* (2 pp)

68. DuPont (June 1, 2009), *PFOA Sampling Plan Data Update.* (2 pp)



December 2, 2016

69. DuPont (June 21, 2009), *Letter to Residents Re: Private Water Well Survey and Sampling Results*. (2 pp)

70. Hartten, Andrew, DuPont (June 24, 2009), *Private Water Well Survey and Sampling work Plan*. (18 pp)

71. DuPont (June 24, 2009), *Sampling Table*. (1 p)

72. DuPont (July 27, 2009) *Aerial Map of Offsite PFOA Distribution* (1 p)

73. Hartten, Andrew, DuPont (August 4, 2009), *PFOA Ground Water Investigation Addendum* Letter *to NJDEP*. (2 pp)

74. Hartten, Andrew, DuPont (August 4, 2009), *PFOA Ground Water Investigation Addendum* Letter *to NJDEP with Addendum*. (36 pp)

75. NJDEP (September 23, 2009), *PFOA Extended Beyond 2 Mile Partial Memo to DuPont*. (1 p)

76. Hartten, Andrew, DuPont (August 4, 2009), *Permit No. NJ 0083420 Second Semester 2009 Monitoring Program Results*. (4 pp)

77. MPI Research (Q4 2009), *Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling – 4Q09 Report No. L0019506*. (85 pp)

78. DuPont (December 1, 2009), *Private Water Well Survey and Sampling Update*. (2 pp)

79. DuPont and NJDEP (January 2009 to November 2010), *Email String Re: PFOA Monitoring Well Sampling*. (126 pp)

80. DuPont and NJDEP (2009 to 2010), *Email String Re: PFOA*. (106 pp)

81. MPI Research (Q2 2010), *Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling – 2Q10 Report No. L0021353*. (84 pp)

82. DuPont (May 20, 2010) *Status Report on PFOA Emissions Reduction* (34 pp)

83. DuPont (June 2010), *Draft Slides for Vision Meeting*. (17 pp)

84. Boothe, David, DuPont (December 1, 2010), *Letter to Bob Martin, NJDEP Commissioner Re: NJDEP Actions Re: PFOA*. (5 pp)

85. MPI Research (Q1 2010), *Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling – 1Q10 Report No. L0020481*. (84 pp)

86. Hartten, Andrew, DuPont (January 13, 2011), *Residential GAC System Results (November 2010)*. (86 pp)


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

87. URS Corporation (March 2011), *PFOA Ground Water Investigation Report, Addendum II.* (86 pp)

88. Hartten, Andrew, DuPont (May 17, 2011), *Residential GAC System Results, MPI Research Report: CWK-D-637HAWKSBRIDGERD (1Q 2011).* (90 pp)

89. Hartten, Andrew, DuPont (July 25, 2011), *Residential GAC System Results, MPI Research Report: CWK-D-637HAWKSBRIDGERD (2Q 2011).* (89 pp)

90. DuPont (September 12, 2011), *Letter with URS Status Report on PFOA Emissions Reductions and Data Summary for 2010. (24 pp)*

91. DuPont (April 27 2012) *Cover letter and Maps and Figures.  Re: NJDES- DGW Permit Numbers 0083429 and 0105872* (51 pp)

92. DuPont (April 27 2012) *Re: NJDES- DGW Permit Numbers 0083429 and 0105872 Maps and Figures.* (1 p)

93. Range, Linda, NJDEP (July 3, 2012), *Internal Memorandum Re: Second Semester 2011 NJDES DGW Report.* (2 pp)

94. DuPont-NJDEP Emails (November 27, 2012), *PFOA Emails.* (1 p)

95. DuPont-NJDEP Emails (November 7, 2012), *PFOA Emails.* (1 p)

96. NJDEP (December 17, 2012), *PFOA Monitoring Memo.* (7 pp)

97. NJDEP (January 29, 2013), *Emails Re: PFOA.* (1 p)

98. DuPont-NJDEP (November 7, 2012), *PFOA Emails – Work Plan Correspondence.* (1 p)

99. Hartten, Andrew, DuPont (March 11, 2013), *Residential GAC System Results, MPI Research Report: CWK-D-637HAWKSBRIDGERD (4Q 2012).* (459 pp)

100.  NJDEP (March 14, 2013), *Internal Memo Discharge to Groundwater Report.* (3 pp)

101.  *EPA–NJDEP (April 16, 2013), Emails re: DuPont.* (3 pp)

102.  Hartten, Andrew, DuPont (April 22, 2011), *GAC System Results, MPI Research Report: CWK-D-637HAWKSBRIDGERD (1Q 2013).* (112 pp)

103.   DuPont (April 29 2013), *Re: NJDES- DGW Permit Numbers 0083429 and 0105872 Maps and Figures.* (1 p)

104.  Range, Linda, NJDEP, LeReaux Meghan, USEPA, (May 15, 16, 2013) *3 Different Email exchanges Re: PFOA Levels in Statistical Review.* (2 pp)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

105. Range, Linda, NJDEP (May 23, 2013) Letter to Mr. Tjho, USEPA Re: Permit nos. 010872 and 0083429 *Semiannual NJDES—GGW Reports for First Semester 2012 and First and Second Semester 2011.* (5 pp)

106. Range, Linda, NJDEP, LeReaux Meghan, USEPA, (June 18, 20143) *Email exchanges Re: PFOA Re: Phone Messages.* (2 pp)

107. Range, Linda, NJDEP, (June 18, 20143) *Email Re: Public Supply Wells* (1 pp)

108. Post, Gloria, NJDEP (September 11, 2013) Email Re: *Pennsgrove and Birch Field Creek PFC Table.* (1 p)

109. Range, Linda, NJDEP (September 11 & 12) *Emails Re: Public Supply Wells/Final Draft PFNA-PFOA Summary Document.* (1 p)

110. NJDEP (September 9, 11, 12, 13, and 2013) *Email String Re: Public Supply Water Wells.* (9 pp)

111. NJDEP (September 20, 2013) *Letter to Solvay Re: PFOA Water Sampling.* (1 p)

112. *DuPont (October 23, 2013) Letter to NJDEP with MPI Research: Fluorochemical Characterization of Aqueous Samples CWK OS PRIV WELL SAMP TREAT 3Q13 MPI Research Laboratory Report L0029305.* (251 pp)

