# EXHIBIT C

# Appendix C: Technical References

## FILE 1 – AOC Cost Strategy

1. Katcher, Bruce S. et al. (2016) (Manko, Gold and Fox) http://www.lexicology.com/library/detail, Lexicology, ***NJDEP Again Adopts Substantial Hikes in Site Remediation Program Fees Beginning July 1, 2016.*** (2 pp)

2. Site Remediation Program (2016) http://www.nj.gov/dep/srp/fees/, ***Annual Site Remediation Reform Act Program Fee Calculation Report, Comparison of Fiscal Year 2016 with Fiscal Year 2017.*** (3 pp)

## FILE 2 – Groundwater Pump and Treat Optimization

1. EPA 542-R-07-A 005 (May 2007) www.gov/superfund.com, ***A Cost Comparison Framework for Use in Optimizing Ground Water Pump and Treat Systems.*** (10 pp)

2. EPA 542-R-01-021b (December 2001) www.gov/superfund.com, ***Groundwater Pump and Treat Systems: Summary of Selected Cost and Performance Information at Superfund-financed Sites.*** (41 pp)

3. Welt, BBL Inc. (BBL An Arcadis Company), ***Vapor Intrusion Mitigation Engineering Controls: Comparison of Methods, Costs, and Implementation.***

## FILE 3 – In Situ Chemical Oxidation

1. AECOM (2016) www.aecom.com, ***Overview of ISCO In Situ Chemical Oxidation.***

2. Rees, Assaf, PE 1 et al. (August 20, 2012) AECOM, ***Source Area MIP Investigation and Pilot-Scale Groundwater Remediation Using Activated Persulfate.***

3. Chappelle, Francis et al., Ground Water Monitoring and Remediation 25, No. 2 (Spring 2005), ***Behavior of a Chlorinated Ethene Plume Following Source-area Treatment with Fenton's Reagent.*** (10 pp)

4. Cronk, Gary, P.E., JAG Consulting Group (2007), ***Expediting Cleanup of a Pump and Treat Site By Use of Chemical Oxidation Technology.*** (11 pp)

5. Edel, Hans-Georg, et al., Zublin (no date), ***In-situ Chemical Oxidation (ISCO) Experiences from a Successful source remediation project.*** (12 pp)

6. U.S. Department of Energy (September 1999), ***Innovative Technologies Report, In Situ Chemical Oxidation Using Potassium Permanganate.*** (22 pp)

7. FRTR Remediation Technologies Screening Matrix and Reference Guide, Version 4.0, Https://frtr/gpv?matrix2/section4/4-43.htm, ***Section 4.34, Chemical Oxidation.***

8. Geo-Cleanse Technology (September 19, 1997), ***Final Report for Demonstration of In Situ Oxidation of DNAPL Using the Geo-Cleanse Technology.*** (24 pp)

9. GW Technology, ***Chemical Oxidation Racer Parameters.*** (1 p)

10. Hulling, Scott, USEPA, Engineering Issue (2006), ***In-Situ Chemical Oxidation.*** (61 pp)

11. Illinois Environmental Protection Agency (September 2008), *Chemical Oxidation Guidance, Leaking Underground Storage Tank Program, Use of In-Situ Chemical Oxidant Compound Injection*. (7 pp)

12. ISCO Presentation Topics, *Promoting Readiness through Environmental Stewardship, Ozone, Hydrogen Peroxide, Calcium Peroxide, Sodium Persulfate, Sodium/Potassium Permanganate*.