113. Range, Linda, NJDEP (October 23, 2013) *Email: Requesting Sampling of Off-Site Monitoring Wells.* (1 p)

114. DuPont (October 29, 2013) *Letter to NJDEP Summary of October 2, 2013 PFOA Meeting.* (4 pp)

115. Range, Linda (October 2, 2013*) Email to Andrew Hartten, DuPont re: October 2, 2013 meeting.* ( 1 p)

116. Hartten, Andrew, DuPont (October 29, 2013*). Letter to NJDEP With Groundwater Sampling Information Permit No. 0083429. (*4 pp)

117. DuPont, (November 13, 2013) PFOA *Data Submittal Weekly Grab Samples October 2013.* (2 pp)

118. DuPont*, (December 12, 2013) Residential GAC System PFOA Results –"C84Q13-637HAWKSBRIDGERD"L0029632-4 25-Oct-13.* (133 pp)

119. NJDEP (December 2, 2013) *Validation of 2nd and 3rd Quarter GAP Results for 637 Hawkbridge Rd.* (4 pp)

The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

120. NJDEP-DuPont (December 4, 2013) *Email String Re: PFC Data from Ranney Station, NJ* (9 pp)

121. DuPont, (July 16, 2014) **Letter to NJDES with** *Residential GAC System PFOA Results –"C84Q13-637HAWKSBRIDGERD"L0029632-4 25 July 2014.* (140 pp)

122. DuPont (April 14, 2014), *Groundwater Monitoring Report to NJDEP.* (Permit008349) (4 pp)

123. NJDEP, BEERA (April 15, 2014) *Memorandum Re: PFOA Monitoring at Chambers Works.* (2 pp)

124. USEPA (April 14, 2014) *Request for Additional Off-Site Sampling.* (2 pp)

125. EPA-NJDEP (May 7, 2014) *Email String re: PFOA Letter* (2 pp)

126. NJDEP (May 12, 2014) Letter *to Mr. Tjho, USEPA Re: PFOA Monitoring Program Groundwater Results, Permit No. 008349.* (2 pp)

127. DuPont (May 30, 2014) Letter to Mr. Tjho, USEPA Re: Permit nos. 010872 and 0083429 *Semiannual NJDES—GGW Reports for First Semester 2012 and First and Second Semester 2011.* (6 pp)

128. DuPont (June 17, 2014) *Letter to USEPA Re: Request for Additional Groundwater Sampling* (3 pp)

129. Griesemer, Jeff, Bureau of Ground Water Pollution Abatement, NJDEP (August 24, 2014) *Internal Memorandum to Linda Range Re: 2012 and 2013 Semi Annual Reports and DuPont's related comments from March 5 and May 30, 2014.* (3 pp)

130. NJDEP (August 27, 2014) *Letter to Mr. Lutz, DuPont Re: NJDES DGW 2011, 2012, 2013 and 2014 Semiannual Reports Response to Comments.* (2 pp)

131. NJDEP (September 11, 2014) *Letter to Mr. Lutz, DuPont Re: NJDES DGW 2011, 2012, 2013 and 2014 Semiannual Reports Acknowledging Satisfactory Response to Comments.* (2 pp)

132. DuPont (October 15, 2014) *Letter to Linda Range, NJDEP Re: NJDES DGW 2011, 2012, 2013 and 2014 Semiannual Reports with Comments on Area T29.* (2 pp)

133. DuPont (October 31, 2014), *Groundwater Monitoring Report to NJDEP.* (Permit 008349) (4 pp)

134. DuPont, (December 16, 2014) **Letter to NJDEP with** *Residential GAC System PFOA Results –"C84Q14-637HAWKSBRIDGERD"L0029632-4 16 December 2014.* (115 pp)

135. USEPA (January 5, 2015) *Certified Letter to DuPont Re: Review Results of July 14, 2014 Off-site PFC Sampling Event* (2 pp)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

136. DuPont, (February 12, 2015) **Letter to NJDEP with** *Residential GAC System PFOA Results – "C84Q14-637HAWKSBRIDGERD"L0029632-14 February 12, 2015.* (236 pp)

137. DuPont-NJDEP (January 29 – February 4, 2015) *Email String Re: PFHxA Paper* .(3 pp)

138. USEPA (February 16, 2016) Certified Letter to DuPont Re: **PFC Plume Delineation Off-Site Workplan.** (2 pp)

139. NJDEP (March 19, 2015) *Certified Letter to DuPont Re: PFC Effluent Sampling.* (2 pp)

140. NJDEP (March 10 and 17, 2015) *Email Strings Re: DuPont-Solvay PFCs* (2 pp)

141. NJDEP-USEPA (March 28, 2015) *Email Sting Re; Request for Delineation of PFC Plume.* (3 pp)

142. DuPont (April 5, 2015) *Certified Letter to NJDEP, Bureau of Surface Water Sampling Re: PFNA Wastewater Sampling.* (1 p)

143. NJDEP (May 7, 2015)  Letter to DuPont Re: *Residential GAC System PFOA Results – "C84Q14-637HAWKSBRIDGERD"1st and 4th Quarters 2014* (2 pp)

144. NJDEP (May14, 2015) *Emails Re: PFNA Sampling.(*2 pp)

145. Sin-Kie Thjo, USEPA (July 1, 2015) *Certified Letter to DuPont Re: Delineation of PFC Off-Site Plume.* (2 pp)

146. Sin-Kie Thjo, USEPA ( June 15, 2015) *Draft Letter and Handwritten Notes Re: Delineation of PFC Off-Site Plume* (2 pp)

147. Sin-Kie Thjo, USEPA (July 21, 2015) *Email to DuPont Re: Work Plan for Expanded Off-Site Sampling.* (2 pp)

148. Hartten, Andrew, Chemours (July 27, 2015) Letter to Tjho *Re: Work Plan for Expanded Off-Site Sampling.* (2 pp)

149. Chemours, (August 2015) *Summary of Analytical Results*. (2 pp)

150. USEPA, NJDEP, Chemours (July 21- August 5, 2016) *Email String Re: Work Plan for Expanded Off-Site PFC Sampling.* (3 pp)

151. NJDEP-USEPA (September 1 and 2, 2016) *Emails Re: Corrective Action Closure/Post Closure NJDES Renewal.* (2 pp)

152. NJDEP-USEPA (September 8 and 9, 2016) *Emails Re: DEP Comments.* (2 pp)

153. *DuPont,* (September 10, 2015) **Letter to NJDEP with** *Residential GAC System PFOA Results – "C84Q15-637HAWKSBRIDGERD"L0029632-4 16 September 2014.* (217 pp)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