13. ITRC Technical/Regulatory Guidelines (June 2001), *Technical and Regulatory Guidance for In Situ Chemical Oxidation of Contaminated Soil and Groundwater First Edition*. (30 pp)

14. ITRC Technical/Regulatory Guidelines (January 2005), *Technical and Regulatory Guidance for In Situ Chemical Oxidation of Contaminated Soil and Groundwater Second Edition*. (30 pp)

15. Krembs, Friedrich et al. (2010), *Ground Water Monitoring and Remediation, ISCO for Groundwater Remediation: Analysis of Field Applications and Performance*. (pp 42-53)

16. Major, Dave, Geosyntec Consultants (April 2009), *Environmental Security Technology Certification Program, Final Report Remediation of DNAPL Through Sequential in Situ Chemical Oxidation and Bioaugmentation, ESTC (Project ER-0116)*. (66 pp)

17. Martin, M.Z., ORNL, Lockheed Martin (2002), *In Situ Chemical Oxidation Through Lance Permeation at the Portsmouth gaseous Diffusion Plant (PORTS)*. (26 pp)

18. McDade, James, et al. (May 5, 2005), *Analysis of DNAPL Source Depletion Costs at 36 Field Sites*. (20 pp)

19. McGuire, Travis, et al., Groundwater Services Inc. (February 13, 2006), *Performance of DNAPL Source Depletion Technologies at 59 Chlorinated Solvent-Impacted Sites*. (11 pp)

20. Member Agencies, Federal Remediation Technologies Roundtable (EPA, DOD, DOE, DOI, NASA) (June 2004), *Abstracts of Remediation Case Studies Volume 8*. (109 pp)

21. Member Agencies, Federal Remediation Technologies Roundtable (EPA, DOD, DOE, DOI, NASA) (July 2005), *Abstracts of Remediation Case Studies Volume 9*. (87 pp)

22. Member Agencies, Federal Remediation Technologies Roundtable (EPA, DOD, DOE, DOI, NASA) (August 2006), *Abstracts of Remediation Case Studies Volume 10*. (88 pp)

23. Naval Facilities Engineering Command (NAVFAC) (2011), Https://portal.navfac.navy.mil/portal/, *In Situ Chemical Oxidation Fact Sheet*.

24. SERDP (DOD, EPA, DOE) (August 2013), *The Impact of DNAPL Source-Zone Architecture on Contaminant Mass Flux and Plume Evolution in Heterogeneous Porous Media*. (120 pp)


The TBLS Group
Triple Bottom Line Strategies

25. Siegrist, Robert, et al. (July 2015), www.researchgate.net/publications/251216226, *In situ Chemical Oxidation: Technology Description and Status*.

26. Siegrist, Robert, et al., Environmental Security Technology Certification Program (ESTCP) (June 2008), *Workshop Report In Situ Chemical Oxidation for Remediation of Contaminated Groundwater: Summary Proceedings of the ISCO Technology Practices Workshop. (ESTCP Project ER-0623)*. (64 pp)

27. Suthersan, Suthan, et al. (December 2014), *Ground Water Monitoring and Remediation, The Remediation Pendulum: Revisiting Physical Remediation Using State-of-the-Science Design Principles*. (6 pp)

28. Tiwari, Amit Kumar, Symbiotic Pharmalab, Ltd. (October 2013), *Fenton's Reagent dose Calculation with respect to COD value and the process requirement optimization for effective oxidation of Aqueous Mother Liquour Effluent of an API Manufacturing Industry*. (8 pp)

29. Trapido, Goi et al., World Academy of Science, Engineering and Technology (May 2009), *Contaminated Soil Remediation with Hydrogen Peroxide Oxidation*. (pp 185-189)

30. USP Technologies (2016), *Fenton's Reagent General Chemistry Using H2O2*. (4 pp)

31. West, O. R. et al., Oak Ridge National Laboratory (ORNL), Lockheed Martin (June 6, 1998), *A Full-Scale Demonstration of In Situ Chemical Oxidation Through Recirculation at X-701B Site*. (69 pp)

32. Wickman, D. A. (April 22, 1998), Restoration Center, Office of Habitat Conservation, NOAA, National Marine Fisheries Service, Silver Springs, MD, *Estimating Administrative and Procedural Costs for Natural Resource Restoration Settlements*.