154. AECOM (September 15, 2015) *Work Plan Transmittal to NJDEP*. (1 p)

155. NJDEP (September 21, 2016*) Letter to USEPA re: Chemours Off-site Monitoring Well Installation and Sampling.* (2 pp)

156. USEPA (October 9, 2016) *Certified Letter to Chemours Re: Delineation of Off-Site Plume.* (2 pp)

157. NJDEP Quality Assurance (November 12, 2015) **String of 6 emails Re: Chemours PFC Sampling** *Letter.* **(**3 pp)

158. Chemours, USEPA, NJDEP (November 6, 2015) *String of Emails Re: Work Plan for Expanded Off-site PFC Sampling.* (2 pp)

159. NJDEP (November 16, 2015) *Emails and Handwritten Notes Re: POET.* (3 pp)

160. NJDEP (December 1, 2015) *Emails re: Chemours Offsite Update.* (1 p)

161. USEPA, NJDEP, Chemours (December 8, 2015)  *Email String Re: Work Plan for Expanded  Off-Site Sampling,* (5 pp)

162. USEPA, NJDEP (December 18, 2015) *Email String Re: Issues related to Latest Off-Site Monitoring Wells.* (2 pp)

163. NJDEP (December 15, 20015) DEP *Summary to Date of Chemours PFOA and PFC Activity.* (2 pp)

164. NJDEP (December 18, 2015) *Email on PFOA.* (4 pp)

165. USEPA (December 21, 2015) *Certified Letter to Chemours Re: Delineation of PFC Off-Site Plume Plus DEP Notes.* (3  pp)

166. USEPA (December 21, 2015) *Certified Letter to Chemours Re: Delineation of PFC Off-Site Plume.* (3  pp)

167. Hartten, Andrew, Chemours (January 18. 2016)  *Letter to ), Mr. Tjho, EPA Re: Off-Site Monitoring Well Installation and Sampling,* (2 pp)

168. USEPA (January 26, 2016) *Certified Letter to Chemours Re: Delineation of Off-Site Plume.* (2 pp)

169. USEPA (February 4, 2016) *Email to NJDEP Re: PFOA Drinking Water Advisory.* (1 p)

170. Range, Linda, NJDEP (February 10, 2016) Notes from Residential Wells February 9th Conference Call (1 p)

171. Griesemer, Jeff, NJDEP (February 10, 2016) *Internal Email Re: Chemours Off-Site Well Screen Depths.* ( 1 p)


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

172. Range, Linda NJDEP (October 8, 2014) *Email Summary of September 29th Meeting* ( 1 p)

173. Range, Linda NJDEP (February 10. 2016) *Letter to Sin-Kie Tjho Re: Offsite Monitoring Well Screen Depths with Handwritten notes.* (2 pp)

174. Range, Linda, NJDEP (February 11, 2016) *Email to USEPA, Re: Monitor Depths and Screen Intervals.* (2 pp)

175. Griesemer, Jeff, NJDEP (February 11, 2016) *Memo to Linda Range Specs for additional off-site Monitoring.* (1 p)

176. NJDEP (February 10, 2016) Letter to USEPA *Re: Chemours Off-Site Monitor Wells Screen Depth.* (2 pp)

177. NJDEP (February 19, 2016) Internal Email Re; EPA's *Objection to Enforce Full Screen Data*.( 1 p)

178. DuPont (March 2006) *NJDEP Background Information Power Point.* (27 pp)

179. EPA, Chemours, NJDEP (February 29, 2016) *Email String Re; draft Residential Drinking Water Resampling Letter*.(11 pp)

180. Range, Linda (March 2, 2016) *Email/Letter to USEPA Re: Chemours CGI Confidential Tables.* (5 pp)

181. NJDEP (March 4, 2016) *Internal Memo Re; PFOA and PNA Update.* (1 p)

182. Range, Linda, NJDEP (March 22, 2016) *Email to USEPA Re: Chemours Potable Well Sampling.* (1 p)

183. Kloo, Ken, NJDEP (March 22, 2016) *Internal Email Re: PFOA Update Summary.* (1 p)

184. NJDEP, Chemours (March16 – 23, 2016) *Email String Re: SUP Access for MW Installation.* (4 pp)

185. Hartten, Andrew, Chemours (March 24, 2016) *Email to NJDEP and EPA with Final Draft Re-Sampling Letter to Residents.* (3 pp)

186. NJDEP (April 7, 2016) *Letter to Andrew Hartten, Chemours with Acceptable Residential GAC System PFOA Results Quarters 3 & 4, 2015.* (2 pp)

187. Range, Linda, NJDEP (April 26, 2016) *Email to EPA Re: Hartten Email putting Sampling of Wells on Hold.* (1 p)

188. Lee, Yun Shen (April 26, 2016) *Email to NJDEP Re: Chemours PFC Sampling Memo 2.* (1 p)



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

189. Lee, Yun Shen (April 26, 2016) *Email to NJDEP Re: Chemours PFC Sampling Memo 1.* (1 p)

190. Hartten, Andrew, Chemours, (May 26, 2016) Email Final Draft to EPA and NJDEP of Residents Letter/QUAPP to Come in a Couple of Days ( 2 pp)

191. Chemours, (May 26, 2016) *Letter to Sin-Kie Tjho, USEPA Re: Submission of Quality Assurance Plan for Chemours 2016 PFAs (Well Sampling Program.* (2 pp)

**192.** Hartten, Andrew, Chemours) (May 29, 2016) Letter 29 Residents *GAC System PFOA Results –"C81Q16-637HAWKSBRIDGERD" May 2016.* (1 p)

193. Hartten, Andrew, Chemours, (May 19, 2016) Letter to NJDEP Re; Residents *GAC System PFOA Results –"C81Q16-637HAWKSBRIDGERD" May 2016.* (1 p)

194. Toffoli, Greg, Office of Data Quality (May 20, 2016) *Sample Well Private Tests* (1 p)

195. Hartten, Andrew, Chemours (June 2, 2016) *Letter to Mr. Tjho, USEPA Re: Quality Assurance Plan for Chemours 2016 PFAs.* (3 p)

196. Chemours, (June 9, 2016) *Final Draft Letter to Residents Re; Private Well Drinking Water Well Sampling Program with Emails.* (5 pp)

197. Racite, Joe, Mayor (June 17, 2016*) Email Comments Re: Timing (Clemente Pond) on Resident Letter going out from Chemours.* (2 pp)