## FILE 4 – RACER®

1. AECOM (Racer@aecom.com), *Overview of the Remedial Action Engineering Requirements (RACER®) Software*.

2. AECOM (Racer@aecom.com), *RACER 199 Training Manual 11.3*. (97 pp)

3. AECOM (Racer@aecom.com), *RACER 199 What's New in 11.3*. (3 pp)

4. ASTM International Designation: E2150-13, *Standard Classification for Life-Cycle Environmental Work Elements – Environmental Cost Element Structure*. (14 pp)

5. ASTM Designation: E2637-13, *Standard Guide for Utilizing the Environmental Cost Element Structure Presented by Classification E2150*. (10 pp)

6. ASTM Designation: E2137-06 (Reapproved 2011), *Standard Guide for Estimating Monetary Costs and Liabilities for Environmental Matters*. (10 pp)

7. U.S. Army Corps of Engineers and U.S. EPA (July 2000), *A Guide to Developing and Documenting Cost Estimates During the Feasibility Study*. (18 pp)



The TBLS Group
Triple Bottom Line Strategies

8. Racer Technical Review Group (August 2014), *Five Year Operating Plan for the Remedial Action Cost Engineering and Requirements (RACER) Application*. (26 pp)

9. U.S. Army Environmental Command (USAEC) (September 23, 2009), *Final Validation Report (Version 3.0) for RACER Services and Verification and Validation*. (210 pp)

### FILE 5 – Remedial Strategy for PFOA

1. Ross, Ian, FMC Environmental and Burdick, ARCADIS (December 2011), *FMC Environmental Solutions Peroxygen Talk*. (6 pp)

2. Soil and Groundwater Remediation of PFOS/PFOA (2016), http://www.primozone.com/industrial/groundwater-remediation. (1 p)

3. *Status of NJDEP PFOA Activates* (August 8, 2009), www.state.nj.us/dep/watersupply/pfoa.htm. (4 pp)

4. Torneman, Niklas, Sweco Environment et al. (2011), *Remedial Methods and Strategies for PFCs*. (5 pp)

### FILE 6 – Vapor Intrusion

1. Hatton, Tom, Clean Vapor, LLC, *Designing Efficient Sub Slab Collection and Vapor Barrier Systems*.

2. Kilmer, P.G. et al., TRC (2016), *Vapor Intrusion Mitigation Let Me Count the Ways*. (5 pp)

3. NJDEP Site Remediation and Waste Management Program (August 2016), *Vapor Intrusion Guidance*. (11 pp)

4. Schmidt, Martin, Cox-Colvin & Associates (2016), *Vapor Intrusion Fundamentals Part 14 (Passive Vapor Mitigation Systems)*. (4 pp)

5. *Vapor Intrusion Control Appendix J* (October 2014), Http://www.itrcweb.org/PetroleumVI-Guidance/Content/Appendix520J. (16 pp)
6. U.S. EPA Engineering Issue (October 2014), *Indoor Air Vapor Intrusion Mitigation Approaches*, www.itrcweb.org/PetroleumVI Guidance/Content/Appendix%20J. (5 pp)

7. Welt, S., et al. (BBL an Arcadis Company) (no date), *Vapor Intrusion Mitigation Engineering Controls: Comparison of Methods, Costs, and Implementation PowerPoint Presentation*. (20 pp)

### FILE 7 – Remedial Cost Estimating

1. Abelow, Bradley, Environmental Financial Advisory Board (December 16, 2010), *Providing Advice on "How to Pay" for Environmental Protection.* (2 pp)

2. Dysert Larry, AAECE International Transactions EST. 03 (2008), *An Introduction to Parametric Estimating*. (7 pp)


The TBLS Group
*Triple Bottom Line Strategies*

3. American Bar Association Section of Environment Energy and Resources (December 2012), ***Environmental Disclosure Committee Newsletter***. (18 pp)

4. Environmental Financial Advisory Board (December 2010), ***Improving Cost Estimation as a Financial Assurance Tool***. (8 pp)