198. Sub-Folder Entitled "New PFOA Documentation

    a. Faranca, Frank, NJDEP (March 27, 2005*) PFOA Sampling Standard Letter.* (1 p)

    b. Boettler, Albert, DuPont (April 11, 2005) *Letter to Frank Faranca, NJDEP re: CE PFOA Site RF*I (1 p)

    c. NJDEP (April 21, 2008) *PFOA Investigation Report Approval.* (2pp)

    d. Lieberman and Blecher (April 21, 2008) *ORPRA Request,* (7 pp)

    e. DuPont, Regulatory Affairs (June 4, 2008) *PFOA Updated Serum Sampling Memo to EPA...* (13 pp)

    f. *DuPont (February 21, 2006) NJDEP Background Information Slides.* (27 pp)

    g. Hughes, Dawn, Chemours (May 5, 2015) Certified Letter to Ms. Patterson, NJDEP Re: *March 23 request to sample PFNA – Chamber Works "No Longer Uses PFNA" and Should not be Monitored* (1 p)

    h. Patterson, Pilar, NJDEP (March 19. 2015) *Letter to Mr. McDaniel, DuPont, Re: PFNA, quoting Hartten that PFNA is an "Unintended Bi-product of Manufacturing.* ( 2 pp


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

    i.   Blaze, Paula, NJDEP/QA (November 12, 2015) *Internal Email String Re: CW PFC Sampling Letter.* (2 pp)

    j.   Range Linda, NJDEP (December 18, 2015) *Emails Re: List of PFC's at Chamber Works. (CW) (3 pp)*

199.  Zip File – New PFOA, PFNA, PFCs Off-Site

    **a.  Sub-Folder 1- 2006 Lab Data**
        i.   4 Exygen 2006 Sampling Files

    **b.  Sub-Folder 2- 2007 SIR Data PFOA Addendum**

    **c.  Sub-Folder 3- 2009 Draft NJDEP Letters to Residents**

        i.   3 Drafts

        ii.  Karanvir memo Re: QAPP issues re: Samples

    **d.  Sub-Folder 4- 2009 PFOA Lab Data**

        i.   4 data files

    **e.  Sub-Folder 5- 2009 MPI PFOA**

        i.   Final Report for OS Sampling L0017954

        ii.  Final Report for OS Sampling L0018044

        iii.  Final Report for OS Sampling L0017954

    **f.  Sub-Folder 6- 2009 Lab Data**
        i.   3 data files

    **g.  Sub-Folder 7- 2009  NJDEP Internal Memos**

        i.   3 files-Analyte Summary and Data Files

        ii.  Karanvir Memo Re: Review of MPI Reports

        iii.  Faranca Memo: Request for Technical Assistance Re: 2009 PFOA Documents

        iv.  Karanvir Memo (April  28 & 30, 2009)

        v.  Re: ODQ Variance to MPI Data

        vi.  Karanvir Memo Re: PFOA Sample Summary with internal Approval



The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

vii. Environmental Science (June 15, 2009)- Technical Article on PFOA Soil Degradability

viii. CBI Tables

ix. OSC3- Well Data Map

x. CBI Table (June 24, 2009)

xi. Faranca (June 24, 2009) Update and Results Letters

xii. Hartten, DuPont (June 29, 2009) Update and Results Letter

xiii. Public NCWS Map

xiv. 3 Mile Buffer Map

**h.  Sub-Folder 9- 2006 Lab Data**

i. Sampling Letter (May 12, 2009)

ii. PDWWSS Map/Figure(May 13, 2009)

iii. Hartten, DuPont (May 12, 2009) Hawksbridge PFOA Results Letter

iv. Hartten, DuPont (May 12, 2009) Results Letters (161 pp)

**i.  Sub-Folder 10-  June 23, 24, 2009- Results Letter**

i. CBI Table

ii. Results Letters

iii. Private Drinking Water Well Survey

**j.  Sub-Folder 11-August 4, 2009 PFOA GW Report Data**

i. Addendum with Boring Logs

ii. 5 Data Files

**k.  Sub-Folder 12- October 30, 2009 PFOA  Analytic Report Data**

i. 5 Data Files

**l.  Sub-Folder 13- December 1, 2009 Results Letter 2 Mile Buffer**

i. CBI Table



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

      ii.  Results Letters

      iii.  Private Drinking Water Well Survey

  **m.  Sub-Folder 14October 12, 2010 PFOA  Hawksbridge Treatment System**

      i.  MPI Reports

      ii.  CBI Table

      iii.  Results Letters

      iv.  Private Drinking Water Well Survey

      v.  Sub-Folder 12- October 30, 2009 PFOA GW Report Data

          1.  Hartten, Andrew, Chemours) (October 10, 2010) Letter to Faranca, NJDEP with *GAC System PFOA Results –"C81Q16-637HAWKSBRIDGERD" October 12, 2010.*  (93 pp)

          2.  MPI 4Q 2009 and 1Q 2010 Reports

  *n.  Sub-Folder 15- April 29, 2010 PFOA DATA File*

      i.  7 Data Files

  *o.  Sub-Folder 16- October 4, 2010 PFOA GW Report Data*

      i.  5 Data Files
  *p.  Sub-Folder 17 -- October 30, 2009 PFOA GW Report Data*

      i.  CBI Table

      ii.  Results Letters

      iii.  Private Drinking Water Well Survey

200.  Linda Range (May 20, 2016)  *Sample Well Treatment 1Q16 from Office of Data Quality*. (1 p)

201.  Linda Range, NJDEP (November 7, 2012) *Internal Email Re: PFOA and PFA Reporting.* (1 p)

202.  Linda Range, NJDEP (May 7, 2014) *Internal Email Re:  NJDEP NOT being invited to DuPont-EPA PFOA meeting.* (1 p)

The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

203.  Linda Range, NJDEP (September 10, 2013) Email to Linda Walsh DuPont re: **Updates on PFOA monitoring and wells.** (1 p)

204.  Linda Range, NJDEP (June 17, 2013) Email to EPA **Re: Internal PFOA discussions.** (1 p)

**205.**  Linda Range, NJDEP (May 14, 2015) Email to Robert Hall **Re: Internal PFOA sampling methodology.** (1 p)

206.  Hartten, Andrew, Chemours (May 19, 206) **Letter 29 Resident Letter Residential GAC Results.** (1 p)

207.  Linda Range, NJDEP (September 12, 2013) Email to Gloria Post Re:  **Final Draft Summary of PFNA/PFOA Briefing Summary.** (1p)

208.  Range, Linda, NJDEP (April 7, 2016) Letter to Hartten, Chemours Re; Residents **GAC System PFOA Results 637HAWKSBRIDGERD" 3&4Q 2015  (1 p)**