5. Goldstein, Mike et al. (2001), University of Nebraska – Lincoln, USEPA Papers (2001), ***A Practical Guide to Estimating Cleanup Costs***. (pp 102-121)

6. Hale, Mathew, Director USEPA (January 30, 2007), ***Review of Financial Assurance Information When a RCRA Permit is Issued, Renewed or Reviewed***. (3 pp)

7. Ram, Neil et al., Wiley Periodicals, Inc. (2013), ***Estimating Remediation Costs at Contaminated Sites With Varying Amounts of Available Information***. (pp 43-58)

8. U.S. Department of Defense, Office of Inspector General (May 5, 2004), ***Environmental Liabilities Required to be Reported on Annual Financial Statements (D-2004-080)***. (24 pp)

9. U.S. Department of Energy, Office for Environmental Management (February 26, 2015), ***Cost Estimate Development Handbook with Cover Letter by Mark Whitney***. (17 pp)

10. U.S. EPA Archives (no date), ***Cost Estimating for RCRA Financial Assurance***. (11 pp)

11. U.S. EPA, Office of Solid Waste Management (September 1996), ***The Role of Cost in the Superfund Remedy Selection Process***. (8 pp)

12. U.S. EPA, Office of Research and Development (April 1999), ***Cost Estimating Tools and Resources for Addressing Sites Under the Brownfields Initiative***. (10 pp)

13. U.S. EPA (September 8, 2004), ***Interim Measures Cost Compendium***. (47 pp)

### FILE 8 – Estimating References

1. CDM, www.cdm.com, ***Cost Estimating Process***. (pp 5.1-5.6)

2. Improvement Skills Consulting (2012), ***Estimating Methods***. (1 p)

3. NASA, www.nasa.gov (February 2015), NASA Cost Estimating Handbook, Version 4.0. (33 pp)

4. Remediation U.S. Department of Interior, Wiley Publications (2013), ***Calculating Project Costs Considering Temporal Expenditures***. (pp 50-57)

### FILE 9 – NJDEP Guidance – Cost Estimating

1. Site Remediation Program, www.nj.gov/dep/srp/rfs (2016), ***Remediation Funding Source***.

2. ***NJDEP Site Remediation Program*** (PowerPoint presentation). (pp 12, 13, 15, 21)


The TBLS Group
Triple Bottom Line Strategies

3. NJDEP Site Remediation Program (December 3, 2013), *Technical Impracticability Guidance for Ground Water*. (24 pp)

## FILE 10 – Contaminated Sediments

1. Bosch, Adam (February 7, 2011), www.recordonline.com, *Toxic Coal-Tar Cleanup to cost New York $3 Billion*. (9 pp)

2. Douglas, Scott, et al. (2011), www.NJ.gov/decon-paper/douglas, *The Use of Sediment Decontamination Technologies for the Management of Contaminated Navigational Dredged materials*. (16 pp)

3. Engineer Research and Development Center (ERDCO), www.**erdc**.usace.army.mil/ (September 2005), *Cost Estimating for Contaminated Sediment Treatment – A Summary of the State of the Practice*. (13 pp)

4. Lawler, Matusky & Skelly Engineers LLP for NJDOT (2005), *Public and Private Dredged Material Management Strategies in New Jersey*. (131 pp)

5. Great Lakes Dredge and Dock Group (October 5, 2015), *Great Lakes Announces Award of Three Projects on the Delaware River – Combined Value of $99 Million*. (3 pp)

6. McDonough, F.M. et al. (2002), *Dredged Material Management in New Jersey: A Multifaceted Approach for Meeting Statewide Dredging Needs in the 21st Century*. (20 pp)


The TBLS Group
Triple Bottom Line Strategies

# EXHIBIT D

December 2, 2016

# Appendix D: TBLS RACER® Model Generated Reports

- Site Cost Summary Reports (By AOC)
- Preferences Report
- Cost Over Time