209.  **Residential Sampling Locations** (2009)

210.  (June 24, 2009) **Resident Sampling Table**

211.  Post, Gloria (September 11, 2013) **Updated PFC data from Ranney Station.** ( 1p)

212.  NJDEP (2009) **Draft Letter to Residents,** (1 p)

213.  Patterson, Pilar, NJDEP (March 19, 2015) **Letter to Chemours Re: PFC Effluent Sampling.** (1 p)

214.  Boothe, David, Chemours Risk Management (December 1, 2010) **Letter to Commission Bob Martin, NJDEP challenging NJDEP Actions re: PFOA.** (5 pp)

215.   Linda Range, NJDEP (December 18, 2015) **Email to Robert Hall Re: List of PFCs.** (3 pp)

216.  Blaze, Paula, NJDEP (November 12, 2015) **Email String to Robert Hall PFC Sampling, Modified EPA 537.** (3 pp)

217.  Cantor, Ray, NJDEP (October 1, 2010) Redacted Emails re: **Reporter Questions on PFOA.** (3 pp)

218.  Range Linda, NJDEP (May 13, 2013) **Offsite Non-Potable xls.** (2 pp)

219.  Range Linda, NJDEP (December 1, 2015) Email to Gwen Zervas re: **Off-site MW not taken place yet.** (1 p)

220.  PDWWSS (May 13, 2009) **Private Drinking Well Water Survey and Sampling-REDACTED** ( 1p)

The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

221. Range Linda, NJDEP (October 2, 2013) *Email to DuPont Requesting Sampling of Off-Site Wells.* (1 p)

222. Poste, Gloria, NJDEP (2009) *NJDEP PFOA Case Study*

223. McGee, Tom, AECOM (September 15, 2015*) PFOA Work Plan 2015 Cover Page.* (1 p)

224. Griesemer, Jeff (February 2, 2016) *Specs for additional Off-Site Monitoring Wells.* (1 p)

225. Zervas Gwen, NJDEP (March 10, 2016*) Email to Linda Range- PFOA Update.* ( 1 p)

226. *XIL Spreadsheet*   (January 1, 2013) (1 p)

227. Range, Linda (May 7, 2015) Sample *Data Residential GAC Sample and Survey PFOA Results.* (2 pp)

228. Range, Linda (November 7, 2012) *PFOA Level Email Discussion.* (1 p)

229. Kloo, Ken, USEPA (February 19, 2016) *Email Objection to Chemours Sampling Standard.* (1 p)

230. Tjho, Sin-Kie, EPA (February 2, 2105) Email *to Linda Range Re: Chemours Closure Post Closure Corrective Action NJDES Renewal.* (1 p)

231. Hartten, DuPont (2009) Email re: *PFOA 2009 Work Plan.* (1 p)

232. Kloo, Ken, USEPA (March 22, 2016) *Email Re: Chemours PFOA Monitoring Issues.* (1 p)

233. Faranca, Frank NJDEP (March 5, 2009) PFOA *Work Plan letter to DuPont.* (1 p)

234. Hartten, Andrew, Chemours (May 20, 2016) *Letter to NJDEP Re: Residential GAC Sample and Survey PFOA Results.* (1 p)

235. Griesemer, Jeff (February 2, 2016) *Email Re: Off-Site Monitor Well Screen Depth.* (1 p)

236. DuPont (October 26, 2006) *Letter to NJDEP Re: Clemente Gravel Pit Preliminary Samples.* ( 1 p)

237. Faranca, NJDEP (March 2, 2015) *Interim Criteria for PFOA.* (1 p)

238. NJDEP January 2009) *Determination of PFOA in Aqueous Samples, Final Report.* (17 pp)

239. Tjho, Sin-Kie, USEPA (February 4, 2016) *Email to NJDEP re: PFOA meeting with Chemours.* (1 p)

240. EPA (May 21, 2013) *Email to Range re: Typo-Date Correction on 2009 PFOA GW Inventory.* (1p)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

241.  Range, Linda, NJDEP (February 11, 2016) *Monitor Well Screen Intervals and Depth.* (1 p)

242.  NJDEP (March 22, 2016) *Email to EPA re: Chemours Potable Well Sampling.* (1 p)

243.  EPA-NJDEP (May 15, 2013) *Emails Re: Groundwater Well Monitoring (elevated level data).* 1 p)

244.  Boettler, Albert, DuPont (2007) Letter *to NJDEP Re: PFOA Groundwater Investigation Work Plan.* (1 p)

245.  NJDEP (September 23, 2009*) Letter to Hartten, DuPont Re: Groundwater Investigation Work Plan Addendum.* (1 p)

246.  NJDEP (September 20, 2013) Letter *to Solvay Re: PFC Effluent Sampling, West Deptford.* (1 p)

247.  Boettler, Albert, DuPont (April 11, 2005) *Letter to NJDEP Re: RFI for PFOA.* (1 p)

248.  EPA (April 28, 2015) *Request for Delineation of PFOA Plume.* (1 p)

249.  DuPont (October 31, 2014) *Letter to NJDEP Re: Off-Site Monitoring of PFOA Permit NJ 0083429.* (3 pp)

250.  Hartten, Andrew, Chemours (January 18, 2016) *Letter to Tjho, USEPA Re: Off-Site Well Installation and Sampling.* (2 pp)

251.  EPA-NJDEP ((December 18, 2015) *Email String Re: Latest Off-Site Monitor Wells.* (2 pp)

252.  Chemours-USEPA (November 6, 2015) *Email String Re: Work Plan for Expanded PFC Sampling.* (2 pp)

253.  DuPont (November 18, 2013) *Letter to EPA Re: Weekly Grab Samples Permit NJ0005100 October 2013 Samples.* (2 pp)

254.  NJDEP (February 10, 2016) *Letter to USEPA Re: Offsite Monitor Well Screen Depths.* (2 pp)

255.  NJDEP (May 12, 2014) Letter *to USEPA Re: PFOA Groundwater Monitoring Results Permit 0084329.* (2 pp)

256.  Range, Linda, NJDEP (February 10, 2016) *Email to USEPA Notes from Feb. 9, 2016 Conference Call Re: Residential Well Sampling Plans.* (1 p)

257.  USEPA (January 12, 2015*) Letter to Mr. Hartten, Chemours Re: Review of Results of 2014 Off-Site Sampling Event.* (2 pp)

258.  NJDEP (February 10, 2016) *Letter to USEPA Re: Offsite Monitor Well Screen Depths. Dup with Personal Notes.* (2 pp)



December 2, 2016

259.  Range, Linda, NJDEP (September 1, 2015) *Letter to USEPA Re: Corrective Action Closure Post Closure NJDES Renewal.* (2 pp)

260.  NJDEP (July 10, 2007) *Letter to DuPont Re: PFOA Work Plan Approval.* (2 pp)

261.  Faranca, Frank NJDEP (April 21, 2008) *Letter to DuPont Re: PFOA Investigation Report Approval.* (2 pp)

262.  NJDEP (September 21, 2015) *Letter to Mr. Tjho, USEPA Re: Chemours Off-Site Monitoring Well Installation and Sampling.* (2 pp)

263.  NJDEP-DuPont (January 2009 – December 2010) *Email String PFOA Emails.* (104 pp)

264.  NJDEP (July 21, 2015) *Email to USEPA, Mr. Tjho Re: Workplan for Expanded PFC Sampling.* (2 pp)

265.  USEPA-NJDEP ((April 18, 2015) *DEP Comments on PFOA Map.* (2 pp)

266.  NJDEP (March 10, 2015) *Email String Re: Solvay PFOA Letter* .(2 pp)

267.  USEPA (October 6, 2015) *Certified Letter to Hartten, Chemours Re: Delineation of PFOA Plume (Additional Well Follow-up.)* (2 pp)

268.  Hartten, Andrew, Chemours (July 27, 2015) *Email to Mr. Tjho, USEPA Re: Workplan for Expanded PFC Sampling.* (2 pp)

269.  Range, Linda, NJDEP (April 26, 2016) Email to Mr. Tjho, USEPA Re: Hartten Email- Sample All Private Wells and Monitor Wells on Hold. (2 pp)

270.  Ledogar, Leslie, NJDEP (January 29, 2009) *Emails Re: PFOAs (Not on Hazardous List.* (2 pp)

271.  DuPont (June 2010*) Environmental Remediation Vision Meeting Slides.* (27 pp)

272.  NJDEP (September 9-13, 2013) *Email String Re: PFNA/PFOA Briefing Summary.* (9 pp)

273.  (August 2015) *Summary of Analytic Results.* (1 p)

274.  USEPA (February 16, 2015) *Letter to Hartten, Chemours Re: Off-Site Plume Delineation Work Plan.* (2 pp)

275.  USEPA (April 14, 2014) *Certified Letter to Chemours Requesting Additional Off-Site PFC Sampling.* (2 pp)

276.  USEPA, NJDEP, Chemours (December 15, 2015) *Notes from Conference Call Re: Off-Site Monitoring Wells.* (2 pp)



The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

277. DuPont (August 4, 2009) *Letter to NJDEP Re: PFOA Investigation Report Addendum.* (2 pp)

278. USEPA (December 21, 2015) *Certified Letter to Hartten, Chemours Re: Delineation of Off-Site Plume.* (2 pp)

279. NJDEP-USEPA (December 18, 2015) *Internal Emails Re: Latest Off-Site Monitoring Wells, "They do everything for their own convenience".* (2 pp)

280. USEPA (July 1, 2015) Receipt *acknowledgment Letter Re: PFC Plume Delineation.* (2 pp)

281. NJDEP (March 10, 2015) *Email String Re: Final Solvay PFC Letter.* (3 pp)

282. Boettler, Albert DuPont (May 30, 2007*) Certified Letter to Mr. Faranca NJDEP Site Investigation Addendum for PFOA Investigation.* (3 pp)

283. Hartten, Andrew, DuPont (June 17, 2014) *Letter to USEPA Re: April 14, 2014 Letter to Request Additional Off-Site Sampling.* (3 pp)

284. Hartten-Chemours/Tjho-USEPA (May 18, 2016) *Emails with Final Draft QAPP Letter to Resident.* (2 pp)

285. NJDEP-DuPont (January 5, 2009-November 22, 2010*) PFOA, Class Action and other Emails with NJDEP.* (126 pp)

286. Hartten, Andrew, DuPont (February 6, 2013) Final *Work Plan Private Well Sampling 2-27-09 Plan Complete.* (3 pp)

287. LaReau-USEPA-Range-NJDEP (April 16, 2013*) Email String Re: PFOA Status.* (4 pp)

288. Faranca, Frank (February 23, 2009) *PFOA 2009 Investigation Summary and Timeline.* (2 pp)

289. Chemours (May 20, 2016) *Submission to Mr. Tjho, USEPA, Re: f QA of Project Plan for Chemours 2016 PFAs.* (2 pp)

290. Hartten, Andrew, DuPont (April 16, 2013*) Email String Request for Letter from NJDEP to Access Property for Monitoring Wells.* (4 pp)

291. Hamill, Barker, Asst. Director, NJDEP (October 27, 2007) *Letter to Hon. Stephen Sweeney Re: Detection of PFOAs in Groundwater and Tap Water at DuPont Chambers Works.* (3 pp)

292. Hartten, Andrew, Chemours (March 30, 2016) *Email to USEPA and NJDEP Re: Draft 2 Resampling Letter to Residents.* (3 pp)

293. Post, Gloria (February 14, 2015) *Email with PFHxA Article.* (4 pp)



The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

294.  Kropp, Irene, NJDEP (November 20, 2007) *Letter to Ruth Ross, Citizen re: Concerns about PFOA.* ( 4pp)

295.  Chemours-USEPA-NJDEP (December 16, 2015) *Email Sting Re: Workplan for Expanded Off-Site PFC Sampling.* (4 pp)

296.  (December 1, 2009) **Private Drinking Well Sampling** *Update.* (1 p)

297.  Putman, Ed. NJDEP (September 14, 2006) *Response to Susan Young Letter to Lisa Jackson Re: PFOAs.* (3 pp)

298.  Irene Kropp, NJDEP (October 16, 2007) *Letter to Resident Re: PFOAs.* (4 pp)

299.  Hartten, Chemours-Tjho, USEPA (December 11, 2015) *Email String Workplan for Expanded Off-Site PFC Sampling.* (5 pp)

300.  Hartten, Andrew DuPont (November 2, 2009) *Letter to Mr. Faranca, NJDEP Re: NJDEP Permit NJ0083429-PFOA Monitoring Program Groundwater Results Second Semester 2009.* (4  pp)

301.  Hartten, Andrew DuPont ( October 29, 2013) *Letter to Mr. Faranca, NJDEP Re: NJDEP Permit NJ0083429-PFOA Monitoring Program Groundwater Results Second Semester. 2013.* (4 pp)

302.  Hartter, Andrew, Chemours (June 7 & 8, 2016*) Emails to USEPA with Chemours Private Drinking Well Sampling Program (2016) Sample Letter.* (5 pp)

303.  Range, Linda, NJDEP (March 20, 2016) Email String to Mr. Tjho, USEPA Re: CBI Table. (5 pp)

304.  Irene Kropp, NJDEP (October 27, 2007) Letter to Mark Stone Re: PFOAs. (7 pp)

305.  Boettler, Albert, DuPont (June 6, 2008) Letter to Mr. Faranca, NJDEP Re: Update to April 17, 2008 Letter (Permit NJ 0083420) PFOA Monitoring Program Groundwater Results. (5 pp)

306.  Hartten, Andrew, DuPont (April 22, 2013), *Residential GAC System Results, MPI Research Report: CWK-D-637HAWKSBRIDGERD (1Q 2013).* (112 pp)

307.  Engler, Rick, NJ Work Environmental Counsel (WEC) (July 10, 2007) *Fax to Commissioner Jackson Re; Request for EPA and NJDEP Investigation into PFOAs at DuPont's Plant in Parlin, NJ.* (7 pp)

308.  (June 23, 2009) *Letter to Residents in CWK 240 North GolfwoodAvenue Residential Sampling Results.* (38 pp)

309.  Kropp, Irene, NJDEP (December 4, 2007) *Response to November 27, 2016 Letter from Ms. Thompson* (4 pp)


The TBLS Group
*Triple Bottom Line Strategies*

December 2, 2016

310. Faranca, Frank, EPA (January 15, 2009) *PFOA Work Plan Additional Comments.* (2 pp)

311. Hartten, Andrew, DuPont (July 16, 2014) **DuPont Chambers Works Survey and Sampling Program Residential GAC System PFOA Results -"C82Q14-637HAWKSBRIDGERD".** (140pp)

312. NJDEP (May 1, 2015) *RCRA Closure/Post Closure aka Corrective Action Program-Summary of NJDES Permits.* (5 pp)

313. NJDEP (2006, 2007) *Miscellaneous Letters to Residents re: PFOA.* (11 pp)

314. Hartten, Andrew, DuPont (January 1, 2011) **DuPont Chambers Works Survey and Sampling Program Residential GAC System PFOA Results -"C82Q14-637HAWKSBRIDGERD". (November 11, 2010)** (86 pp)

315. MPI Research (Q 4 2009) **Fluorochemical Characterization of Aqueous Samples OS Private Well Sampling - 4Q09 MPI Research Laboratory Report No. L0019506.** (85 pp)

316. Hamill, Barker, Asst. Director, NJDEP (July 19, 2007) *Detection of PFOAs in Groundwater and Tap Water at DuPont Chambers Works and Newspaper Clippings DuPont/PFOA* (7 pp)

317. DuPont (June 2, 2008) *Letter to EPA with Updated PFOA Serum Sampling Results 1998-2007.* (13 pp)

318. URS (2014) *Summary of Analytic Results.* (13 pp)

319. Hartten, Andrew, DuPont (December 23, 2008), *Private Drinking Water Well Survey and Sampling Plan.* (15 pp)


File 24 – AOC 17 Carneys Point

1. **Zip-Folder 1 Carneys Point- 40 Acres (CoGen, PCB, SMWUs 13,19,37, 42, 43, 45:1-9, 46,47, 48:1-7, 49, 50, 52,53,54, 61**

   a. Corporate Remediation Group, DuPont (May 15, 2002) Phase *II 40 – Acre Parcel Investigation Report for DuPont Carneys Point. (May 2002)* (42 pp)

   b. Boettler, Albert, DuPont Corporate Remediation Group (June 1, 2004) *Certified Letter to Mr. Parks, EPA and Mr. Faranca, NJDEP with Phase III 40 – Acre Parcel Investigation Report for DuPont Carneys Point. (June 2004)* (170 pp)

2. **Zip-Folder 2 Henby Cove**


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

a. Boettler, Albert, Corporate Remediation Group, DuPont  (November 16, 2004)  Letter with URS Report *Helms Cover Beach and Henby Creek Mitigation Areas -- 2004 Mitigation Status Report.- SMWU 5 & 43 (November 2004)* (36 pp)

b. Boettler, Albert, Corporate Remediation Group, DuPont  (November 14, 2005)  Letter re:Open Wetland Mitigation Projects with URS Report *Helms Cove Beach and Henby Creek Mitigation Areas -- 2005 Mitigation Status Report.: Includes interim Stabilization Measures for SMWU 5 & 43* (34pp)

c. URS Corporation (December 2008) *Henby Creek Mitigation Area -- 2008 Mitigation Status Report.* (51 pp)

d.  URS Corporation  (November  2007) *Helms Cove Beach Mitigation Area -- 2007 Final Mitigation Monitoring Report.:* (49 pp)

e.  URS Corporation (February 2010) *Henby Creek Mitigation Area -- 2009 Final Mitigation Monitoring Report.* (87 pp)

3.   **Zip-Folder 3 PCBs**

a. Boettler, Albert, Corporate Remediation Group, DuPont  (August 7, 2009) Certified Letter to USEPA  with URS Report T29 PCB Removal Work plan - August 2009 (978 pp)

b. Boettler, Albert, Corporate Remediation Group, DuPont  (August 7, 2009) Certified Letter to USEPA  with URS Report T29 PCB Removal Work plan - August 2009 (1015 pp) (Cleanup)

c. Lutz, Edward, Corporate Remediation Group, DuPont  (January 6, 2012) Certified Letter to USEPA  with URS Report T29 PCB Removal Summary Report- January 2012  (1015 pp)

4.   **Zip – Folder 4 SMWU 5**

a. Boettler, Albert, Corporate Remediation Group, DuPont (January 28, 2002) Letter to Mr. Faranca, NJDEP with *Works Facility Solid Waste Management Unit (SMWU 52) Investigative Report. (*47 pp)

b. Boettler, Albert, Corporate Remediation Group, DuPont  (September 5, 2002)  Certified Letter to Mr. Park, USEPA  and Mr. Faranca, NJDEP *Re: Response to the June 20, 2002 DuPont Chambers Works Facility Solid Waste Management Unit (SMWU 52) Remedial Investigation Report* to include 7pp letter with certifications, table, picture and map backup. (35 pp)

c. Corporate Remediation Group, DuPont (January 15, 2004) *SMWU 52 Review Presentation.*(27 pp)

d. Boettler, Albert, Corporate Remediation Group, DuPont (July 23, 2004) Certified *Letter to Mr. Faranca, NJDEP with SMWU 52 Remedial Action Selection Report.* (355 pp)



December 2, 2016

e. Boettler, Albert, Corporate Remediation Group, DuPont  (June 28, 2005)  *Certified Letter to Mr. Park, USEPA  and Mr. Faranca, NJDEP with Solid Waste Management Unit (SWMU) 52 ISM Additional Selection and Design Evaluation Addendum No. 1 to SWMU 52 Selection Report (July 2004).* (40 pp)

f. Boettler, Albert, Corporate Remediation Group, DuPont (November 4, 2005) Letter *to Mr. Park, USEPA Re: SMWU 52 Interim Stabilization Measure, Addendum 1.* (29 pp)

g. Boettler, Albert, Corporate Remediation Group, DuPont  (January 30, 2006) *Certified Letter to Mr. Park, USEPA  and Mr. Faranca, NJDEP, USEPA with   SMWU 52 Interim Stabilization Measure Plan January 2006.* (118 pp)

h. Boettler, Albert, Corporate Remediation Group, DuPont (March 15, 2007) *Certified Letter to Mr. Park, USEPA with   SMWU 52 Interim Stabilization Measure (ISM) Report Plan March 2007.* (255 pp)

i. Boettler, Albert, Corporate Remediation Group, DuPont (January 30, 2006) *Letter to Mr. Park, USEPA and Mr. Faranca, NJDEP with   Remedial Action Report (RAR) with SMWU 52 Interim Stabilization Measure (ISM) Plan January 2006. (Data, Fresh Water Permits, Photos).* (207pp)

**File 25 – AOC 18 Delaware River**

1. Corporate Remediation Group, DuPont (December 2005) *Delaware River Groundwater to Surface-Water Investigation Work Plan* .(26 pp)

2. Boettler, Albert, Corporate Remediation Group, DuPont (December 19, 2005) *Letter to Mr. Faranca, NJDEP with Delaware River Groundwater to Surface-Water Investigation Work Plan, December 2005.*  (27 pp).

3. Boettler, Albert, Corporate Remediation Group, DuPont  (December 4, 2008) *Certified Letter to Mr. Tornick, USEPA with Delaware River Groundwater to Surface-Water Investigation Report December 2008, Final, Complete* (1305 pp)

4. Norcross, Scott, URS Diamond (May 7, 2008) *Delaware River Groundwater to Surface-Water Sampling 2008.* (580 pp)

5. Boettler, Albert, Corporate Remediation Group, DuPont (December 4, 2008) *Certified Letter to Mr. Tornick, USEPA with Delaware River Groundwater to Surface-Water Investigation Report December 2008...* (490 pp)

6. Boettler, Albert, Corporate Remediation Group, DuPont (February 6, 2009) Letter *to Mr. Faranca, NJDEP with Supplemental Delaware River Groundwater to Surface-Water Investigation Plan.* (4 pp).

7. Boettler, Albert, Corporate Remediation Group, DuPont (May 22, 2009) *Letter to Mr. Tjho, USEPA and Mr. Faranca, NJDEP with 2009 Remedial Progress Update.*  (8pp)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

8. NJDEP (January 29, 2009) *Letter to Mr. Tjho, USEPA Re: Delaware River Groundwater to Surface-Water Investigation Report/ NJDEP Findings.* (1 p)

9. URS Corporation (July 2009) *Delaware River Groundwater to Surface-Water Investigation Work Plan July 2009.* (107 pp)

10. Boettler, Albert, Corporate Remediation Group, DuPont  (May 22, 2009) *Certified Letter to Mr. Tjho, USEPA  and Mr. Faranca, NJDEP with Delaware River Groundwater to Surface-Water Investigation Work Plan July 2009.* (10 pp)

11. URS Corporation (October 13, 2010) Response Letter to Mr. Faranca, NJDEP *Re: Delaware River Investigation-Requested Information (presentation, Phase I &II Sediment Postings, On-site Perimeter Well Locations, SMWU Sediment Data.* (67 pp)

12. Lutz, Edward, DuPont (June 3, 2011) *Certified Letter to Mr. Tjho, USEPA  and Mr. Karpa, NJDEP with Case Inventory Document (CID) and Delaware River Remedial Investigation Report June 20011.* (4870 pp)

**File 26 – AOC 19 Salem Canal (No Documents in Folder)**

**File 27 – AOC 20 Vapor Intrusion**

1. *McManus, Cynthia, DuPont (April 23, 2009) Certified Letter to Mr. Faranca, NJDEP and 5 others Re: Public Notification N.J.A.C 7:26 E1.4 for Vapor Intrusion, Includes Posting, Data, Contacts etc.* (27 pp)

2. Lutz, Edward, DuPont (February 18, 2014) *Letter to Ms. Range, NJDEP with URS Vapor Intrusion Remedial Investigation Work Plan June 2014.* Final (772 pp)

3. Lutz, Edward, DuPont (July 9, 2014) *Letter to Ms. Range, NJDEP with Itemized Reponses to NJDEP Comment Letter of March 24, 2014.  Includes URS Vapor Intrusion Remedial Investigation Work Plan June 2014.* FINAL Revise July 2014 (1312 pp)

4. Lutz, Edward, DuPont (July 9, 2014) *Letter to Ms. Range, NJDEP with Itemized Reponses to NJDEP Comment Letter of March 24, 2014.  Includes URS Vapor Intrusion Remedial Investigation Work Plan June 2014.* FINAL Revise (1312 pp)

5. Test America (January 10, 2014) QAPP Appendix E- *Determination of VOCs in Ambient Air Report.* (31 pp)

6. Test America (February 4, 2013) QAPP Appendix F- *Determination of VOCs in Ambient Air Report.* (125 pp)

7. Lutz, Edward, DuPont (July 9, 2014) *Letter to Ms. Range, NJDEP with Itemized Reponses to NJDEP Comment Letter of March 24, 2014.  Includes URS Vapor Intrusion Remedial Investigation Work Plan June 2014.* FINAL Revise (1312 pp)


The TBLS Group
Triple Bottom Line Strategies

December 2, 2016

8. Lutz, Edward, DuPont (February 13, 2015) *Letter to Ms. Range, NJDEP Re: Vapor Intrusion Technical Memorandum Phase II Including AECOM Tables and Figures.* (17 pp)

**(End bibliography)**

